UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SLY MAGAZINE, LLC,

             Plaintiff,                          **Rule 7.1 Statement**

                                                  Docket No.: 07 CV 6265

   - against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

             Defendants.
--------------------------------------------------------X

    Pursuant Federal Rule of Civil Procedure 7.1 (a) , and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SLY MAGAZINE, LLC. (a private non-govermental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.


DATE: New York, New York
       July 5, 2007

                                                         ANDREW T. SWEENEY