CORPORATION SERVICE COMPANY
989350
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
INDEX #07CV6265
------------------------------------------------------------

SLY MAGAZINE, LLC,          PLAINTIFF

            VS.

WAL-MART STORES, INC.,          DEFENDANT


------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                  ss:


Cathy Krieger being duly sworn, deposes and says that she is
over the age of eighteen (18) years; That on the tenth
day of July, 2007 at 11:55 am she served the annexed Summons And
Complaint Index #07CV6265, filed 7/6/07, endorsed thereto on
WAL-MART STORES, INC.
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00.  That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New
York.

Deponent further says that she knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                          _____
                                          Cathy Krieger

Sworn to before me this
twelfth day of July, 2007.

_____
Johanna Burkhartt, Notary Public
knv

ID# 01BU6150209
Commission Expires
July 24, 2010

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200707110011                          Cash #: 200707110021
Date of Service:  07/10/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  WAL-MART STORES, INC.



Plaintiff/Petitioner:
        SLY MAGAZINE, LLC




Service of Process Address:
CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK,  NY 10011


                                                    Secretary of State
                                                      By   CAROL VOGT
```