CORPORATION SERVICE COMPANY
989350
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
INDEX #07CV6265
-------------------------------------------------------------

SLY MAGAZINE, LLC,          PLAINTIFF

           VS.

MAGAZINE DISTRIBUTORS, INCORPORATED,          DEFENDANT


-------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                ss:


Cathy Krieger being duly sworn, deposes and says that she is
over the age of eighteen (18) years; That on the tenth
day of July, 2007 at 11:55 am she served the annexed Summons And
Complaint Index #07CV6265, filed 7/6/07, endorsed thereto on
MAGAZINE DISTRIBUTORS, INCORPORATED
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00.  That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New
York.

Deponent further says that she knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                          _____
                                          Cathy Krieger

Sworn to before me this
twelfth day of July, 2007.

_____
Johanna Burkhartt, Notary Public
knv

[Notary Seal: JOHANNA A. BURKHARTT, NOTARY, ID# 01BU6150209, Commission Expires July 24, 2010, ALBANY COUNTY, NEW YORK]

State of New York - Department of State
Receipt for Service

Receipt #: 200707110008
Date of Service: 07/10/2007
Service Company: 45 CORPORATION SERVICE COMPANY - 45

Cash #: 200707110013
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: MAGAZINE DISTRIBUTORS, INCORPORATED

Plaintiff/Petitioner:
    SLY MAGAZINE, LLC

Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By  CAROL VOGT