CORPORATION SERVICE COMPANY
989350
AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
INDEX #07cv6265
------------------------------------------------------------

SLY MAGAZINE, LLC,            PLAINTIFF

            VS.

HUDSON NEWS COMPANY,          DEFENDANT


------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY               ss:


Cathy Krieger being duly sworn, deposes and says that she is over the age of eighteen (18) years; That on the tenth day of July, 2007 at 11:55 am she served the annexed Summons And Complaint Index #07CV6265, filed 07/06/2007, endorsed thereto on HUDSON NEWS COMPANY
the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Cathy Krieger

Sworn to before me this
twelfth day of July, 2007.

_____
Johanna Burkhartt, Notary Public
knv

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200707110010                          Cash #: 200707110019
Date of Service:  07/10/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  HUDSON NEWS COMPANY



Plaintiff/Petitioner:
        SLY MAGAZINE, LLC




Service of Process Address:
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK,  NY 10011

                                                    Secretary of State
                                                      By   CAROL VOGT
```