```
                    CORPORATION SERVICE COMPANY
989350
                       AFFIDAVIT OF SERVICE

STATE OF NEW YORK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
INDEX #07CV6265
---------------------------------------------------------------


SLY MAGAZINE, LLC,          PLAINTIFF

          VS.

CURTIS CIRCULATION COMPANY,          DEFENDANT



---------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                ss:
```

Cathy Krieger being duly sworn, deposes and says that she is
over the age of eighteen (18) years; That on the tenth
day of July, 2007 at 11:55 am she served the annexed Summons And
Complaint Index #07cv6265, filed 07/06/2007, endorsed thereto on
CURTIS CIRCULATION COMPANY
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00.  That said service was made pursuant to Section 306
of the Business Corporation Law of the State of New
York.

Deponent further says that she knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

_____
Cathy Krieger

Sworn to before me this
twelfth  day of July, 2007.

_____
Johanna Burkhartt, Notary Public
knv

[Notary Seal: JOHANNA A. BURKHARTT, NOTARY, ID# 01BU6150209, Commission Expires July 24, 2010, ALBANY COUNTY, NEW YORK]

```
              State of New York - Department of State
                         Receipt for Service

Receipt #:  200707110009                    Cash #: 200707110016
Date of Service:  07/10/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  CURTIS CIRCULATION COMPANY


Plaintiff/Petitioner:
        SLY MAGAZINE, LLC



Service of Process Address:
C/O THE PRENTICE-HALL CORPORATION SYSTEM
80 STATE STREET
ALBANY,  NY 12207

                                             Secretary of State
                                               By   CAROL VOGT
```