AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-12-07 |
| NAME OF SERVER (PRINT) VERLIN MYERS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GLENDA H. SWIMDRE EX. OFFICE MGR - ACCEPTED FOR COMPANY.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-12-07
                    Date          Signature of Server

P.O. BOX 1748, KNOXVILLE, TN 37901-1748
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SLY MAGAZINE, LLC

V.

CURTIS CIRCULATION COMPANY, HUDSON NEWS COMPANY, ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6265

TO: (Name and address of Defendant)

CHAS LEVY CIRCULATING CO., LLC - 27500 RIVERVIEW CENTER BLVD., BONITA SPRINGS, FL 34134
ANDERSON NEWS, LLC - 6016 BROOKVALE LANE, SUITE 151, KNOXVILLE, TN 37919
MAGAZINE DISTRIBUTORS, INC. - 120 ADAMS BLVD., EAST FARMINGDALE, NY 11735

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE BOSTANY LAW FIRM
40 WALL ST.
61ST FLOOR
NEW YORK, NY 10005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 06 2007

CLERK                                   DATE

(By) DEPUTY CLERK

RECEIVED BY:
JUL 12 2007
KCPS