AO 440 (Rev 8/01 Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-12-07 |
| NAME OF SERVER (PRINT NAME) Keith Wozencraft | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place were served: Linda Dickert, Legal officer
One Ingram Blvd
Lavergne, TN 37086

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare upon penalty of perjury under the laws of the United Sates of America that the foregoing information contained in the Proof of Service is true and correct.

EXECUTED ON    7-12-07
                 DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER    LEGAL EAGLES
4750 McBRIDE RD.
ANTIOCH, TN 37013

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SLY MAGAZINE, LLC

V.

CURTIS CIRCULATION COMPANY, HUDSON NEWS COMPANY, ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6265

TO: (Name and address of Defendant)

INGRAM PERIODICALS, INC. - 18 INGRAM BLVD., LA VERGNE, TN 37086
THE NEWS GROUP, INC. - 3320 SOUTH SERVICE RD., BURLINGTON, ONTARIO L7N 3M6, CA
GOPHER NEWS COMPANY - 9000 10TH AVE. NORTH, MINNEAPOLIS, MN 55427

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THE BOSTANY LAW FIRM
40 WALL ST.
61ST FLOOR
NEW YORK, NY 10005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           JUL 0 6 2007

CLERK                                                        DATE

(By) DEPUTY CLERK