Re: US District Court, Southern District of New York Case No: 07 CV 6265

**SLY Magazine, LLC**
Plaintiff/Petitioner

vs                                                          Affidavit of Personal Service

**Gopher News Company**
Defendant/Respondent

STATE OF MINNESOTA    )
                      ) SS
COUNTY OF ____Ramsey_____ )
        (County where Affidavit signed)

I, _____**Timothy J Lunde**_____, being sworn, state that I am at least
    (Name of person who hand-delivered documents)
18 years of age having been born on _____**Jan 5th, 1960**_____, and that on
**July 12th, 2007**, I served the **Summons and Complaint and Attached Exhibits "1","2",& "3"**
                    (list all papers handed to the other party)

UPON **Gopher News Company c/o Janis Kaufenberg**
        (Name of other party)
by handing a true and correct copy of the documents to him/her at
**9000 10th Avenue North, Minneapolis, MN 55427**
    (street address, city, state)

Dated: ____07/13/2007_____

Signature *(Sign only in front of notary public or court administrator.)*
Name: _____Timothy J Lunde_____

Sworn/affirmed before me this
13TH day of JULY, 2007.

Notary Public/Deputy Court Administrator

Address: _____9779 Ilex St NW_____
City/State/Zip: Minneapolis, MN 55433
Telephone: ( 763 ) 498-1287

SHAYNE ALLEN TSCHIDA
Notary Public-Minnesota
My Commission Expires Jan 31, 2010