UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
SLY MAGAZINE, LLC,

                    Plaintiff,                    **CERTFICATE OF DEFAULT**

                                                  Civil Action No.: 07 CV 6265 (RMB)

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

                    Defendants.
----------------------------------------------------X

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that the docket entries in the above-entitled action indicate that the

defendant CURTIS CIRCULATION COMPANY was served with a copy of a Summons and

Complaint on July 10, 2007.  I further certify that the docket entries indicate that this defendant

has not appeared, has not filed an answer or otherwise moved with respect to the complaint

herein.

The default of defendant CURTIS CIRCULATION COMPANY is hereby noted.

Dated: New York, New York
        August _____, 2007

                                        J. Michael McMahon
                                  Clerk


                                  _____
                                  Deputy Clerk