UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SLY MAGAZINE, LLC,

                Plaintiff,

                                              REQUEST FOR CERTIFICATE OF DEFAULT
                                              Civil Action No.: 07 CV 6265 (RMB)

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

                Defendants.
------------------------------------------------------X

       I represent the plaintiff in this case and respectfully ask that the default of defendant HUDSON NEWS COMPANY be noted pursuant to Fed.R.Civ.P. 55(a). According to the docket entries this defendant was served with the summons and complaint on July 10, 2007 and the time within which this defendant should have answered or otherwise moved with respect to the Complaint in this action has expired and no extension of time to answer has been granted or requested.

Dated: New York, New York
       July 31, 2007

                                                        THE BOSTANY LAW FIRM
                                                        By: _____
                                                          Andrew T. Sweeney (AS-0724)
                                                           Attorney for Plaintiff
                                                           40 Wall Street
                                                           New York, New York 10005
                                                           (212) 530-4400