UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SLY MAGAZINE, LLC,

                Plaintiff,

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

                Defendants.
-------------------------------------------------------X

**CERTFICATE OF DEFAULT**

Civil Action No.: 07 CV 6265 (RMB)

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant HUDSON NEWS COMPANY was served with a copy of a Summons and Complaint on July 10, 2007. I further certify that the docket entries indicate that this defendant has not appeared, has not filed an answer or otherwise moved with respect to the complaint herein.

The default of defendant HUDSON NEWS COMPANY is hereby noted.

Dated: New York, New York
        August ____, 2007

                                            J. Michael McMahon
                              Clerk

                              _____
                              Deputy Clerk