

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

SLY MAGAZINE, LLC,

    Plaintiff,

  -against-

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTRIBUTORS,
INCORPORATED, INGRAM
PERIDOICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

    Defendants.
---------------------------------x

CASE NO. 07 CV 6265

STIPULATION AND ORDER
TO EXTEND TIME FOR
INGRAM PERIODICALS, INC.
TO ANSWER, MOVE OR OTHERWISE
PLEAD

  WHEREAS, Ingram Periodicals, Inc. ("Ingram") has requested for the first time an extension of time to answer, move or otherwise plead in response to the Complaint presently due on August 1, 2007 to allow the additional time necessary to evaluate more fully the allegations of the Complaint and its responses to those allegations;

  WHEREAS, Plaintiff has granted this first request for an extension of time;

  IT IS HEREBY STIPULATED by Plaintiff and Ingram, subject to the approval of the Court, that Ingram may have until August 20, 2007, to answer, move or otherwise plead in response to the Complaint.

DM_US:20590947_1



Dated: New York, New York
July 30, 2007

_____    _____
Andrew T. Sweeny (AS-0724)    James G. McCarney (JM 2200)
THE BOSTANY LAW FIRM          Jenifer J. Liu (JL 2773)
40 Wall Street                HOWREY LLP
61st Floor                    153 East 54th Street, 54th Floor
New York, NY 0005             New York, NY 10022
Tel: (212) 530-4400           Tel: (212) 896-6500
Fax: (212) 530-4488           Fax: (212) 896-6501

Counsel for SLY MAGAZNIE, LLC

                              Pamela S. Kane
                              HOWREY LLP
                              1299 Pennsylvania Ave., N.W.
                              Washington, D.C. 20004
                              (202) 783-0800

                              Counsel for
                              INGRAM PERIODICALS, INC.

S O   O R D E R E    AUG 0 2 2007

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DM_US:20590947_1