UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLY MAGAZINE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Curtis Circulation Company, et al.,<br><br>    *Defendants*. | Civ. No. 07-O6265 (DAB) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Hudson News Company, Walmart Stores, Inc. Chas Levy Circulating Co., LLC, Anderson News, LLC, Magazine Distributors Incorporated, The News Group Inc and Gopher News Company.

I certify that I am admitted to practice in this court.

Date:  August 14, 2007

/s Susan J. Kohlmann
Susan J. Kohlmann (SK-1855)
JENNER& BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699
skohlmann@jenner.com