UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLY MAGAZINE, LLC,

        Plaintiff,

    v.

CURTIS CIRCULATION Co. et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 15, 2007
```

Index No. 07 CV 6265

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Defendant Hudson News Company to answer or move in response to the Complaint is extended until August 20, 2007.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff hereby withdraws its request for a certificate of default.

| SATTERLEE STEPHENS BURKE & BURKE LLP | THE BOSTANY LAW FIRM |
|---|---|
| By: /s/ *[signature]*<br>Mark Lerner (ML-4858)<br>Karen Bekker (KB-9077)<br>*Attorneys for Defendant Hudson News Co.*<br>230 Park Avenue<br>New York, New York 10169<br>(212) 818-9200 | By: /s/ *[signature]*<br>Andrew T. Sweeney (AS-0724)<br>*Attorney for Plaintiff Sly Magazine, LLC*<br>40 Wall Street<br>New York, NY 10005<br>(212) 530-4400 |

**SO ORDERED**

*/s/ Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

702291_1