**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLY MAGAZINE, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Curtis Circulation Company, et al.,<br><br>    *Defendants*. | Civ. No. 07-O6265 (DAB) |

**AMENDED NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants Hudson News Company, Walmart Stores, Inc., Chas Levy Circulating Co., LLC, Anderson News, LLC, Magazine Distributors Incorporated, The News Group Inc, Gopher News Company and Curtis Circulation Company.

    I certify that I am admitted to practice in this court.

Date:  August 15, 2007

                                                  /s Elizabeth Valentina
                                                Elizabeth Valentina (EV4345)
                                                JENNER& BLOCK LLP
                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 891-1600
                                                (212) 891-1699
                                                evalentina@jenner.com