AUG-13-2007 MON 03:25 PM        BOSTANY LAW FIRM



FAX No. 212 530 4413                    P. 002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 16, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SLY MAGAZINE, LLC,

            Plaintiff,

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

            Defendants.
------------------------------------------------X

**STIPULATION and ORDER**

Civil Action No.: 07 CV 6265 (DAB)

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES THAT:

Plaintiff agrees to accept the late answer or other response of defendant, Curtis Circulation Company ("Curtis"), to be filed no later than August 20, 2007 and the Certificate of Default is vacated on consent.

Dated: New York, New York
      August 13, 2007

DORNBUSH SCHAEFFER STRONGIN &        THE BOSTANY LAW FIRM
VENAGLIA, LLP

By: _____          By: _____
Bruce Handler (BH-9426)              Andrew T. Sweeney (AS-0724)
747 Third Avenue                     40 Wall Street
New York, NY 10017                   New York, NY 10005-1315
*Attorneys for Defendant*            *Attorneys for Plaintiff*
*Curtis Circulation Company*         *Sly Magazine, LLC*

SO ORDERED this 16 day of August 2007

_Deborah A. Batts_
Hon. Deborah A. Batts, U.S.D.J.