08/14/2007 09:58 FAX 2122261995   DONOVAN & YEE   ☒002
AUG-13-2007 MON 05:48 PM   BOSTANY LAW FIRM   FAX No. 212 530 4413   P. 002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SLY MAGAZINE, LLC,

          Plaintiff,

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTRIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

          Defendants.
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 16, 2007

STIPULATION and ORDER

Civil Action No.: 07 CV 6265 (DAB)

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES THAT:

Plaintiff agrees to extend the time to answer or otherwise move of defendant, Chas Levy Circulating Co., LLC ("Chas Levy"), to be filed no later than August 26, 2007.

Dated: New York, New York
August 13, 2007

DONOVAN & YEE LLP

By: _____
Mary Yee
The Soho Building
110 Greene Street, Suite 700
New York, NY 10012
*Attorneys for Defendant*
*Chas. Levy Circulating Co., LLC*

SO ORDERED this 16 day of August 2007

THE BOSTANY LAW FIRM

By: _____
Andrew T. Sweeney (AS-0724)
40 Wall Street
New York, NY 10005-1315
*Attorneys for Plaintiff*
*Sly Magazine, LLC*

_____
Hon. Deborah A. Batts, U.S.D.J.

08/13/2007 MON 18:54 [TX/RX NO 8815]