UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SLY MAGAZINE, LLC,

                        Plaintiff,                    CASE NO. 07 CV 6265

   -against-

                                                              NOTICE OF MOTION

CURTIS CIRCULATION COMPANY, HUDSON
NEWS COMPANY, WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC, MAGAZINE
DISTRIBUTORS, INCORPORATED, INGRAM
PERIDOCIALS, INC., THE NEWS GROUP,
INC., AND GOPHER NEWS COMPANY,

                        Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Affirmation of Ralph F. Schoene, affirmed the 20th day of August, 2007, and upon the Affidavit of Bruce H. Jones, sworn to on the 17th day of August, 2007, the accompanying Memorandum of Law and the exhibits annexed hereto, the undersigned attorneys for the defendant, INGRAM PERIODICALS, INC., will move this court before the Hon. Deorah A. Batts at the courthouse located at 500 Pearl Street, New York, New York 10017 on the 13th day of September, 2007, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order dismissing plaintiff's complaint insofar as it alleges causes of action against defendant INGRAM PERIODICALS, INC. upon the grounds that the complaint fails to state a cause of action.

Dated:  White Plains, New York
          August 20, 2007

VOUTÉ, LOHRFINK, MAGRO & COLLINS, LLP

By: _____
     Ralph F. Schoene     (4547)
Attorneys for Defendant
INGRAM PERIODICALS, INC.
170 Hamilton Avenue
White Plains, New York 10601-1789
Tel.: (914) 946-1400

TO:    THE BOSTANY LAW FIRM
       Attorneys for Plaintiff
       40 Wall Street
       New York, New York 10005

       JENNER & BLOCK, LLP
       Attorneys for Defendants
       CURTIS CIRCULATION COMPANY,
       HUDSON NEWS COMPANY, WAL-MART
       STORES, INC., CHAS LEVY CIRCULATING CO.,
       LLC, ANDERSON NEWS, LLC, MAGAZINE
       DISTRIBUTORS, INCORPORATED, THE NEWS
       GROUP, INC., AND GOPHER NEWS COMPANY,
       919 Third Avenue, 37th Floor
       New York, New York 10022-3908

116-11-20321/mas