Index No 07 CV 6265                                                                                                  Year 19
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SLY MAGAZINE, LLC,                                                                                          Plaintiff,

-against-

CURTIS CIRCULATION COMPANY, HUDSON NEWS COMPANY,
WAL-MART STORES, INC., CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC, MAGAZINE DISTRIBUTORS, INCORPORATED,
INGRAM PERIODICALS, INC., THE NEWS GROUP,
INC., AND GOPHER NEWS COMPANY,                                                              Defendants.

_____

NOTICE OF MOTION, AFFIRMATION AND AFFIDAVIT IN SUPPORT
_____

**VOUTÉ, LOHRFINK, MAGRO & COLLINS**

Attorneys for DEFENDANT INGRAM PERIODICALS INC.
170 Hamilton Avenue
White Plains, N.Y. 10601-1789
(914) 946-1400

_____

TO:

Attorney(s) for

_____

Service of a copy of the within                                                                     is hereby admitted.

Dated:

................................................................................................
Attorney(s) for

_____

PLEASE TAKE NOTICE

☐  
Notice of Entry
that the within is a (certified) true copy of a (n)
entered in the office of the clerk of the within named Court on                              2004

☐  
Notice of Settlement
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on                         2004       , at                         M.

Dated:

**VOUTÉ, LOHRFINK, MAGRO & COLLINS**
Attorneys for

170 Hamilton Avenue
White Plains, New York 10601-1789

To:

Attorney(s) for