UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SLY MAGAZINE, LLC,

                             Plaintiff,                    CASE NO. 07 CV 6265

   -against-

CURTIS CIRCULATION COMPANY, HUDSON
NEWS COMPANY, WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC, MAGAZINE
DISTRIBUTORS, INCORPORATED, INGRAM
PERIODICALS, INC., THE NEWS GROUP,
INC., AND GOPHER NEWS COMPANY,

                             Defendants.
---------------------------------------------------------------X

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
**INGRAM PERIODICAL, INC.'S MOTION TO DISMISS**


           Respectfully submitted,

           VOUTÉ, LOHRFINK, MAGRO & COLLINS, LLP
           Attorneys for Defendant
           INGRAM PERIODICALS, INC.
           170 Hamilton Avenue
           White Plains, New York 10601-1789
           Tel.:  (914) 946-1400


RALPH F. SCHOENE,
*Of Counsel*