## **TABLE OF CONTENTS**

| | **Page** |
|---|---|
| Table of Authorities………………………………………………… | i |
| FACTS………………………………………………………………. | 2 |
| ARGUMENT………………………………………………………… | 6 |
|     I. COUNT I OF THE COMPLAINT SHOULD BE DISMISSED BECAUSE INGRAM PERIODICALS DID NOT USE THE MARK IN COMMERCE AFTER THE REGISTRATION DATE……………………………… | 7 |
|     II. COUNT II OF THE COMPLAINT ALLEGING INFRINGEMENT OF UNREGISTERED MARK MUST BE DISMISSED………………………………………... | 9 |
|     III. COUNT IV AND COUNT V OF PLAINTIFF'S COMPLAINT ALLEGING VIOLATION OF NEW YORK'S ANTI-DILUTION STATUTE MUST BE DISMISSED…………………………………………… | 16 |
|     CONCLUSION…………………………………………………. | 22 |