# TABLE OF AUTHORITIES

**CASE**                                                                                                          **PAGE**

*Adirondack Appliance Repair v. Adirondack Appliance Parts*
 148 A.D.2d 796 (3rd Dept, 1989)                                                                                  19, 20

*Allied Maintenance Corp. v. Allied Mechanical Trades*
42 NY2d 538 (1977)                                                                                                19

*Bell Atlantic Corp. v. Twombley*, 127 S. Ct. 1955 (2007)                                                         7

*Brockmeyer v. Hearst Corp.*
 248 F. Supp. 2d at 281 (S.D.N.Y. 2003)                                                                           15

*Cable News Network, L.P. v. GoSMS.Com, Inc.*,
U.S. Dist. LEXIS 16156, at (S.D.N.Y. Oct. 30, 2000)                                                               6

*Camelot Assocs. Corp. v. Camelot Design & Dev. LLC*
 298 80 2d 799 (3rd Dept., 2002)                                                                                  20

*Capitaland Heating & Cooling v. Capital Refrig. Co.*
134 A.D.2d 721 (3rd Dept, 1989)                                                                                   20

*DeBeers LV Trademark Ltd. v. DeBeers Diamond Syndicate,
Inc.,*440 F.Supp. 2d 249 (S.D.N.Y. 2006)                                                                          18

*Del Pub. Co. v. Stanley Publications, Inc.*
9 NY2d 126 (1961)                                                                                                 21

*Edmiston v. Jordan*, 1999-2 Trade Cas. (CCH) P72, 720;
(S.D.N.Y. November 24, 1999) 1999 U.S. Dist. LEXIS 18262                                                          14

*Federal Express Corp. v. Federal Espresso, Inc.*
 201 F. 3d 168 (2d Cir. 2000)                                                                                     20

*GTFM, Inc. v. Solid Clothing, Inc*
 215 F.Supp. 2d 273 (S.D.N.Y. 2002)                                                                               18, 19

*IMAF, S.p.A v. J.C. Penny Co.*, No. 86 CV 9080,
1989 U.S. Dist. LEXIS 5262, (S.D.N.Y. May 12, 1989)     8

*Katz v. Modiri*
 283 F.Supp. 2d 883 (S.D.N.Y. 2003)     19

*Landscape Forms, Inc. v. Columbia Cascade Co.*
 117 F.Supp. 2d 360 (S.D.N.Y. 2000)     19

*Lang v. Retirement Living Publ'g Co.*
 949 F. 2d 576, 584 (2nd Circuit 1991)     13

*Le Book Pub., Inc. v. Black Book Photography, Inc.*
418 F.Supp. 2d 305 (S.D.N.Y. 2005)     17

*Little India Stores, Inc. v. Singh*, 101 AD2d 727
(1st Dept, 1984)     20

*Malaco Leaf, AB v. Promotion in Motion, Inc.*
287 F.Supp. 2d 355 (S.D.N.Y. 2003)     17

*Montblanc-Simplo v. Aurora Due S.r.L.*
 363 F.Supp. 2d 467 (E.D.N.Y. 2005)     19

*Nabisco, Inc. v. Warner-Lambert Co.*
 220 F. 3d 43, (2d Cir. 2000)     12

*Nicholas v. Goord*
 430 F.3d 652, (2d Cir. 2005)     6

*Polaroid Corp. v. Polaroid Elecs. Corp.*, 287 F. 2d 492,
495 (2d Cir. 1961), cert. denied 368 U.S. 820 (1961)     11

*Prentice v. Apfel*,
11 F. Supp. 2d 420, (S.D.N.Y. 1998)     4

*Sly Magazine*, *LLC v. Weider Publications, L.L.C.*　　　　　　　　　　1,2,7,8
*and American Media* (05 CIV 3940)

*SMJ Group, Inc. v. 417 Lafayette Restaurant LLC*
439 F.Supp. 2d 281 (S.D.N.Y. 2006)　　　　　　　　　　　　　　　　　　18

*Sports Traveler, Inc. v. Advance Magazine Publishers, Inc.*　　　　　　9,10,11
25 F. Supp. 2d 154, 161 (S.D.N.Y. 1998)

*Strange Music, Inc. v. Strange Music, Inc*
326 F.Supp. 2d 481(S.D.N.Y. 2004)　　　　　　　　　　　　　　　　　　17

*Streetwise Maps, Inc. v. Vandam, Inc.*
159 F. 3d 739, 743 (2d Cir. 1998)　　　　　　　　　　　　　　　　　　11, 13

iii