Affidavit of Service

STATE OF NEW YORK      )
                       ) SS:
COUNTY OF WESTCHESTER  )

Rosalie Luisi being sworn says:

I am not a party to the action, am over 18 years of age and reside in West Harrison, N.Y.

On August 20, 2007, I served a true copy of the annexed NOTICE OF MOTION, AFFIRMATION, AFFIDAVIT IN SUPPORT AND MEMORANDUM OF LAW by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

THE BOSTANY LAW FIRM
Attorneys for Plaintiff
40 Wall Street
New York, New York 10005

JENNER & BLOCK, LLP
Attorneys for Defendants
CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY, WAL-MART
STORES, INC., CHAS LEVY CIRCULATING CO.,
LLC, ANDERSON NEWS, LLC, MAGAZINE
DISTRIBUTORS, INCORPORATED, THE NEWS
GROUP, INC., AND GOPHER NEWS COMPANY,
919 Third Avenue, 37th Floor
New York, New York 10022-3908

_____
Rosalie Luisi

Sworn to before me on the
20th day of August, 2007.

_____