Susan J. Kohlmann (SK1855)
Elizabeth Valentina (EV4345)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY  10022
(212) 891-1600
(212)891-1699 (facsimile)
*Attorneys for Defendants, Curtis Circulation
Company, Hudson News Company, Wal-Mart
Stores, Inc., Chas Levy Circulating Co., LLC,
Anderson News LLC, Magazine Distributors,
Incorporated, The News Group, Inc. and
Gopher News Company.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SLY MAGAZINE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CURTIS CIRCULATION COMPANY, et al., <br><br> *Defendants*. | Civ. No. 07-O6265 (DAB) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that Defendants Curtis Circulation Company, Hudson News

Company, Wal-Mart Stores, Inc., Chas Levy Circulating Co., LLC, Anderson News LLC,

Magazine Distributors, Incorporated, The News Group, Inc. and Gopher News Company

respectfully move the Court to dismiss Plaintiff's Complaint in its entirety pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure.  This motion is accompanied by Defendants'

Memorandum of Law in Support of Their Motion to Dismiss, and the Declaration of Susan J.

Kohlmann and attached Exhibits.

12031.1

Dated:  September 17, 2007

By:  /s Susan J. Kohlmann
     Susan J. Kohlmann (SK-1855)
     Elizabeth Valentina (EV-4345)

JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699 (fax)

*Attorneys for Defendants, Curtis Circulation Company, Hudson News Company, Wal-Mart Stores, Inc., Chas Levy Circulating Co., LLC, Anderson News LLC, Magazine Distributors, Incorporated, The News Group, Inc. and Gopher News Company.*

TO:
Andrew Sweeney
THE BOSTANY LAW FIRM
40 Wall Street
New York, NY 10005
(212) 530-4400

*Attorneys for Plaintiff*

2

12031.1

## <u>CERTIFICATE OF SERVICE</u>

I, Susan J. Kohlmann, an attorney, hereby certify that on this 17th day of September,

2007, I caused true and correct copies of the Notice of Motion to Dismiss Plaintiff's Complaint,

Memorandum of Law in Support of Defendants' Motion to Dismiss and Declaration of Susan J.

Kohlmann in Support of Defendants' Motion to Dismiss and attached exhibits to be served on

the following individuals in the following manner:

**<u>By USPS First Class Mail and ECF</u>:**

**The Bostany Law Firm**
John Bostany
Andrew Thomas Sweeney
40 Wall Street
New York, NY 10005
(212) 530-4400
Fax: (212) 530-4488
Email: Andrew.Sweeney@Bozlaw.com
*Attorneys for Plaintiff*

**Voute, Lohrfink, Magro & Collins, LLP**
Ralph F. Schoene
Elliot A. Cristantello
170 Hamilton Avenue
White Plains, New York 10601-1789
*Attorneys for Defendant, Ingram Periodicals, Inc.*

s/ Susan J. Kohlmann

12031.1