Susan J. Kohlmann (SK1855)
Elizabeth Valentina (EV4345)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY  10022
(212) 891-1600
(212)891-1699 (facsimile)
*Attorneys for Defendants, Curtis Circulation Company, Hudson News Company, Wal-Mart Stores, Inc., Chas Levy Circulating Co., LLC, Anderson News LLC, Magazine Distributors, Incorporated, The News Group, Inc. and Gopher News Company.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SLY MAGAZINE, LLC,

    *Plaintiff,*

    v.

CURTIS CIRCULATION COMPANY, et al.,

    *Defendants.*

Civ. No. 07-06265 (DAB)

**DECLARATION OF SUSAN J. KOHLMANN IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, Susan J. Kohlmann, hereby declare as follows:

1.    I am a member of the Bar of this Court and a partner at Jenner & Block LLP. I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety.

11973.2

2. For the Court's convenience, I attach true and correct copies of the following documents referenced in Defendants' Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety as SJK Ex. __:

Ex. 1: Pages from the transcript of the hearing of the preliminary injunction motion held in *Sly Magazine. LLC v. Weider Publications, L.L.C. and American Media*, 05 Civ. 3940 (S.D.N.Y.) (hereinafter "*Weider*") on December 27, 2005;

Ex. 2: Judge Casey's Opinion & Order in *Weider* dated April 9, 2007;

Ex. 3: Joint Pre-Trial Order in *Weider* dated July 20, 2007;

Ex. 4: Pages from the transcript of the deposition of Ruby Charles taken in *Weider* on January 9, 2006;

Ex. 5: Pages from the transcript of the deposition of Jason Gerdes taken in *Weider* on January 11, 2006;

Ex. 6: Pages from the transcript of the deposition of John D. Swider taken in *Weider* on December 13, 2005;

Ex. 7: The Declaration of Ruby Charles filed in *Weider* dated December 9, 2005;

Ex. 8: Exhibit J to the Declaration of Ruby Charles filed in *Weider*;

Ex. 9: Exhibit K to the Declaration of Ruby Charles filed in *Weider*;

Ex. 10: Exhibit L to the Declaration of Ruby Charles filed in *Weider*;

Ex. 11: Exhibit M to the Declaration of Ruby Charles filed in *Weider*;

Ex. 12: Exhibit N to the Declaration of Ruby Charles filed in *Weider*;

Ex. 13: Exhibit O to the Declaration of Ruby Charles filed in *Weider*;

Ex. 14:  The Declaration of Michael B. Kahane filed in *Weider* dated December 20, 2005;

Ex. 15:  The Declaration of Susan J. Kohlmann filed in *Weider* dated December 20, 2005;

Ex. 16:  Exhibit A to the December 20, 2005 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 17:  Exhibit B to the December 20, 2005 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 18:  Exhibit D to the December 20, 2005 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 19:  The Declaration of Susan J. Kohlmann dated March 17, 2006 filed in *Weider*;

Ex. 20:  Exhibit F to the March 17, 2006 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 21:  Exhibit G to the March 17, 2006 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 22:  Exhibit H to the March 17, 2006 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 23:  Exhibit L to the March 17, 2006 Declaration of Susan J. Kohlmann filed in *Weider*;

11973.2

Ex. 24:  Exhibit M to the March 17, 2006 Declaration of Susan J. Kohlmann filed in *Weider*;

Ex. 25:  The Declaration of John D. Swider filed in *Weider* dated December 20, 2005;

Ex. 26:  Exhibit A to the Declaration of John D. Swider filed in *Weider*;

Ex. 27:  Exhibit B to the Declaration of John D. Swide filed in *Weider* r;

Ex. 28:  Exhibit C to the Declaration of John D. Swider filed in *Weider*;

Ex. 29:  Exhibit D to the Declaration of John D. Swider filed in *Weider*;

Ex. 30:  Exhibit E to the Declaration of John D. Swider filed in *Weider*;

Ex. 31:  Declaration of Adrienne Raps dated August 8, 2007 in Opposition to Defendants' Motion for Summary Judgment in *Weider*;

Ex. 32:  Exhibit 17 to the Declaration of Adrienne Raps filed in *Weider*;

Ex. 33:  Exhibit 18 to the Declaration of Adrienne Raps filed in *Weider*:

Ex. 34:  Declaration of Ruby Charles dated August 8, 2007 in Opposition to Defendants' Motion for Summary Judgment in *Weider*;

Ex. 35:  Exhibit A to Declaration of Ruby Charles filed in *Weider* dated August 8, 2007;

Ex. 36:  Complaint in *Weider*;

Ex. 37:  Complaint in *Sly Magazine, LLC v. Curtis Circulation Company*, et al., Civ. No. 07-06265 (DAB).

4

11973.2

Dated:  September 17, 2007            By:   /s Susan J. Kohlmann
                                                                             Susan J. Kohlmann

11973.2