# EXHIBIT 4

```
                                                              Page 1
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2
      ---------------------------------X
 3

      SLY MAGAZINE, LLC,
 4
                    Plaintiff,
 5
              vs.                  05 CV 3940 (RCC)
 6
      WEIDER PUBLICATIONS L.L.C.
 7    AND AMERICAN MEDIA, INC.,
 8                  Defendants.
 9    ---------------------------------X
10
11
12            DEPOSITION OF RUBY CHARLES
13                 New York, New York
14              Monday, January 9, 2006
15
16
17
18    Reported by:
      WENDY D. BOSKIND, RPR
19    JOB NO. 11489
20
21
22
23
24
25
```

```
 1                    R. Charles
 2        Q.    And were you aware that
 3   Sylvester Stallone was sometimes referred
 4   to by his nickname "Sly"?
 5        A.    No.
 6        Q.    You had never heard that before?
 7              MR. BOSTANY:  Object to the
 8        form.
 9        A.    No.
10        Q.    When you picked the name Sly,
11   did you Google it?
12        A.    No, I did not.
13        Q.    Did you have anybody Google it?
14        A.    I did not have anyone Google it.
15        Q.    Did you do anything with respect
16   to the name Sly to see what else might be
17   referred to by the name Sly?
18        A.    I conducted a search with the
19   government web site, I conducted a search
20   there.
21        Q.    Is that the Patent And Trademark
22   Office web site you are referring to?
23        A.    Yes, I believe so.
24        Q.    Do you ever use Google?
25        A.    Yes, sometimes.
```

```
 1                    R. Charles
 2    strike that.
 3              Is the only reason you decided
 4    not to call the magazine FIERCE because
 5    you had conducted a Patent And Trademark
 6    Office search and found that there had
 7    been a prior mark?
 8         A.   I believe so.  I believe so.  We
 9    may have went on-line as well and saw a
10    magazine that was named -- that was at the
11    time named FIERCE.
12         Q.   When you say you "went on-line",
13    what would you have done to find that
14    magazine?
15         A.   We may have conducted a search
16    after the government search on-line.
17         Q.   And on what search engine would
18    you have conducted that search?
19         A.   I cannot tell you, I don't
20    recall.
21         Q.   Do you know what a "Thomson and
22    Thomson search" is?
23         A.   No, I do not.
24         Q.   Did you publish a domain name
25    for FIERCE?
```

```
 1                    R. Charles
 2      A.    Yes.
 3      Q.    And what was that?
 4      A.    Women.
 5      Q.    Approximately what age?
 6      A.    It could have been a range, it
 7 could have been a certain range.  I am not
 8 sure exactly what the range of the age at
 9 that time was.
10      Q.    What's the range now?
11      A.    22 to 37.
12      Q.    Is there a certain education
13 level that you have targeted readers to?
14      A.    College and above.
15      Q.    And what -- at the time that you
16 started Sly, what was your plan for the
17 frequency of the publication?
18      A.    We planned a number of things --
19 monthly, bimonthly, and quarterly.
20      Q.    Well, at the time of the launch,
21 what was your --
22      A.    I'm sorry, which?
23      Q.    At the time of the launch, what
24 was the plan?
25      A.    I am not sure exactly when you
```

Page 66

```
 1                    R. Charles
 2      confusion.
 3                Can you turn to Exhibit K of
 4      your declaration.  And that first page it
 5      says "page 1 of 2".
 6           A.   Okay.
 7           Q.   Can you identify what that
 8      document is?
 9           A.   This is a photocopy of our
10      invitation to our launch party.
11           Q.   And that document appears to be
12      dated on the bottom December 29th, 2004.
13                Do you see that?
14           A.   Yes.
15           Q.   Okay.  But the launch party was
16      actually November 4th, 2004.
17           A.   That's correct.
18           Q.   Correct?
19                So what is this document?  How
20      did you get -- what does the date refer to
21      on the bottom of the page?
22           A.   This is a printout of the
23      electronic invitation.
24           Q.   And in November -- on November
25      4th, 2004, if one went to slymagazine.com,
```

Page 81

1          R. Charles
2  magazine that's not yet available?
3       A.   To our upcoming magazine.
4       Q.   But currently, there is no print
5  version of Sly Magazine; is that correct?
6            MR. BOSTANY:  I am just going to
7       object, asked and answered.
8            But you can answer.
9       A.   No, not at this time.
10      Q.   Not -- there is no print version
11 of Sly Magazine at this time; is that your
12 answer?
13      A.   Yes, that's my answer.
14      Q.   There were amendments to the
15 trademark application; is that correct?
16      A.   Yes, I believe so.
17      Q.   And do you recall why the
18 trademark application was amended?
19      A.   I am not sure.  I don't recall.
20      Q.   Is all of the content that has
21 ever been available on slymagazine.com
22 still currently available on the site?
23      A.   No, it is not.
24           MS. KOHLMANN:  I am going to
25      mark, as Ruby Charles Exhibit 3.

```
                            Page

 1                R. Charles
 2   the same.
 3        Q.   Okay, thanks very much.
 4             MS. KOHLMANN:  You want to take
 5        a break?
 6             (Recess taken:  1:55 p.m. -
 7        1:58 p.m.)
 8        Q.   When do you anticipate the print
 9   magazine will be available?
10        A.   Well, let me clarify myself
11   first.
12             We are expanding our efforts
13   from our current magazine to create a
14   print magazine, and it's going to contain
15   more information than what we have
16   currently on-line.
17        Q.   And when will that print
18   magazine be available?
19        A.   The print magazine is scheduled
20   to be on shelves on July -- on or about
21   July 15th.
22        Q.   July 15th of 2006?
23        A.   That's correct.
24             MR. BOSTANY:  I am just going to
25        say something to her.  There is no
```