# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

SLY MAGAZINE, LLC,

        Plaintiff,

   vs.          05 CV 3940 (RCC)

WEIDER PUBLICATIONS L.L.C.
AND AMERICAN MEDIA, INC.,
        Defendants.
------------------------------X

CONTINUED DEPOSITION OF JASON GERDES
New York, New York
Wednesday, January 11, 2006

Reported by:
WENDY D. BOSKIND, RPR
JOB NO. 180842 A

1                       Gerdes

2      the people are purchasing, they are

3      not purchasing a subscription for

4      issue two which is on-line.  Now, I

5      want you to get this from the

6      witness, I want to give you a little

7      bit of a lead-in as to what his

8      problem is.

9              MS. KOHLMANN:  Well, the

10     transcript is going to speak for

11     itself.

12             MR. BOSTANY:  Absolutely,

13     absolutely.  All of the answers so

14     far, in my mind, are very consistent

15     and clear, but I just want to help

16     you out.  I don't want to say too

17     much.  And if you want to go outside

18     of the presence of the witness, I

19     would be more comfortable, because I

20     don't want to be saying anything in

21     front of the witness that might be

22     improper.

23        Q.   Mr. Gerdes, are there currently

24   any printed issues of the magazine?

25        A.   I don't believe so.

1  **Gerdes**
2  **Monday, currently on-line issues are**
3  **available for free.**
4  Q. And currently no print versions
5  are available; isn't that correct?
6  MR. BOSTANY: Objection, asked
7  and answered.
8  A. **There is not a printed issue.**
9  Q. And the first printed issue is
10 scheduled to come out in July of 2006;
11 isn't that correct?
12 MR. BOSTANY: Objection, asked
13 and answered.
14 A. **As I stated I think Monday, that**
15 **was the on-sale date, on or about July**
16 **15th, 2006.**
17 Q. How long has that been the on-
18 sale date?
19 A. **I don't recall.**
20 Q. Did you ever plan for the print
21 version to come out earlier than July
22 15th, 2006?
23 A. **I don't recall.**
24 Q. Who would know the answer to
25 that question?