# EXHIBIT 6



1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SLY MAGAZINE, LLC,

                 Plaintiff,

   -against-    No. 05-CV-3940(RCC)

WEIDER PUBLICATIONS L.L.C. and

AMERICAN MEDIA, INC.,

               Defendants.

------------------------------------------x


DEPOSITION OF JOHN D. SWIDER

New York, New York

Tuesday, December 13, 2005


Reported by:

AYDIL M. TORRES

JOB NO. 180208

```
 1                    John D. Swider                    47
 2   on sale?
 3        A.   The December issue of Sly, I
 4   believe it was on sale 12/26.  It was
 5   printed, I want to say, the last week of
 6   November and was trafficked to our
 7   wholesalers on December 1st.
 8        Q.   When you say the December issue was
 9   on sale, you're testifying today, which is
10   December 13th?
11        A.   Right.
12        Q.   Do you want to correct that?  Isn't
13   it true that the magazine is not on sale
14   today because you testified --
15             MS. KOHLMANN:  I'm going to
16        object as to form.
17             You can answer.
18        Q.   You testified that it's on sale,
19   sir, on December 26th, which is two weeks
20   from today?
21        A.   Right.  It is -- in our business,
22   it is on sale December 26th.  Production,
23   manufacturing made the magazine and shipped
24   it on 12/1.
25        Q.   It's not on sale today?
```