# EXHIBIT 8

# BERT SPANGEMACHER / PHOTOGRAPHY /

FASHION    BEAUTY    URBAN

**INVOICE /** S.L.Y. Magazine – Attn. Ruby Charles – P.O. Box 246 – New York, NY 10014

---

### Shoe Fashion Shoot/Cover January 24st, 2004

One day flate rate for studio photo shoot including:
Rentals/Film/Processing/Postproduction     $ 500

Total amount due:  $ 500

SS# 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

---

Fon 212-219-7008  Fax 212-219-9679  office@spangemacher.com  www.spangemacher.com

15 ORCHARD STREET, 2ND FLOOR NEW YORK, NY 10002 / LOWER EAST SIDE /

# Makeup By Jheana
917-763-7475
www.MakeUpByJheana.homestead.com

Invoice# 012504
Invoice Date: January 25, 2004
Customer ID: 1002

Bill To:

SLY MAGAZINE

| | | |
|---|---|---|
| 1 | Makeup Artist (Ra'Jheana N Walton) | $100 |

Paid In Full   $100

# *Cathene Barrow*

**Wardrobe Stylist/Image Consultant**
Diversified Venture Associates, Inc.
Di.V.A., Inc.

Bill To:
Invoice #: 017-2004
Invoice Date: April 11, 2004
Customer ID:
Sly Magazine
Attn: Ruby Charles

# INVOICE

| Job | Date | Description | Daily Rate | Total |
|---|---|---|---|---|
| Sly Magazine photo shoot | 04/10/04 | Fashion Stylist fee | $400 | $400 |
| | 04/10/04 | Hair Stylist fee (D.J. Riggs) | $150 | $150 |
| | 04/10/04 | Makeup Artist fee (Ayinde) | $150 | $150 |
| | | *Due Date: Immediately* | | |
| | | | Balance Due | $700 |

All invoices are due upon receipt unless otherwise noted above (see "DUE DATE").

\*\* Please inform me when the check can be picked up. Thanks:~)\*\*

FAX (718) 789.6658 • E-MAIL: CATHENE@CATHENEB.COM
64 ST. JAMES PLACE, SUITE 8 • BROOKLYN, NY 11238 • PHONE (718) 230-8625

**ayinde**castro                                           *m a k e u p a r t I s t*
*invoice*_____

attn:              r charles

date of project:   4.11.04

date of invoice:   4.11.04

project:           accessory shoot

location:          daylight studio

photographer:      peter chin

kit fee:

reimbursements:

day fee:           250.00  (editorial no cover)

amnt of inv:       250.00

_____

please make check payable, within 15 day's to:

emilio ayinde castro

557 academy st
suite 32                                    facebeater.com
ny ny 10034                                 646.283.6705

**SLY MAGAZINE, LLC**

*Expense Report*

Employee: TANYA McDONALD
Department: Business Unit
From:
To: Ruby Charles

PURPOSE OF EXPENSE: Supplies for makeup/Hairstylist (Photoshoot)

| Date | Description | Transportation/Mileage | Lodging | Meals | Other | Total |
|---|---|---|---|---|---|---|
| 4-25-04 | lashes + glue | — | — | — | ✓ | $11.25 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Column Totals | | | | | | |

Subtotal: 11.25
Less cash advanced: 0.00
Total owed to you: 11.25
Total due: $11.25

Employee signature: *Tanya S. McDonald*      Date: 5-4-04

Approved by: _____      Date:

| Date | Person(s) Entertained | Title | Business Purpose | Name of Place | Total |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | |

Receipts must be attached to expense form.

