**EXHIBIT 9**



RSVP to rsvp@slymagazine.com or 212.696.7481

(With your RSVP you are entered in the raffle for free designer shoes!!!)

Visit us at www.slymagazine.com

This email was sent to #!#email#!# by SLY Magazine, LLC

Campaign Report                                                          Print | Email

| Campaign Configuration | | Campaign Summary | | |
|---|---|---|---|---|
| Members | All Members | # Sent | 1105 | |
| EnFlyer | SLY INVITE | # Bounced | 182 | 16.47% |
| Date Sent | 11/2/2004 | # Delivered | 923 | 83.53% |
| | | # Opt-Outs | 2 | 0.22% |
| | | # Viewed | 879 | 95.23% |
| | | # Forwarded | 6 | 0.68% |
| | | # Clicks | 0 | 0.00% |
| | | # Replied | 11 | 1.25% |

**Views Progression Graph**



**User Agents (Browsers)**

| User Agent (Browser) | Views | View % |
|---|---|---|
| Internet Explorer 4 | 0 | 0.00 |
| Internet Explorer 5 | 35 | 3.98 |
| Internet Explorer 6 | 597 | 67.92 |
| Netscape 4 | 3 | 0.34 |
| Netscape 6 | 129 | 14.68 |
| Other | 115 | 13.08 |

Domain Breakdown



| Domain | Sent | Bounces | Clicks | Views | View % |
|---|---|---|---|---|---|
| aol.com | 95 | 12 | 0 | 54 | 6.14 |
| yahoo.com | 67 | 6 | 0 | 62 | 7.05 |
| hotmail.com | 50 | 3 | 0 | 14 | 1.59 |
| hearst.com | 50 | 10 | 0 | 2 | 0.23 |
| fairchildpub.com | 37 | 6 | 0 | 2 | 0.23 |
| hfmus.com | 29 | 1 | 0 | 6 | 0.68 |
| condenast.com | 19 | 7 | 0 | 5 | 0.57 |
| bestmed.com | 15 | 0 | 0 | 14 | 1.59 |
| earthlink.net | 13 | 1 | 0 | 9 | 1.02 |
| condenast.co.uk | 12 | 4 | 0 | 3 | 0.34 |
| Other | 718 | 132 | 0 | 708 | 80.55 |

### Delivery Failures

| Reason | Count | % |
|---|---|---|
| Over Storage Quota | 8 | 4.40 |
| Invalid User | 79 | 43.41 |
| DNS Lookup Error | 11 | 6.04 |
| Connection Error | 4 | 2.20 |
| Other | 80 | 43.96 |



|  NOCTURNE PARTY CONTRACT  |
|---|

| | | | |
|---|---|---|---|
| **TYPE OF FUNCTION:** | SLY Magazine | **NO OF GUESTS:** | 300pp |
| **DATE OF FUNCTION:** | Thursday November 4th 2004 | **TIME:** | 8:00pm – 10:pm |
| **CONTACT:** | Alex | **BEVERAGE:** | Sponsored Open Bar from 8pm – 10pm (provided by Sly Magazine) |
| **FAX:** Email: | acharles@slymagazine.com | **FOOD:** | N/A |
| **PH:** | | **ARRANGED BY:** | Barry Mullineaux |

### ARRANGMENTS

**OPEN BAR / CASH BAR:** Sponsored Open Bar from 8-10pm. Open bar applies only to product supplied by sponsor through Sly Magazine. Cash bar on all other product.

**FOOD:**
**COST:** No cover charge from 8-11pm. $10.00 cover after11pm.

**NOCTURNE WILL PROVIDE THE FOLLOWING STAFF:**
Bartenders
Busboys
Security
Doorman
**DJ (arranged by Sly Magazine)**
Host
Mermaid @ $125.00 additional charge
Coat Check $3.00 per item

_____          _____
**(Signed by Client)**                              **(Date)**

_____          _____
**(Signed by Coral Room)**                       **(Date)**

Coral Room, 512 West 29th Street, NY ,NY 10012, TEL (212) 244-1965, FAX (212) 244-1380c