# EXHIBIT 10

# SLY

Shoe. The Obsession.

MENU FASHION:
- FASHION
- GADGETS
- CAREERS
- LIFESTYLE
- ABOUT SLY
- CONTACT SLY

SUBSCRIBER

# 2004 4 HALF ISSUES

WELCOME TO SLYAGEN.COM

## SUBSCRIBE

SLY?

PRESS HERE

### This Season's Best

This is where you can put a blurb about the shoes.

## Feature

Here is where some content and narrative information can be found at this location.

This is the place where some content in about fashion and new things will go and about the seasons style.

People who like to write about fashion will be the designers that appear in Macy's about and new every will read these to buy Latin last few items at anywhere who are anybody then you know who is and what style is.

Keep looking at the ground.

Caption goes here.

## GADGETS:

This is a pretty bee.

AD SPACE

# STYLE 2004 FALL ISSUE

Shoes. The Obsession.

## SUBSCRIBE

PRESS HERE

## This Season's Best



This is where you can put a blurb about the shoes.

## FEATURE

This is where the featured article will go on Style.in.ai. OK

[feature text blurb]



"...I LOVE HATS BY EUGENIA KIM. SHE MAKES GREAT SHOES AND BAGS TOO..."

CONTINUE >>

FASHION
GADGETS
CAREERS
LIFESTYLE
ABOUT
CONTACT
SUBSCRIBE

MAIN MENU

WRISTLET.

Put blurb here...

name of shoe

This is where the blurb about the accessories belongs

name of bag

GADGETS:

This is where the blurb about the gadget should belong.

### FALL 2004

[fall 2004 article text]

Copyright 2004 StyleMagazine.com Inc.

HOME   CUSTOMER SERVICE   SEARCH   FAQs   ADVERTISING   PRIVACY POLICY   SIGN UP

S - 00059





S - 00061

## FALL 2004

SLY is a fashion magazine that exhibits the sharpest designs in shoes and accessories for independent, fashion-conscious women who transcend the depths of feminine edge. SLY represents women living in the metropolitan areas that pride themselves in standing out through excellence and style. As such, SLY reports on trends in career advancement and toils in gadgets and electronic development.

| Sections | Concept | No. of Pages/ Words | Value for Customers | Value to Advertisers | Due Date | Comments |
|---|---|---|---|---|---|---|
| Feature | | | | | | |
| Fashion | | | | | | |
| Celebrity | | | | | | |
| Career | | | | | | |
| Gadgets | | | | | | |
| Relationship | | | | | | |
| Lifestyle | | | | | | |
| Home | | | | | | |
| Travel | | | | | | |
| Restaurant | | | | | | |
| Bar/ Lounge | | | | | | |
| | | | | | | |



**SLY Magazine, LLC**
332 Bleecker Street
New York, NY 10014

P .  212 . 696 . 7481
F .  212 . 591 . 6614

| | |
|---|---|
| Advertising: | Marie Simon, Advertising Director<br>msimon@slymagazine.com |
| Public Relations: | Alex Charles, PR/Marketing Director<br>acharles@slymagazine.com |
| Editorial: | editorial@slymagazine.com |
| General Info: | info@slymagazine.com |

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00049

FREE PROMOTIONAL ISSUE!

SLYmagazine.com is published and owned by SLY Magazine, LLC.

SLY is a lifestyle magazine focusing on shoes and accessories for fashion-conscious women who lead a sophisticated and independent way of living. SLY targets women in the metropolitan area that pride themselves in standing out through excellence and style. As such, SLY reports on trends in career advancement and electronic development.

SLY fills the void in the media industry by representing women encompassing interest in all facets that not only include beauty and relationships but also career, gadgets, travel, and other lifestyle-defining interests. SLY is for the quintessential woman independent and charming. SLY bridges the gap between beauty and wit because the two are never separate

## FEATURES

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... 

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

### On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

### Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

### Please Take our Survey!

design . pinkbacteria.com    *Still image photography: Joe Tobacca    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.





© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00051




...androcica FREE PROMOTIONAL ISSUE !

*First Name :*
*Last Name :*
*E-Mail :*
*Address 1 :*
*Address 2 :*
*City :*
*State :*
*How did you hear about Sly? :*
*Zip Code :*

▸ submit    ▸ reset

  

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...

## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▸

design . pinkbacteria.com    *Still image photography: Joe Tobacca*    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

Website Feedback Survey                                    http://www.slymagazine.com/survey/website_feedback.html

[ text box ]

*What did you dislike most about this site?*

[ text box ]

*What do you think the website is lacking?*

[ text box ]

*Overall, how would you rate this website?* [ Outstanding ▼ ]
*Why did you give the site this rating?*

[ text box ]

*Other comments:*

[ text box ]

*Email Address (optional):* [ text box ]

Submit

S - 00053



SLYmagazine.com, published and owned by SLY Magazine, LLC.
Please send queries to:

**SLY Magazine, LLC**
PO Box 246
NY, NY 10014

The information we collect on our website is to help us understand you, our readers and subscribers, better. This information is used to help improve thecontent on our website and magazine, as well as to contact consumers for marketing purposes. We do not share this information with a third party under any circumstances.

Postal addresses submitted to us will be used to send you periodic mailings with information on upcoming events, products and services. From time to time, you may receive surveys and questionnaires for development use.

By submitting your information to SLY, you are giving us permission to contact you for the above purposes.

At anytime, if you decide you do not wish to be on our mailing list, simply send us an email to remove@slymagazine.com or mail us a letter to the above addressrequesting removal. Please include your exact name, mailing and email address.

© 2004-05 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



# NATIONAL BREAST CANCER FOUNDATION

The National Breast Cancer Foundation mission is to save lives by increasing awareness of breast cancer through education and by providing mammograms for those in need.

*Help for Today... Hope for Tomorrow*

One Hanover Park
16633 North Dallas Parkway, Suite 600
Addison, Texas 75001



# sly
## the obsession

The magazine that celebrates the joys of being a woman!

for promotional use only

S - 00055



S - 00056

# WINTER 2003

Dress/E LOCO $180; Persian lamb boots, Claudio Merazzi $1,462; necklace, H&M $12; Makeup: Jheana
Photographs: Bert Spangemacher



Lotus Shoe
page 10

## contents

Winter: As you've never seen it before...
page 9

### Features

26   **GOD'S GIFT TO WOMEN**
Diamonds are a girl's best friend but shoes are a gift from the heavens. A view of shoes through the centuries.

10   **The Truth About Sex & Stilettos**
Asian practices of binding women's feet came about through the same intentions as the Western design of the high-heeled shoe. Should sexual innuendos keep women from indulging in their obsession?

12   **Career Feature**
You Are Not The Boss Of Me

### Departments

5   **Shoe Space**
Designs for the office. We know night and day are not always interchangeable.

6   **Go Go Gadgets**
Remote control by Sony that controls most devices even non-Sony electronics. Goodbye to the 20 remote controls on the tele.

11   **Fashion Forward**
The latest winter designs.

19   **Celebrity Closets**
Our editor went shoe shopping with Lucy Liu. We took a peak at her closet and some of her favorite shoes.

### In Every Issue:

28   Dreamweaver What does your dream mean?
3   Editor's Note
29   Appendix A Where you can find SLY selections in this issue.

