


... Fur Hat , T-strap pumps. Garter belt. Narrow, wedged shoes Something turquoise. Gold jewel...


....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...


...Top ten of early warning signs that your metrosexual man seems to be confused...



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

*Please Take our Survey*

*Shopping Guide*

design . pinkbacteria.com    "Still image photography: John Names and Josh Wand)    press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00032

...andreccivca FREE PROMOTIONAL ISSUE !

## FEATURES

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

### On Your Feet

 

Mandy: shoes by Stella McCartney, bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

### Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

### Please Take our Survey!

design . pinkbacteria.com         *Still image photography: Joe Tobacca         events   contact us   privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00033



...*introduces a* FREE PROMOTIONAL ISSUE !

## Rock Watch

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas. Diamonds can be fun and casual. Adding some bling to a classic look this spring is just the right touch. We've found some watches that are embellished with diamonds yet casual and comfortable. (Note our honorable mention from Gucci...no diamonds but we just couldn't help ourselves!)



▶

De Grisogono; steel band with diamond embellishing.

### FEATURES



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▶



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▶



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▶



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

▶

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey! ▶

design . pinkbacteria.com       *Still image photography: Joe Tobacca       events   contact us   privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00034



...FREE PROMOTIONAL ISSUE!

## *Jimmyjane: The New Name in Luxury*
### *By Charli Fox*



A new addition to some of the things from which you simply cannot part—the Apple laptop, Marc Jacob handbag, Gucci shoes—is the Jimmyjane vibrator. As these are the accessories to carry this year. Well maybe you don't want to flaunt your vibrator but if it is platinum and by Jimmyjane, the signature double J engravings will be all the craze. Yep, Jimmyjane sex toys are the new objects of desire for the confident, well-witted gal who loves to shop with quality in mind.

www.jimmyjane.com

Photo Credits: Sean Dagen   Styling: Micah Bishop   Product Styling: Rod Hipskind

        **FEATURED**

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



### *On Your Feet*

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

### *Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

### *Please Take our Survey!*

design . pinkbacteria.com    *Still image photography: Joe Tobacca    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

 

...and receive a FREE PROMOTIONAL ISSUE !

 

BETSEY JOHNSON    ANNA SUI    ESTEBAN CORTAZAR

## Bohemian Rhapsody

The runways were filled this season with gypsy-inspired prints, cabaret-like skirts, tunics, gazpachos declaring Bohemian chic as the look for the fall/winter season. Scarves, opaque stockings, and Asia inspired jewelry is just the touch you need to complete your look. Here are some designs from the runway.

photos : Anna Thiessen

### FEATURES

  

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...*

*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...*

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...*

## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com    *Still image photography: Joe Tobacca    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00036




...and receive a FREE PROMOTIONAL ISSUE !



**OLYMPUS M: ROBE 500 i**  $499

Have you ever had the urge to take digital quality pictures while playing digital quality music? The Olympus m:robe 500i affords its customers that luxury. You can listen to all of your favorite music while preserving new moments you don't want to forget or browsing through old ones. Whether it's a WMA or an MP3 it supports both audio formats and can hold thousands of songs for your listening pleasure. The 3.7" color LCD display lets you actually see the picture before you touch the screen to capture it onto the m:robe's internal 20GB hard disk. The old adage of point and shoot has never been this easy, or should we say point and touch.

TREO 650  ▶
DELPHI XM MYFI  ▶
SAMSUNG HL-P5085W  ▶
ARCHOS POCKET VIDEO...  ▶



  

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...  ▶

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...  ▶

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...  ▶

*On Your Feet*

 

Mandy: shoes by Stella McCartney, bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

*Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*  ▶

design . pinkbacteria.com       *Still image photography: Joe Tobacca       events       contact us       privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



FREE PROMOTIONAL ISSUE !

**DELPHI XM MYFI** ▶
**SAMSUNG HL-P5085W** ▶
**OLYMPUS M: ROBE 500 i** ▶
**ARCHOS POCKET VIDEO...** ▶



**TREO 650**   $499

On the heels of the ever increasing popularity of the aptly dubbed "smartphones" comes the Treo 650. Like the other smartphones it gives you access to your email, messaging, a digital camera with video recording capabilities, and the obvious feature to actually make phone calls. The Treo 650 also features Bluetooth® wireless technology for communication with other devices. However what is remarkable about the Treo 650 is that it does not settle by being able to perform these functions, but its designed to perform these functions efficiently and affectively. The Treo 650, always keeps you connected and as an added bonus it has a multimedia expansion slot so you can take greater advantage of the plethora of features it offers.

