# EXHIBIT 11

## SLY FILLS THE VOID...

SLY fills the void in the media industry by representing women encompassing interest in all facets that not only include beauty and relationships but also career, gadgets, travel, and other lifestyle-defining interests. SLY is for the quintessential woman—independent and charming. SLY bridges the gap between beauty and wit because the two are never separate when discussing the beauty of women. SLY women.

SLY is an invaluable resource to the upper echelon of lifestyle marketers who rely on the tastes of popular trend-setters to help define their business objectives. SLY provides coverage on the leading issues of which women have an opinion; speaking to women as no other has.

Focusing on all elements of the quintessential woman, each quarter SLY covers:

- High-end shoe designs and accessories
- Women's interest stories
- Career profiles, the latest gadgets
- Lifestyle trends

**DEMOGRAPHICS:**

| | |
|---|---|
| Gender: | Female |
| Age: | 25 to 35 |
| Education: | College |
| Status: | Single |
| Income: | 40K+ |
| Frequency: | Quarterly |
| Circulation: | 50,000 |
| Location: | NY Metro Area |

coming soon
- Website launch, October 1, 2004
- Magazine on shelves in 2005

Contact Information:
Advertising Contact: advertising@slymagazine.com
Editorial Contact: editorial@slymagazine.com