# EXHIBIT 12



www.slymagazine.com

SLY is a lifestyle magazine focusing on shoes and accessories for fashion-conscious women who lead a sophisticated and independent way of living. SLY targets women in the metropolitan area that pride themselves in standing out through excellence and style. As such, SLY reports on trends in career advancement and electronic development.

*Contact: 332 Bleecker St, #K39, New York, NY 10014    (212) 696-7481*