# EXHIBIT 13

# SLY

P.O. Box 246
New York, NY 10014
(212) 696 – 7481
(212) 591 – 6614 (fax)

---

### SLY Profile

*SLY* is a fashion magazine focusing on shoes and accessories for independent, fashion-conscious women who transcend the depths of feminine edge. *SLY* targets women living in the metropolitan that pride themselves in standing out through excellence and style. As such, *SLY* reports on trends in career advancement and toils in gadgets and electronic development.

*SLY* fills the void in the media industry by representing women encompassing interest in all facets that not only include beauty and relationships but also career, gadgets, travel, and other lifestyle-defining interests. *SLY* is for the quintessential woman—independent and charming. *SLY* bridges the gap between beauty and wit because the two are never separate when discussing the beauty of women. *SLY* women.

*SLY* is an invaluable resource to the upper echelon of lifestyle marketers who rely on the tastes of popular trendsetters to help define their business objectives. *SLY* provides coverage on the leading issues of which women have an opinion; speaking to women as no other has.

Focusing on all elements of the quintessential woman, each quarter *SLY* covers:



- High-end shoe designs and accessories
- Women's interest stories
- Career profiles, the latest gadgets to snag
- Shoe shopping with celebrities and lifestyle trends

As a result of speaking to high-powered, independent women; SLY will not discuss relationships in a manner where women are held to be the victims and men are both the center of their universe and the root of all their issues. Band from our pages are *How to..* or *10 Ways...*

*SLY* is positioned to awaken society from the traditional views of the feminine intellect and introduce the *SLY* woman. *SLY* is a way of being, removing the box from feminine ideals...it's an attitude.