# EXHIBIT 14

12/20/2005  17:11    561-989-1160                  KAHANE AMI LEGAL                          PAGE  01/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLY MAGAZINE, LLC,

    *Plaintiff*,

-against-

WEIDER PUBLICATIONS L.L.C. AND
AMERICAN MEDIA, INC.

    *Defendants*.

Civ. No. 05-3940 (RCC)

DECLARATION OF MICHAEL
B. KAHANE IN SUPPORT OF
DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

    I, Michael B. Kahane, hereby declare as follows:

1. I am Executive Vice President and General Counsel of Defendant American Media, Inc. and I make this declaration in support of Defendants Weider Publications L.L.C. and American Media Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction.

2. Defendants are a limited liability company and a Delaware corporation respectively, both in the business of magazine publishing.

3. On or about August 2004, Sylvester Stallone and American Media, Inc., developed a test magazine to appeal to the demographic that Sly Stallone most embodies: fit men over the age of 40.

4. Accordingly, Defendants and Stallone signed a test agreement on or about August 28, 2004, and developed the first issue of the magazine.

5. Mr. Stallone was the face and name of the magazine to capitalize on both his celebrity and his strong physical condition at the age of fifty-nine.

6.  Mr. Stallone was the co-creator and editorial director of the magazine; much of the magazine was shaped around his interests and identity.

I declare the foregoing under penalty of perjury.

Date: December 20, 2005

*[signature]*

MICHAEL B. KAHANE

2