# EXHIBIT 16



         

Earth's Biggest Movie Database™ | Home | Top Movies | Photos | Independent Film | Browse | Help        Login | Register to

**Search the IMDb**
All
More searches | Tips
IMDbPro.com free trial

 WEB SEARCH

Powered by A9.com

◄ Showing page 1 of 20 ►

**Filmographies**
- all categorized
- combined
- sorted by ratings
- sorted by votes
- awards & nominations
- titles for sale
- by genre
- by keyword
- power search
- credited with

**Biographical**
- biography
- other works
- publicity
- contact information
- photo gallery
- news articles

**External Links**
- on tv this week
- official site
- miscellaneous
- photographs
- sound clip(s)
- video clip(s)


simply give.
▶ Shop now at Amazon.com

# Sylvester Stallone



**Date of birth (location)**
6 July 1946
New York, New York, USA

**Mini biography**
Sylvester Stallone became one of Hollywood's highest paid actors, usually... (show more)

More photos
Add/change photo

  Photo Gallery  IMDbPro Professional Details

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

**Actor - filmography**
(In Production) (2000s) (1990s) (1980s) (1970s)

1. Rambo IV (2006) *(pre-production)* .... John J. Rambo
2. Rocky Balboa (2007) *(filming)* .... Rocky Balboa

3. Spy Kids 3-D: Game Over (2003) .... Toymaker
   ... aka Spy Kids 3: Game Over (USA: video title)
4. Shade (2003/I) .... Stevens
5. Taxi 3 (2003) (uncredited) .... Le premier passager
6. "Liberty's Kids: Est. 1776" (2002) TV Series (voice) .... Paul Revere
7. Avenging Angelo (2002) .... Frankie Delano
8. D-Tox (2002) .... FBI Agent Jake Malloy
   ... aka D-Tox (Australia)
   ... aka Eye See You (USA: video title)
   ... aka Im Auge der Angst (Germany)
9. Driven (2001/II) (VG) (voice) .... Joe Tanto
10. Driven (2001) .... Joe Tanto
    ... aka À toute vitesse (Canada: French title)
11. Get Carter (2000) .... Jack Carter

12. Antz (1998) (voice) .... Weaver





13. Cop Land (1997) .... Sheriff Freddy Heflin
14. The Good Life (1997)
15. Daylight (1996) .... Kit Latura
16. Assassins (1995) .... Robert Rath
    ... aka Assassins (France)
    ... aka Day of Reckoning
17. Judge Dredd (1995) .... Judge Joseph Dredd
18. The Specialist (1994) .... Ray Quick
    ... aka Especialista, El (Peru)
19. Demolition Man (1993) .... John Spartan
20. Cliffhanger (1993) .... Gabe Walker
    ... aka Cliffhanger - l'ultima sfida (Italy)
    ... aka Cliffhanger, traque au sommet (France)
21. Stop! Or My Mom Will Shoot (1992) .... Sgt. Joe Bomowski
22. Oscar (1991) .... Angelo 'Snaps' Provolone
23. Rocky V (1990) .... Rocky Balboa
24. A Man Called... Rainbo (1990) .... Jim Ramroc/Jim Rainbo

25. Tango & Cash (1989) .... Raymond 'Ray' Tango
26. Lock Up (1989) .... Frank Leone
27. Rambo III (1988) .... John J. Rambo
28. Over the Top (1987) .... Lincoln Hawk
    ... aka Meet Me Half Way (USA)
29. Cobra (1986) .... Lieutenant Marion 'Cobra' Cobretti
30. Rocky IV (1985) .... Rocky Balboa
31. Rambo: First Blood Part II (1985) .... John J. Rambo
32. Rhinestone (1984) .... Nick Martinelli
33. Staying Alive (1983) (uncredited) .... Man on Street (cameo)
34. First Blood (1982) .... John J. Rambo
    ... aka Rambo: First Blood
35. Rocky III (1982) .... Rocky Balboa
36. Victory (1981/I) .... The Players - U.S.A: Capt. Robert Hatch
    ... aka Escape to Victory
37. Nighthawks (1981) .... Det. Sgt. Deke DaSilva
    ... aka Hawks

38. Rocky II (1979) .... Rocky Balboa
39. Paradise Alley (1978) .... Cosmo Carboni
40. F.I.S.T (1978) .... Johnny D. Kovak
41. Rocky (1976) .... Rocky Balboa
42. Cannonball! (1976) (uncredited) .... Mafioso
    ... aka Carquake (UK)
43. Farewell, My Lovely (1975) .... Kelly/Jonnie
44. Death Race 2000 (1975) .... Machine Gun Joe
45. Capone (1975) .... Frank Nitti
46. The Prisoner of Second Avenue (1975) .... Youth In Park
47. No Place to Hide (1975) .... Jerry Savage

