# EXHIBIT 17

SylvesterStallone.com

Page 1 of 1





*November 24, 2005*
**Be An Extra In ROCKY BALBOA!**

*November 1, 2005*
**Sly Hosts Special Needs Video.**

*October 17, 2005*
**Rocky Returns To The Ring!**



*September 26, 2005*
**Sly Receives Lifetime Achievement Award!**



*September 15, 2005*
**Sly On Men.com Magazine**

*August 30, 2005*
**The Contender 2!**

*August 15, 2005*
**Sly Magazine #3**



SylvesterStallone.com

# SLY MOVES

**MY PROVEN PROGRAM TO LOSE WEIGHT, BUILD STRENGTH, GAIN WILL POWER, AND LIVE YOUR DREAM**



**Sylvester Stallone** is the ultimate action hero. In **Sly Moves**, the man behind Rocky, Rambo, and other legendary characters reveals that keeping his famous physique in fighting form was a lifetime of trial and error.

Sly's insights will help readers develop a program for shaping up and eating smart that will make them appreciate who they are even if they don't feel like a movie star. It's a stripped-down, Rocky-style regimen that won't waste time and promises results.

Sly also shows how you can put simple techniques into action in every part of your life, giving tips on everything from keeping goals and relaxation techniques to lessons learned from the hit NBC reality TV show **The Contender**. Along the way, Sly shares never-before-told stories about his childhood, his early days at the gym, and the many movie roles that demands top performance. It's a light-hearted yet revealing look into Sly's lifetime role as Hollywood's action star.

**Available Hardcover & ORDEI BARNES &**

**FIND OUT MOR MOVES AND S NEWS BY CLIC**

**FIND OUT MORE ABOUT SLY MOVES AND SIGN UP FOR NEWS BY CLICKING HERE.**

Biography



BackElementsBiography2




**Welcome to the Exercise and Nutrition Section**

**Contents:**

Chapter 1: Overview: The Body of Sylvester Stallone

Chapter 2: Nutrition and Regimen

Chapter 3: Longevity Magazine: Nutrition Interview with Sly

Chapter 4: Training and Exercise

Chapter 5: Muscle and Fitness: How Dolph Lundgren trained to fight Rocky

SylvesterStallone.Com - Critics Community





| Forum | Topics / Messages | Description | Last |
|---|---|---|---|
| **The Rocky-series Fan Club** | 1083 / 3016 | *A discussion about the Rocky movies* | 2005.12 |
| **Body Building and Fitness** | 274 / 727 | *Share your experience with others* | 2005.12 |
| **Announcements** | 2 / 2 | *Updates from the Webmaster* | 2002.09 |
| **Incoming films** | 270 / 684 | *Get the latest infoz* | 2005.12 |
| **Stallone as an action hero** | 194 / 482 | *Sly's action roles* | 2005.12 |
| **Stallone as a dramatic film actor** | 141 / 384 | *Sly's dramatic characters* | 2005.11 |
| **Movie gossip** | 204 / 541 | *Have you heard some interesting info?* | 2005.12 |
| **Write your movie review** | 372 / 775 | *Get your opinion heard!* | 2005.12 |