# EXHIBIT 18



### ROCK WATCH

*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...* ▶



### JIMMYJANE: THE NEW NAME IN LUXURY

*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...* ▶



### FALL PR

Bohemian runways at week. Here' to expect th

## On Your Feet






Mandy: shoes by Stella McCartney; bag by Chloe

## Shopping Guia

**De Grisogono >**
824 Madison Avenue at 69th Street
New York, NY

**Gianfranco Ferre >**
270 North Rodeo Drive
Beverly Hills, CA

**Gianfranco Ferre Boutique >**
870 Madison Avenue at 71st Street
New York, NY