# EXHIBIT 21

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,045,096

Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SLY

SLY MAGAZINE LLC (NEW YORK LTD LIAB
   CO)
PO BOX 246
NEW YORK, NY 10014

   FOR: MAGAZINES, JOURNALS, NEWSLETTERS, NEWSPAPERS, PAMPHLETS AND BOOKS, WHICH OFFER INFORMATION ON FASHION, ACCESSORIES, GADGETS, CAREER AND OTHER LIFESTYLE INTEREST SUBJECTS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

   FIRST USE 6-30-2003; IN COMMERCE 11-2-2004.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   SER. NO. 78-444,956, FILED 7-1-2004.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY