# EXHIBIT 22

# Amendment to Allege Use Filing

The table below presents the data as entered.

| | |
|---|---|
| SERIAL NUMBER | 78444956 |
| LAW OFFICE ASSIGNED | LAW OFFICE 112 |
| NOTICE OF ALLOWANCE | NO |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK | SLY |
| OWNER SECTION (no change) | |
| ATTORNEY SECTION | |
| NAME | John P. Bostany |
| GOODS AND/OR SERVICES SECTION | |
| INTERNATIONAL CLASS | 016 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 06/30/2003 |
| FIRST USE IN COMMERCE DATE | 11/02/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\784\449\78444956\xml4\AAU0002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\784\449\78444956\xml4\AAU0003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\784\449\78444956\xml4\AAU0004.JPG |
| SPECIMEN DESCRIPTION | front page of magazine identified by the mark; on line magazine and publication identifed by the mark; trademark identifying trade show publication; promotional issue of trademarked magazine; brochure |
| PAYMENT SECTION | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| SIGNATURE SECTION | |
| SIGNATURE | // |

| SIGNATORY NAME | John P. Bostany |
|---|---|
| SIGNATORY DATE | 03/01/2005 |
| SIGNATORY POSITION | Attorney for Applicant |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Mar 01 15:11:23 EST 2005 |
| TEAS STAMP | USPTO/AAU-172.30.230.5-20050301151123523427-7844499 56-200f7a625b4afeba467983 da4e14296aad-RAM-95-20050 301150853128804 |

---

O Form 1553 (Rev 4/2000)
OB Control #0651-0054 (Exp 08-30-2005)

## Trademark/Service Mark Amendment to Allege Use
### (15 U.S.C. Section 1051(c))

o the Commissioner for Trademarks:

IARK: SLY
ERIAL NUMBER: 78444956

he applicant, SLY Magazine LLC, residing at PO Box 246 , New York, NY US 10014, is using or is using through a related company or licensee e mark in commerce on or in connection with the goods and/or services as follows:

or International Class: 016, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with l goods and/or services listed in the application or Notice of Allowance.
he mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/30/2003, and rst used in commerce at least as early as 11/02/2004, and is now in use in such commerce. The applicant is submitting one specimen for the class lowing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) front page of magazine identified by the ark; on line magazine and publication identifed by the mark; trademark identifying trade show publication; promotional issue of trademarked agazine; brochure.
pecimen-1
pecimen-2
pecimen-3

he applicant hereby appoints John P. Bostany to submit this Amendment to Allege Use Filing on behalf of the applicant.

fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

pplicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal egister established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be gistered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached ecimen(s) showing the mark as used in commerce.

ie undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. ction 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly

uthorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made n information and belief are believed to be true.


ignature: / /    Date: 03/01/2005
ignatory's Name: John P. Bostany
ignatory's Position: Attorney for Applicant

AM Sale Number: 95
AM Accounting Date: 03/02/2005

erial Number: 78444956
nternet Transmission Date: Tue Mar 01 15:11:23 EST 2005
EAS Stamp: USPTO/AAU-172.30.230.5-20050301151123523
27-78444956-200f7a625b4afeba467983da4e1
296aad-RAM-95-20050301150853128804
io Back



*Sly magazine*



**20 WINTER MUST - HAVES**
... Fur Hat, T-strap pumps. Garter belt. Narrow, wedged shoes Something turquoise. Gold jewel...



**A HIGH PRICE FOR HIGH-END SHOES**
...the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



**THE METROSEXUAL**
...Top ten of early warning signs that your metrosexual man seems to be confused...



# SLY


SUBSCRIBE

| Home | Fashion | TechCouture | TheLadder | ThisLife | about SLY |

## A High Price For *[...]*

*By Chum Sun*



Popular culture and the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery. Women with a desire to slip into the latest designer heels as are Manolo Blahniks and Jimmy Choos, are demanding their toes be shortened (the second toe for example, which is often longer than the big toe) or their pinky toe to be reshaped simply for the advantage of their feet comfortably fitting into the narrowest of shoes.

Most orthopedic surgeons will recommend foot surgery if a patient has medical reasons for doing so, such as hammertoes. Hammertoe is claw-like, crooked toes that can be either a congenital condition or caused by wearing tight, pointy-toed shoes. The toe is contracted at the middle joint where tightened ligaments and tendons cause the toe to bend and curve downwards. Bunions are usually formed when the protruding part of the toe chafes against the shoe.

---

**20 WINTER MUST - HAVES**
... Fur Hat, T-strap pumps, Garter belt, Narrow, wedged shoes. Something turquoise, Gold jewel...


**A HIGH PRICE FOR HIGH-END SHOES**
...the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...


**THE METROSEXUAL**
...Top ten of early warning signs that your metrosexual man seems to be confused...


# FEE RECORD SHEET

**Serial Number:** 78444956

**RAM Sale Number:** 95

**RAM Accounting Date:** 20050302

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Amendment to Allege Use (AAU) | 7002 | 20050301 | $100 | 1 | $100 |

**Transaction Date:** 20050301

