# EXHIBIT 24

# Response to Office Action

The table below presents the data as entered.

| SERIAL NUMBER | 78444956 |
|---|---|
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | |
| Magazines, journals, newsletters, newspapers, pamphlets, books, and other published materials in the nature of websites, online and printed materials which offer information or services on fashion, accessories, gadgets, career and other lifestyle interest subjects | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 06/30/2003 |
| FIRST USE IN COMMERCE DATE | 11/02/2004 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | |
| Magazines, journals, newsletters, newspapers, pamphlets and books, which offer information on fashion, accessories, gadgets, career and other lifestyle interest subjects. | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 06/30/2003 |
| FIRST USE IN COMMERCE DATE | 11/02/2004 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | // |
| SIGNATORY NAME | John P. Bostany |
| SIGNATORY POSITION | Attorney for Applicant |
| SIGNATURE DATE | 04/25/2005 |
| RESPONSE SIGNATURE | // |
| SIGNATORY NAME | John P. Bostany |
| SIGNATORY POSITION | Attorney for Applicant |
| SIGNATURE DATE | 04/25/2005 |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Mon Apr 25 11:54:50 EDT 2005 |
| TEAS STAMP | USPTO/OA-6419029130-20050 4251154450514052-78444956- 2006460ceaf2d21d6fc8f25bf b7ca6d2b51-N-N-2005042511 5430742345 |

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **78444956** is amended as follows:

**Classification and Listing of Goods/Services**

Applicant hereby amends the following class of goods/services in the application as follows:
Current: Class 016 for Magazines, journals, newsletters, newspapers, pamphlets, books, and other published materials in the nature of websites, online and printed materials which offer information or services on fashion, accessories, gadgets, career and other lifestyle interest subjects
Original Filing Basis: 1(a).
Proposed: Class 016 for Magazines, journals, newsletters, newspapers, pamphlets and books, which offer information on fashion, accessories, gadgets, career and other lifestyle interest subjects.

**Declaration Signature**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: //     Date: 04/25/2005
Signatory's Name: John P. Bostany
Signatory's Position: Attorney for Applicant

**Response Signature**

Signature: //     Date: 04/25/2005
Signatory's Name: John P. Bostany
Signatory's Position: Attorney for Applicant

Serial Number: 78444956
Internet Transmission Date: Mon Apr 25 11:54:50 EDT 2005
TEAS Stamp: USPTO/OA-6419029130-20050425115450514052
-78444956-2006460ceaf2d21d6fc8f25bfb7ca6
d2b51-N-N-20050425115430742345