P.O. Box 246
New York, New York 10014
Phone: 212.696.7481
Fax: 212.591.6614

*Tanya*

```
****      DUANE READE #223      ****
661 8TH AVENUE, NEW YORK, NY  10018

 43259       10   0960   223    004

ELITE LASH 8         1T      2.39
ELITE LASH #26       1T      2.39
ELITE LASH 12        1T      2.39
ANDREA PERMNT LASH   1T      3.19
    SUBTOTAL                10.36

    8.625% N.Y. TAX           .89
    TOTAL                   11.25

    CASH                    11.25
    CHANGE                    .00

      NEW YORK'S #1 DRUG STORE!
   (212)977-1562  www.duanereade.com
    APRIL 25, 2004          1:15 PM

REFUNDS REQUIRE A RECEIPT! PRESENT ALL
ITEMS AT THE FRONT END IMMEDIATELY
```

# Eric Hason
Photography
504 4 St.
Brooklyn, NY 11215
(718) 788-4333
ehason@nyc.rr.com

## Estimate

Client:   SLY Magazine
          PO Box 246
          New York, NY 10014

Assignment Description: Photographing model wearing garments. Shooting will take place at photographer's studio on Sunday April 25, 2004 between 10 am and 6 pm. Photographer will use Canon 10d or D60 6.3 megapixel digital camera and provide jpg files to client on cd.

Usage: Client will use photographs for promotional poster.

Fee:      $500.00

Copyright to all images created or supplied pursuant to this agreement remain the sole and exclusive property of the photographer. There is is no assignment of copyright, agreement to do work-for-hire, or intention of joint copyright expressed or implied here under. The client is licensed the above usage specifications in accord with the conditions stated herein.

All expense estimates are subject to normal trade variance of 10 percent.

Usage specifications above convert to copyright license only upon receipt of full payment.

Usage beyond that defined above requires additional written license from the licenser.

Invoices are payable upon receipt.

If you order the performance of any services required to complete the above described assignment, that act constitutes your acceptance by conduct of the terms of this estimate in it's entirety, whether signed by you or not.

Indemnification: Client will indemnify and defend photographer against all claims, liability, damages, costs and expenses including reasonable legal fees arising out of creation or any use of images. Unless delivered to Client by Photographer, no model or property release exists. Photographer's liability for all claims shall not exceed in any event the total amount paid under the invoice.

Assumption of risk: Client assumes full risk of loss or damage to materials furnished by client.

Reshoots: Client will be charged 100 percent fee for any reshoot required by client. For any required because of act of God or the fault of a third party, Photographer shall charge no additional fee, and client will pay all expenses.

Submitted by: ___*[signature]*_____     4/21/04
               Eric Hason                                              Date

Accepted by: _____              _____
                                                   Date

ERIC HASON
Photography
504 4 St
Brooklyn, NY 11215
(718) 788-4333
ehason@nyc.rr.com

Estimate

Client: SLY Magazine
PO Box 246
New York, NY 10014

Assignment Description: Photographing models wearing garments. Shooting will take place at photographer's studio on Sunday April 25, 2004 between 10 am and 6 pm. Photographer will use Canon 10d or D60 6.3 megapixel digital camera and provide jpg files to client on cd.

Usage: Client will have unlimited use of images as related to the business of SLY Magazine.

Fee: $500

Copyright to all images created or supplied pursuant to this agreement remain the sole and exclusive property of the photographer. There is no assignment of copyright, agreement to do work-for-hire, or intention of joint copyright expresses or implied here under. The client is licensed the above usage specifications in accord with the conditions stated herein.

All expenses are subject to the normal trade variance of 10 percent.

Usage specifications above convert to copyright license only upon receipt of full payment.

Usage beyond that defined above requires additional written license from the licenser.

Invoices are payable upon receipt.

Upon performing test shots of model required to complete the above described assignment, that act constitutes your acceptance by conduct of the terms of this estimate in its entirety, whether signed or not.

Indemnification: Client will indemnify and defend photographer against all claims, liability, damages, costs and expenses including reasonable legal fees arising out of creation or any use of images relating to editorial, advertisement, and promotion of SLY. Unless delivered to Client by Photographer, no model or property release exists. Photographer's liability for all claims shall not exceed in any event the total amount paid under the invoice.