*FEATURES*



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▶



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▶



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▶



*On Your Feet*



Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

*Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com   *Still image photography: Joe Tobacco   events   contact us   privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.




...and receive a FREE PROMOTIONAL ISSUE!

TREO 650 ▶
SAMSUNG HL-P5085W ▶
OLYMPUS M: ROBE 500 i ▶
ARCHOS POCKET VIDEO... ▶



### DELPHI XM MYFI  $349

Satellite radio is slowly gaining popularity as listeners begin to understand the strengths of this new medium. However, users have been confined to either using them at home or in their car that is until now. The Delphi XM MyFi is attempting to revolutionize the XM experience by offering portability to the satellite radio consumer. The MyFi is designed for the person on the go who doesn't want to be confined to their house or car. It has a battery life of up to 5 hours and easily fits in the palm of your hand. As an added bonus, it even offers its user the ability to record over 5 hours of XM content for playback.

### FEATURES

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...* ▶



*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...* ▶

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...* ▶



## *On Your Feet*

 

Mandy: shoes by Stella McCartney; bag by Chloe ▶

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## *Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com      *Still image photography: Joe Tobacca      events      contact us      privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.





...and receive a FREE PROMOTIONAL ISSUE!



**SAMSUNG HL-P5085W**    $3,699.99

Samsung's new 50 inch widescreen High Definition Television is as functional as it is fashionable. Impeccable style immediately captivates its viewer whether you are watching *Ocean's Eleven* or the latest episode of *Lord of the Rings*. This HD-TV utilizes Digital Light Processing or DLP™ technology which enables this television to display the best digital picture money can buy. Samsung's newest marvel also comes equipped with its own pedestal which is fitting considering that its picture stands out above the rest.

TREO 650 ▸
DELPHI XM MYFI ▸
OLYMPUS M: ROBE 500 i ▸
ARCHOS POCKET VIDEO... ▸

  

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▸

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▸

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▸

## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▸

design . pinkbacteria.com        *Still image photography: Joe Tobacca        events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00040



FREE PROMOTIONAL ISSUE!

### ARCHOS POCKET VIDEO RECORDER AV480   $749.95



Keeping the things you love close to you is important to the savvy consumer and the Archos Pocket Video Recorder allows you to do just that. Whether it's the music, pictures, or even the movies and television shows you love; it has never been easier to take these things wherever your travels may take you. With a simple USB connection you can download all of your favorite pictures and music to the AV480. The cradle (an AV480 accessory) makes it a breeze to record movies and programs regardless of the source—TV, VCR, cable, or satellite receiver. The disadvantage—the battery only lasts for 4.5 hours of video playback time thus making a charge necessary sometimes in the middle of Frodo's quest to Mordor during your Lord of the Rings marathon.

- TREO 650 ▸
- DELPHI XM MYFI ▸
- SAMSUNG HL-P5085W ▸
- OLYMPUS M: ROBE 500 i ▸

### FEATURES

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...*

*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...*

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...*



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*

design . pinkbacteria.com    'Still image photography: Joe Tobacca    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



FREE PROMOTIONAL ISSUE !

## White Dreams

Adore the clean and refine look that shouts "sharp"? White accessories always do the job. Spring comes around and each year there's no need to cast your white items aside for your new look...you can never go wrong with white.

EVENING ▸
BOHEMIAN CHIC ▸
DID YOU GET THE MEMO? ▸

HELMUT LANG

      

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...

## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▸

design . pinkbacteria.com          *Still image photography: Joe Tobacca          events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00042



...and receive a FREE PROMOTIONAL ISSUE !



HELMUT LANG

*Evening*

It's that time again. You must attend a formal event but you never have the opportunity to update your formal accessories at you leisure. The gala begins in a couple of hours and you're pressured to find that perfect shoe. Well check with SLY for the latest in evening footwear. We're constantly searching to bring you what will be the shoe-of-the-night. Here are just a few to wet your palette.