       ... aka Rebel (USA: reissue title (video title))
48. The Lord's of Flatbush (1974) .... Stanley Rosiello
       ... aka The Lords of Flatbush (USA: poster title)
49. Klute (1971) (uncredited) .... Extra/Man dancing in club
50. Bananas (1971) (uncredited) .... Subway Thug #1
51. Lovers and Other Strangers (1970) (uncredited) .... Extra
52. The Party at Kitty and Stud's (1970) .... Stud
       ... aka Italian Stallion (USA: reissue title)

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

**Writer - filmography**
(In Production) (2000s) (1990s) (1980s) (1970s)

1. Poe (2006) *(pre-production)*

2. Driven (2001) (screenplay)
       ... aka À toute vitesse (Canada: French title)

3. Cliffhanger (1993) (screenplay)
       ... aka Cliffhanger - l'ultima sfida (Italy)
       ... aka Cliffhanger, traque au sommet (France)
4. Rocky V (1990) (written by)

5. Rambo III (1989) (VG) (screenplay)
6. Rambo III (1988) (written by)
7. Over the Top (1987) (screenplay)
       ... aka Meet Me Half Way (USA)
8. Cobra (1986) (screenplay)
9. Rocky IV (1985) (written by)
10. Rambo: First Blood Part II (1985) (screenplay)
11. Rhinestone (1984) (screenplay)
12. Staying Alive (1983) (written by)
13. First Blood (1982) (screenplay)
       ... aka Rambo: First Blood
14. Rocky III (1982) (written by)

15. Rocky II (1979) (written by)
16. F.I.S.T (1978) (screenplay)
17. Rocky (1976) (written by)
18. The Lord's of Flatbush (1974) (screenplay)
       ... aka The Lords of Flatbush (USA: poster title)

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

**Producer - filmography**
(In Production) (2000s) (1980s)

1. Poe (2006) *(pre-production)* (producer)
2. Rambo IV (2006) *(pre-production)* (producer)

   3. Rocky Balboa (2007) *(filming)* (executive producer)

   4. "The Contender" (2005) TV Series (executive producer)
   5. Driven (2001) (producer)
      ... aka À toute vitesse (Canada: French title)

   6. Heart of a Champion: The Ray Mancini Story (1985) (TV) (executive producer)
   7. Staying Alive (1983) (producer)

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

### Director - filmography
(In Production) (1980s) (1970s)

1. Poe (2006) *(pre-production)*
2. Rocky IV (1985)
3. Staying Alive (1983)
4. Rocky III (1982)
5. Rocky II (1979)
6. Paradise Alley (1978)

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

### Miscellaneous Crew - filmography
(2000s) (1990s) (1980s) (1970s)

1. AFI's 100 Years... 100 Passions (2002) (TV) (thanks)
2. Cop Land (1997) (special thanks) (director's cut)
3. Heart of a Champion: The Ray Mancini Story (1985) (TV) (fight choreographer)
4. Rocky III (1982) (boxing choreographer)
5. Rocky II (1979) (boxing choreographer)
6. Rocky (1976) (boxing choreographer)

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

### Himself - filmography
(2000s) (1990s) (1980s) (1970s)

1. WrestleMania 21 (2005) (V) .... Himself
2. WWE Hall of Fame 2005 (2005) (V) .... Himself
3. "The Contender" (2005) TV Series .... Himself/Host/Boxing Mentor

4. Sylvester Stallone (2005) (TV) .... Himself
   ... aka A&E Biography: Sylvester Stallone (USA: series title)
5. The 62nd Annual Golden Globe Awards (2005) (TV) .... Himself - Presenter: Film Clip from "Million Dollar Baby"
6. Sylvester Stallone: The E! True Hollywood Story (2005) (TV) .... Himself
7. 2004 Radio Music Awards (2004) (TV) .... Himself- Presenter
8. The Complete History of the Philadelphia Eagles (2004) (V) .... Himself
9. AFI's 100 Years... 100 Heroes & Villains (2003) (TV) .... Himself
   ... aka AFI's 100 Years, 100 Heroes & Villains: America's Greatest Screen Characters (USA: complete title)
10. Making 'Avenging Angelo' (2003) (V) .... Himself
11. Nickelodeon Kids' Choice Awards '03 (2003) (TV) .... Himself
12. Iron and Beyond (2002) (V) .... Himself
13. Drawing First Blood (2002) (V) .... Himself
14. We Get to Win This Time (2002) (V) .... Himself
15. Muhammad Ali's All-Star 60th Birthday Celebration! (2002) (TV) .... Himself
16. Afghanistan: Land in Crisis (2002) (V) .... Himself
17. Guts & Glory (2002) (V) .... Himself
18. America: A Tribute to Heroes (2001) (TV) .... Himself
19. The BBC and the BAFTA Tribute to Michael Caine (2000) (TV) .... Himself
20. My VH1 Music Awards (2000) (TV) .... Himself
21. Brigitte Nielsen: The E! True Hollywood Story (2000) (TV) .... Himself