Images are not to be used by photographer or third party until six months after SLY has published the images.

The photographer agrees to release images to SLY Magazine within 72 hours of completing the photo shoot.

Assumption of Risk: Client assumes full risk of loss or damages to materials furnished by client.

Reshoots: Client will be charged 100 percent fee for any reshoot required by client. For any required because of the act of God or fault of a third party, Photographer shall charge no additional fee, and client will pay all expenses.

Modified by:_____   _____
              SLY LLC                       Date

Accepted by: _____   _____

# Eric Hason
## Photography
504 4 St.
Brooklyn, NY   11215
718-788-4333

April 25, 2004

SLY LLC
PO Box 246
New York, NY   10014

INVOICE

4/25/05  Photographic services          $500.00
         Promotion shoot

Thank you.

# SLY

P.O. Box 246
New York, NY 10014
(212) 696 – 7481
(212) 591 – 6614 (fax)

---

Release Form

I understand the photograph(s) taken of me by agents, employees or representatives of SLY LLC shall be used in connection with SLY magazine promotional, advertising, editorial tools.

I hereby irrevocably authorize SLY to copy, exhibit, publish or distribute any and all such images of me or wherein I appear, including composite or artistic forms and media, for purposes of promoting SLY or for any other lawful purpose. In addition, I waive my right to inspect or approve the finished product, including written copy, wherein my likeness appears.

I hereby hold harmless and release and forever discharge SLY LLC from all claims, demands and causes of action which I, my heirs, representatives, executors, administrators or any other persons acting on my behalf of my estate have or may have by reason of this authorization.

Project Title: _S.L.Y promotion_

_Alla_ (Signature)  _25. April 2004_ (Date)

_ANIA KAY_ (Printed Name)  _36-04 60th Street Apt 2_ (Street Address)

_Woodside, NY 11377_ (City, State, Zip Code)

(If the person signing is under age 21, there should be consent by a parent or guardian, as follows)

I hereby certify that I am the parent or guardian of _____, the minor named above, and do hereby give my consent without reservations to the foregoing on behalf of this person.

_____          _____
(Parent/Guardian's Signature)          (Date)

_____
(Parent/Guardian's Printed Name)

**SLY** MAGAZINE, LLC

*Expense Report*

Employee: Mariel Concepcion
Department: Editorial
From:
To: Ruby Charles

PURPOSE OF EXPENSE: Photoshoot supplies

| Date | Description | Transportation/Mileage | Lodging | Meals | Other | Total |
|---|---|---|---|---|---|---|
| 4-25-04 | Hairspray + lashes | — | — | — | ✓ | 5.41 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Column Totals | | | | | | |

| | |
|---|---|
| Subtotal | |
| Less cash advanced | |
| Total owed to you | |
| Total due | |

Employee signature: _____   Date: 5/5/04

Approved by: _____   Date:

| Date | Person(s) Entertained | Tide | Business Purpose | Name of Place | Total |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total | |

Receipts must be attached to expense form.

P.O. Box 246
New York, New York 10014
Phone: 212.696.7481
Fax: 212.591.6614

*Mariel*

```
****      DUANE READE  #223     ****
   661 8TH AVENUE, NEW YORK, NY  10018

   43259       10   0959   223    004

   ANDREA MOD LASH 33  1T      3.19
   SUAVE H/S REG MAX   1T      1.79
         SUBTOTAL              4.98

         8.625% N.Y. TAX        .43
         TOTAL                 5.41

         CASH                 20.00
         CHANGE               14.59

       NEW YORK'S #1 DRUG STORE!
     (212)977-1562  www.duanereade.com
       APRIL 25, 2004        1:13 PM

     YOU COULD HAVE SAVED $.77 TODAY

   REFUNDS REQUIRE A RECEIPT! PRESENT ALL
   ITEMS AT THE FRONT END IMMEDIATELY
```