**WHITE DREAMS** ▸
**BOHEMIAN CHIC** ▸
**DID YOU GET THE MEMO?** ▸

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... 

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

*On Your Feet*

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

*Shopping Guide*

De Grisogono ▸
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre ▸
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique ▸
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▸

design . pinkbacteria.com     *Still image photography: Joe Tobacco     events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...and receive a FREE PROMOTIONAL ISSUE !



SERGIO ROSSI ▸

EVENING ▸
WHITE DREAMS ▸
DID YOU GET THE MEMO? ▸

## Bohemian Chic

From the spring runways to the city streets, footwear this season has become more comfortable! That's right ladies, not only will your shoes look fabulous but they will be cozy, too. Wedges, espadrilles and flats are definitely must-haves. Guiseppe Zanotti, Helmut Lang, Casadei—all of your favorite designers have created the hottest styles to pair up with your bohemian chic wardrobe for this spring. But if you won't be caught dead in anything but pumps, we've included some designs to complete your Bohemian look!

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▸



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▸



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▸



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe ▸

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono ▸
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre ▸
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique ▸
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey! ▸

design . pinkbacteria.com     *Still image photography: Joe Tobacca     events   contact us   privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00044



...introduces FREE PROMOTIONAL ISSUE !

## *Did You Get the Memo?*



> Bangles are a must-have this spring. No matter the material—wooden, plastic, ivory, leather—it is tres chic to wear one or seek to inspire and wear a few.

**EVENING** ▸
**WHITE DREAMS** ▸
**BOHEMIAN CHIC** ▸

### FEATURES

    

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▸

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▸

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▸

## *On Your Feet*

   ▸

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## *Shopping Guide*

De Grisogono ▸
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre ▸
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique ▸
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▸

design . pinkbacteria.com           *Still image photography: Joe Tobacco           events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00045

 

...and receives FREE PROMOTIONAL ISSUE !

## *Provence*

Nested in Soho (on MacDougal Street) is a restaurant whose name conjures the feelings and charm of Provence in the south of France (sometimes referred to as the California of France - due to the warm weather). The restaurant, appropriately named Provence, is owned by Michel and Patricia Jean and has a wide selection of delicious dishes. The menus are the sophistication of Southern French cuisines, which is influenced by Italian, Spanish, and North African cookery.

This casually elegant French charm with warm décor has a small delightful garden in the back for outdoor eatery. Wide selections of delicious desserts are served, assiette de sorbet, fruits frais (Assorted sorbet, fresh fruits) being the most popular.

The prices range from moderate to expensive.



▶

CINQUE TERRE ▶

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...* ▶ 

*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...* ▶ 

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...* ▶ 

## *On Your Feet*

 

▶

Mandy: shoes by Stella McCartney, bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## *Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com   *Still image photography: Joe Tobacca   events   contact us   privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00046

...and receive a FREE PROMOTIONAL ISSUE !

## Cinque Terre *By Susan Eliya*



Cinque Terre, which translate to "Five Lands", sits on the southern Ligurian coast of Italy overlooking the Mediterranean Sea. From north to south, there are five undeniably beautiful ports, each carved out of rock: Monterosso, Vernazza, Corniglia, Manarla, and Riomaggiore.

Each port holds a small, amiable community, and is recognized by its narrow staircases and alleys that

PROVENCE ▶

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...*



*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...*



*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...*



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*

design . pinkbacteria.com      *Still image photography: Joe Tobacca      events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00047



...andreoch.e a FREE PROMOTIONAL ISSUE !

## Is Your Job Making You Sick?
### Regain Your Health and Happiness by Detaching.
*by Anthony Zolezzi*



Do you find yourself suffering from sleepless nights, tension headaches or stomach ulcers? Perhaps the source of your problems is a series of control dramas that have been inflicted on you by the people you work with.

**Toxic People will Make You Sick**
You may be working in a "toxic" environment without even realizing it. Most people have come to accept 12-hour workdays without lunch breaks and working overtime on the weekend as a way of life. But the fact is, we are putting our physical, emotional and mental health, more and more at risk.

**FEMALE BOSS: FRIEND OR FOE** ▸

 Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▸

 ...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▸

 Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▸

### On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

### Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

### Please Take our Survey! ▸

design . pinkbacteria.com       *Still image photography: Joe Tobacca       events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.