22. Jackie Chan: My Story (1998) (V) .... Himself
23. Junket Whore (1998) .... Himself
24. AFI's 100 Years... 100 Movies: In Search of (1998) (TV) .... Himself
25. AFI's 100 Years... 100 Movies (1998) (TV) .... Himself
26. The Making of 'Daylight' (1998) (V) .... Himself
27. The Secret World of Antz (1998) (TV) .... Himself
28. Sharon Stone: The E! True Hollywood Story (1998) (TV) .... Himself (interview)
29. Venice Report (1997) (TV) .... Himself
30. An Alan Smithee Film: Burn Hollywood Burn (1997) .... Himself
    ... aka Burn Hollywood Burn (UK: video title)
31. Sports on the Silver Screen (1997) (TV) (uncredited) .... Himself
32. The Directors: Norman Jewison (1997) (V) .... Himself
33. The 67th Annual Academy Awards (1995) (TV)

      (uncredited) .... Himself - Presenter: Best Original Song
34. Your Studio and You (1995) .... Himself
35. A Century of Cinema (1994) .... Himself
36. The 64th Annual Academy Awards (1992) (TV) (uncredited) .... Himself - Presenter: Best Foreign Language Film
37. Muhammad Ali's 50th Birthday Celebration (1992) (TV) .... Himself
38. Two Rooms: A Tribute to Elton John & Bernie Taupin (1991) (TV) .... Host
39. The American Film Institute Salute to Kirk Douglas (1991) (TV) .... Himself

40. Flames 88-89 (1989) (V) (uncredited) .... Himself
    ... aka The Calgary Flames Video Yearbook 1988-89 (Canada: English title)
41. The Ultimate Stuntman: A Tribute to Dar Robinson (1987) (TV) .... Himself
42. The 56th Annual Academy Awards (1984) (TV) .... Himself - Co-presenter: Best Actor
43. The 55th Annual Academy Awards (1983) (TV) .... Himself - Presenter: Best Actress
44. The Making of 'First Blood' (1982) (TV) .... Himself

45. The 50th Annual Academy Awards (1978) (TV) .... Himself - Presenter: Best Actor
46. The 49th Annual Academy Awards (1977) (TV) .... Himself - Co-presenter: Best Supporting Actress

*Filmography as:* Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances

**Archive Footage**

1. "I Love the '90s: Part Deux" (2005) (mini)
2. "Retrosexual: The 80's" (2004) (mini) .... Himself
3. Pelé Eterno (2004) .... Himself
4. Sex at 24 Frames Per Second (2003) (V) .... Himself
5. Celebrity Naked Ambition (2003) (TV)
6. Shirtless: Hollywood's Sexiest Men (2002) (TV) (uncredited) .... Himself
7. CyberWorld (2000) (voice) .... Weaver
8. Celebrity Profile: Janine Turner (2000) (TV) .... Himself
9. In the Shadow of Hollywood (2000) (uncredited) .... Himself (receives French decoration)
10. Guignols, les dix premières années, Les (1999) (TV) (uncredited) .... Himself
11. "Fame in the Twentieth Century" (1993) (uncredited) .... Himself
12. Peter's Friends (1992) (uncredited) .... Himself (with his Oscar)

13. Rambo III (1989) (VG) .... John Rambo
14. The Muppets: A Celebration of 30 Years (1986) (TV) .... Himself
15. Terror in the Aisles (1984) .... (segment "Nighthawks")

*Filmography as: Actor, Writer, Producer, Director, Miscellaneous Crew, Himself, Archive Footage, Notable TV Guest Appearances*

**Notable TV Guest Appearances**

1. "This Morning" playing "Himself" 5 October 2005
2. "Hogan Knows Best" playing "Himself" in episode: "Wrestlemania" (episode # 1.4) 31 July 2005
3. "The View" playing "Himself" 11 May 2005
4. "Hannity & Colmes" playing "Himself" 10 May 2005
5. "Jimmy Kimmel Live" playing "Himself" 18 March 2005
6. "Howard Stern" playing "Himself" 17 March 2005
7. "Howard Stern" playing "Himself" 16 March 2005
8. "Howard Stern" playing "Himself" 8 March 2005
9. "Late Night with Conan O'Brien" playing "Himself" 8 March 2005
10. "The Tony Danza Show" playing "Himself" (episode # 1.117) 8 March 2005
11. "Live with Regis and Kathie Lee" playing "Himself" 7 March 2005
12. "Today" playing "Himself" 7 March 2005
13. "The Early Show" playing "Himself" 5 March 2005
14. "The Tonight Show with Jay Leno" playing "Himself" 3 March 2005
15. "The Big Idea with Donny Deutsch" playing "Himself" 1 March 2005
16. "The O'Reilly Factor" playing "Himself" 22 February 2005
17. "Las Vegas" playing "Frank" in episode: "To Protect and Serve Manicotti" (episode # 2.18) 21 February 2005
18. "Dennis Miller" playing "Himself" 17 February 2005
19. "Las Vegas" playing "Frank" in episode: "When You Got to Go, You Got to Go" (episode # 2.12) 3 January 2005
20. "ESPN Sports Century" playing "Himself" in episode: "George Foreman" 29 October 2004
21. "The Tonight Show with Jay Leno" playing "Himself" 24 September 2004
22. "Celebrities Uncensored" playing "Himself" (archive footage) (episode # 2.3) 25 February 2004
23. "Johannes B. Kerner Show, Die" playing "Himself" 4 February 2004
24. "God kveld Norge" playing "Himself" 6 December 2003
25. "Tinseltown TV" playing "Himself" 15 November 2003
26. "Today" playing "Himself" 28 July 2003
27. "Late Night with Conan O'Brien" playing "Himself" 25 July 2003

28. "Live with Regis and Kathie Lee" playing "Himself" 25 July 2003
29. "The View" playing "Himself" 25 July 2003
30. "Late Show with David Letterman" playing "Himself" 24 July 2003
31. "Pet Star" playing "Judge" (episode # 1.14) 9 May 2003
32. "MSNBC Live" playing "Himself" 15 April 2001
33. "Late Show with David Letterman" playing "Himself" 26 March 2001
34. "The Tonight Show with Jay Leno" playing "Himself" 26 March 2001
35. "Larry King Live" playing "Himself" 6 October 2000
36. "The Tonight Show with Jay Leno" playing "Himself" 6 October 2000
37. "Late Show with David Letterman" playing "Himself" 5 October 2000
38. "The Late Late Show with Craig Kilborn" playing "Himself" 4 October 2000
39. "The Rosie O'Donnell Show" playing "Himself" 4 October 2000
40. "Inside the Actors Studio" playing "Himself" (episode # 6.3) 5 December 1999
41. "Celebrity Profile" playing "Himself" in episode: "Sylvester Stallone"
42. "Saturday Night Live" playing "Host" (episode # 23.1) 27 September 1997
43. "The Charlie Rose Show" playing "Himself" 15 August 1997
44. "The Tonight Show with Jay Leno" playing "Himself" 15 August 1997
45. "The View" playing "Himself" 15 August 1997
46. "Late Night with Conan O'Brien" playing "Himself" 13 August 1997
47. "The Rosie O'Donnell Show" playing "Himself" 1 August 1997
48. "Mundo VIP" playing "Himself" in episode: "Show n° 41" (episode # 2.6) 8 February 1997
49. "Howard Stern" playing "Himself" 17 January 1997
50. "Dateline NBC" playing "Himself" 6 December 1996
51. "Larry King Live" playing "Himself" 6 December 1996
52. "The Oprah Winfrey Show" playing "Himself" 6 December 1996
53. "The Rosie O'Donnell Show" playing "Himself" 2 December 1996
54. "Clive Anderson All Talk" playing "Himself" (episode # 1.12) 1996
55. "Larry King Live" playing "Himself" 6 October 1995
56. "The Oprah Winfrey Show" playing "Himself" 6 October 1995
57. "The Tonight Show with Jay Leno" playing "Himself" 6 October 1995

58. "Late Show with David Letterman" playing "Himself" 5 September 1995
59. "Good Morning America" playing "Himself" 7 October 1994
60. "Late Show with David Letterman" playing "Himself" 7 October 1994
61. "Live with Regis and Kathie Lee" playing "Himself" 7 October 1994
62. "The Oprah Winfrey Show" playing "Himself" 7 October 1994
63. "Movie Magic" playing "Himself" in episode: "Miniature Pyrotechnics: Baby Blasts" (episode # 1.4) 1994
64. "Late Show with David Letterman" playing "Himself" 4 October 1993
65. "The Tonight Show with Jay Leno" playing "Himself" 28 May 1993
66. "Aspel & Company" playing "Himself" (episode # 10.7) 16 May 1993
67. "Superstars of Action" playing "Himself" in episode: "1993"
68. "The Oprah Winfrey Show" playing "Himself" 21 February 1992
69. "The Howard Stern Show" playing "Himself" 5 October 1991
70. "Dream On" playing "Himself" in episode: "The Second Greatest Story Ever Told" (episode # 2.1) 7 July 1991
71. "The Tonight Show Starring Johnny Carson" playing "Himself" 2 May 1991
72. "The Arsenio Hall Show" playing "Himself" 26 April 1991
73. "The Arsenio Hall Show" playing "Himself" 21 February 1991
74. "Live with Regis and Kathie Lee" playing "Himself" 16 December 1990
75. "The Arsenio Hall Show" playing "Himself" 16 November 1990
76. "Good Morning America" playing "Himself" 16 November 1990
77. "The Arsenio Hall Show" playing "Himself" 22 December 1989
78. "Good Morning America" playing "Himself" 22 December 1989
79. "The Phil Donahue Show" playing "Himself" 4 August 1989
80. "The Barbara Walters Special" playing "Himself" 25 May 1988
81. "Good Morning America" playing "Himself" 25 May 1988
82. "The Oprah Winfrey Show" playing "Himself" 25 May 1988
83. "The Tonight Show Starring Johnny Carson" playing "Himself" 20 May 1988
84. "Good Morning America" playing "Himself" 13 February

1987
85. "Good Morning America" playing "Himself" 24 May 1985
86. "The Tonight Show Starring Johnny Carson" playing "Himself" 21 May 1985
87. "The Tonight Show Starring Johnny Carson" playing "Himself" 21 May 1982
88. "The Tonight Show Starring Johnny Carson" playing "Himself" 30 July 1981
89. "The Muppet Show" playing "Himself" (episode # 3.20) 9 January 1979
90. "The Tonight Show Starring Johnny Carson" playing "Himself" 16 November 1978
91. "The Tonight Show Starring Johnny Carson" playing "Himself" 24 October 1977
92. "The Mike Douglas Show" playing "Himself" 1 September 1977
93. "The Tonight Show Starring Johnny Carson" playing "Himself" 16 December 1976
94. "Kojak" playing "Det. Rick Daly" in episode: "My Brother, My Enemy" (episode # 3.2) 21 September 1975
95. "Police Story" playing "Caddo" in episode: "The Cutting Edge" (episode # 3.2) 16 September 1975

SPONSORED LINKS                                         what's this?

**Avid Xpress Studio HD**
Not just editing. Everything. Learn more about the complete suite
www.avid.com/xpressStudio/

**Video creation software**
Winner of 7 Product-of-the-Year awards. Download a Free trial.
www.seriousmagic.com

**Movie Editing Software**
Award-winning video-editing tools for consumers and professionals
www.ulead.com

**Message Boards**

Discuss this person with other users on IMDb message board for Sylvester Stallone

| Recent Posts (updated daily) | User |
|---|---|
| You know the game!!! You know the rules!!! | Jimmy_Lionheart |
| Stallone 5'10' | wpatriciah1 |
| The guy is like soooooo high on himself | smileyfacesteph9182 |
| SLY GETS NO RESPECT | cubelli |

| | |
|---|---|
| Rocky VI : The death of Rocky | CandyDaddy |
| Behold STALLONE in ROCKY VI | jevink |

(more)

**Find where Sylvester Stallone is credited alongside another name**

Sylvester Stallone & 

**Email this page to a friend**



**Update Information:**

 You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the button on the left will take you through a step-by-step process.

---

Home | Search | Now Playing | News | My Movies | Games | Boards | Help | US Movie Showtimes | Top 250 | Register | Recommendations | Box Office | Index | Trailers | IMDbPro.com - Free Trial | IMDb Publicity Photos

Copyright © 1990-2005 Internet Movie Database Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company. Advertise on IMDb. License our content.