# EXHIBIT 27



PREMIER ISSUE
SLY
"STAY IN THE GAME PAST 40"
MARCH 2005
BE YOUR BEST AT 40, 50 & FOREVER!
25 ANTI-AGING TIPS (THAT WORK)
SUPPLEMENTS TO TURN BACK TIME
ON THE SET WITH: JENNA JAMESON
HOW TO ALWAYS HAVE:
STAMINA!
ENERGY!
PERFORMANCE!
IN BED, IN LIFE!
40 WAYS TO LOOK YOUR BEST NOW
I'M 58 AND IN BETTER SHAPE NOW THAN 25 YEARS AGO
SLY'S 30 MIN. WORKOUT INSIDE!
EXCLUSIVE ROCKY FIRST LOOK
$3.99 U.S. / $4.99 Canada
DISPLAY UNTIL MARCH 21, 2005

D 0001

# SLY HAS DINNER WITH ... JAMES CAAN

I'm having dinner with my wife, brother-in-law Neil—the most gifted surgeon since Dr. Frankenstein went Hollywood—and the timeless James Caan and his saintly wife, Linda

VIBRATO'S RESTAURANT
BEL AIR, CALIFORNIA
8:30 P.M., FRIDAY

**SYLVESTER STALLONE:** How's the wine?
**JAMES CAAN:** The truth?
**SS:** Yeah, for starters.
**JC:** It's very good for "Italian-made."
**SS:** Tough to give us a compliment.
**JC:** Yeah, 'cause you're usually too busy complimenting yourselves.
**SS:** How's life in general?
**JC:** Want the truth or a lie?
**SS:** A lie.
**JC:** Perfect! Every day I gotta song in my heart! No, really, it's superb.
**SS:** (laughs) "Superb"—that's serious.
**JC:** Hey, ya wanna be on the show? [*Las Vegas*]
**SS:** Doing what?
**JC:** Playin' this guy who kidnaps me, chains me up in a bathroom and proceeds to beat the shit out of my face and body.
**SS:** So it's a buddy movie.
**JC:** Seriously, you should do it. It's a good story.
**SS:** Really? Want me to kidnap, mug and torture you for an hour?
**JC:** The show's 48 minutes—hey, it's more like semi-torture.
**SS:** Oh, that's better. Try someone else—I'm sure there's thousands who'd want the privilege of punchin' you out.
**JC:** No, it's got to be special.
**SS:** People like you. I like you. Can't do it.
**JC:** Listen, it'll be fun, really ...
**SS:** I'm gonna have to pass.
**JC:** C'mon—
**SS:** Never.
**JC:** It's a clever part: You're a plumber who thinks I owe money to—
**SS:** Oh, a plumber kidnapper mugger semi-torturer. Anything else to make the part a "must do"?
**JC:** He's dyslexic.
**SS:** What's that mean?
**JC:** Who knows? Maybe you punch me backwards. Hell with it. Forget it.
**SS:** It's not a rejection.
**JC:** Don't flatter yourself. You know, the only Italian with any goddamn taste at this table is the wine.

Time has moved on and the show where James got "mugged and tortured" has been aired. Luckily, I never agreed to play that part. But I'd agreed to do a cameo in the show. I would play a character called "Frank the repairman." "Frank" is a former Army assassin who "wipes out" peoples' problems for a standard fee. We agreed that Frank would make this brief appearance. Then have a full episode with he and James kicking ass later in the season. The morning after the show aired, James called:

Scene from Vegas

**JC:** So what'd you think?
**SS:** About what?
**JC:** The show, schmuck.
**SS:** If you blinked, you missed it.
**JC:** It was a "cameo."
**SS:** It was a blip.
**JC:** So, how'd you like "the blip?"
**SS:** I sneezed and missed it.
**JC:** Seriously?
**SS:** It was OK.
**JC:** That's it? OK?
**SS:** What do you want to hear? That is radically changed my DNA—what'd you think?
**JC:** I fell asleep.
**SS:** That says it all.
**JC:** Listen, I sleep through all my shows.
**SS:** Like a habit.
**JC:** You could call it that. I detect disappointment.
**SS:** The public was misled. They advertised the hell out of the show like it was going to be a tour de force. What was it? 40 seconds?
**JC:** Hey, that's all right. The ratings went up.
**SS:** It was misleading!
**JC:** Relax. It's a sample of what's coming. It's being written now! Relax!
**SS:** What's coming?
**JC:** How's this ... "Frank the repairman" gets hired to handle these mob guys.
**SS:** Original.
**JC:** Wait a minute! Frank meets this woman who's hired him to straighten out some wiseguys trying to take over her restaurant.
**SS:** Sounds trite.
**JC:** Bullshit, not a dinner, it's a very large restaurant. So what happens is, they ...
**SS:** (cutting in) They fall in love.
**JC:** No. That's trite. She does something for him.
**SS:** Let's hear it.
**JC:** She teaches you cooking.
**SS:** Excuse me?
**JC:** What're you deaf? Cooking.
**SS:** I'm hangin' up.
**JC:** Cooking! It's funny. Think about it. He acquires a new "taste for tasting." Listen, wanna hit some golf balls?
**SS:** It's raining hard.
**JC:** You afraid?
**SS:** Listen. Gotta go. The kids bought two hamsters and one's missing.
**JC:** They breed fast. Catch you later. ■

# DVDs

## SLY'S PICKS:

**Collateral**
(Dreamworks/2004)

Starring Tom Cruise and Jamie Foxx. Directed by Michael Mann.

[illegible]

**Stage Beauty**
([illegible]/2004)

[illegible]

## SACRAMONE'S PICKS:

**Hellboy**
([illegible]/2004)

Imagine a Nazi genetic experiment gone awry (Ron Perlman) adopted by a devout Catholic professor of the occult (John Hurt), working for a secret U.S. government agency combating an evil army helmed by Grigori Rasputin, faux-mystic consultant to the long-dead czars—and you've got *Hellboy*. Suspend your disbelief for this morally uplifting comic-book-turned-monster-movie on crack.

**Bourne Supremacy**
([illegible]/2004)

Matt Damon is back as Jason Bourne, the world-weary spook who knows just enough of his past to want to put it behind him for good—until someone murders his lady love (Franka Potente) in an attempt to frame him for a CIA operation gone sour. This rare cinematic species—a first-rate sequel—boasts a car chase that rear-ends Steve McQueen to finish as the No. 1 road-rager of all time.

**I, Robot**
(Twentieth Century Fox/2004)

Based on Isaac Asimov's classic sci-fi novel that gave us the First Three Laws of Robotics. Will Smith is an all-too-human cop determined to prove the integrity of free will as the laws of physics battle the laws of man. An intelligent and fun detective story with just enough dystopian hipness to keep it from degenerating into simply another CGI-inflated action flick. Would make a nice twin-bill with 1997's *Gattaca*.

**Luther**
([illegible]/2003)

The original Angry Young Monk, Martin Luther was a man so tormented with unrelenting guilt, he was willing to set a civilization on fire in order to find peace. Joseph Fiennes (*Shakespeare in Love*) plays the devout Augustinian monk who took on a church that cared more about money than souls and a state driven more by fear of Muslim invasion than justice for its people.

## THE LINE

(MGM, 1982)

**The scene:** Just after the referee's instructions before the rematch between Rocky Balboa (Sly) and Clubber Lang (Mr. T).

**Dialogue:** Lang grunts, "I'm gonna bust you up." Rocky growls back, "Go for it."

**What Rocky was thinking:** "It's the first time Rocky entered the ring with hatred in his heart," recalls Sly. "He wanted retribution and was going to give it everything he had to achieve it. The thought was, 'Someone is leaving here on a stretcher.'"

**What Sly was thinking:** "I was hoping not to get killed by Mr. T's left," says Sly. "He had tagged me four times when we were filming the fight scenes, knocking me down a couple of times. The first slow-motion knockdown scene in the movie was the real thing. I didn't know who or where I was and still don't."

## OF THE MONTH

(Universal/1958)

What should have been little more than a B-picture potboiler became in the hands of director/screenwriter Orson Welles a masterpiece meditation on truth, justice and ways South of the American border. Charlton Heston plays a half Mexican/half Anglo cop who locks horns with a bigoted one-man judge and jury, the decadent and disheveled Capt. Hank Quinlan (Welles)—"a great detective but a lousy cop." Welles' deep-focus compositions and classic three-and-a-half-minute unbroken opening shot make this a twisted tale worthy of repeated viewings.

# AN HD DECREE

LOOKING TO PURCHASE THE MOST HIGH END OF SCREEN MACHINES? READ THIS FIRST. OR JUST STAPLE IT TO YOUR HEAD AND LET A BEST BUY CLERK READ IT TO YOU

High definition plasma screens are on everyone's wish list because, really, who wouldn't want to buy it? You know that flat is where it's at and, like a baby and his bottle, you want one. Now! So what's next?

Most high-end TV's being sold are HDTV or HDTV-ready (meaning they need an add-on tuner). The picture's perfect but the price ain't and vaguely satisfied customers will come to find that while there isn't a whole lot of programming available in high-def, much like Anna Nicole's girdle-size, that's changing quickly.

Many major sporting events are now broadcast in HD and cable and satellite providers are offering HD boxes, with a few select channels like HBO and Bravo in high-def (Time Warner Cable is even offering digital video recorders that can store HD programming). And there's VOOM, a service offering nothing but high-def programming. Why are they called VOOM, you ask? Search us. We're not the VOOM marketing department, people.

While DVDs may be a digital medium, they're not high-def because they can only display a 480-line resolution (versus HDTV's 720 to 1,080 lines). It'll be a while before the next generation of DVDs—currently called HD-DVD and Blu-Ray—are available, but they're expensive. A few new players can convert a DVD's low resolution up to 1,080 lines. It's a cheat, but it takes advantage of what your TV can do until the next generation. Just stay healthy and wait ,OK, Eddie Impatient? ■

## BOOB-TUBE BUYER BEWARE

[illegible] IS FEAT, THAT DOESN'T MEAN IT [illegible]AN RECEIVE THE HDTV SIGNAL (THERE ARE TWO LOWER QUALITY DIGITAL FORMATS: STANDARD AND ENHANCED DEFINITION). AN EDTV WIDE-SCREEN PLASMA DISPLAY, FOR EXAMPLE, MAY LOOK LIKE ITS HDTV COUNTERPART. YOU MAY BE FOOLED BY THE SCAMP'S PICTURE QUALITY, TOO. BUT IT ISN'T TRUE HIGH-DEF. WHY YOU GOTTA PLAY US LIKE THAT, EDTV?



**PHILIPS [illegible] 50-INCH PLASMA WITH AMBILIGHT 2**
THE PLASMA HAS A SENSOR THAT MEASURES THE BRIGHTNESS OF YOUR ROOM AND CALIBRATES THE SCREEN'S BRIGHTNESS ACCORDINGLY: GREAT, CAUSE WE CAN'T AFFORD TO SEE THE EYE DOC AFTER SPENDING ALL THIS CASH. $5,999 ■ PHILIPS.COM



**SAMSUNG HPR8072 80-INCH PLASMA**
THE WORLD'S BIGGEST PLASMA MEASURES 80 INCHES. WE DON'T EVEN HAVE WALL SPACE THAT BIG! FOR PRICING, VISIT SAMSUNG.COM.

**HP LC3040N 30-INCH LCD**
HP'S LCD OFFERS ALL THE HDTV GOODNESS AT AN EASIER-TO-SWALLOW (WE SAID EASIER, NOT EASY) PRICE. IT CAN DO DOUBLE DUTY AS A COMPUTER MONITOR. $2,600 ■ HPSHOPPING.COM

**DELL W3000 30-INCH LCD**
IT MAY LOOK COOKIE CUTTER AND IT DOESN'T HAVE A TUNER BUILT IN, BUT THIS HD-READY MONITOR HAS A PICTURE QUALITY, SIZE AND PRICE THAT'S WALLET FRIENDLY. $2,000 ■ DELL.COM

**TOSHIBA 52HM84 52-INCH DLP PROJECTION**
DESPITE ITS BACKSIDE, IT LOOKS LIKE A PLASMA SCREEN WHEN VIEWED STRAIGHT ON, AND IT'S MUCH LIGHTER THAN THE HEAVY FAUX-WOOD REAR PROJECTION UNITS YOU GREW UP WITH. $3,600 ■ TOSHIBA.COM

# TYPES OF HDTV DISPLAYS

**PLASMA:** THE SUPERSTAR OF ALL TVS, PLASMA SCREENS ARE BRIGHT, HUGE AND THIN.

**LCD:** SIMILAR TO FLAT-PANEL COMPUTER MONITORS, LCDS ARE CRISP AND SLIM, BUT THEY CAN HAVE TROUBLE REPRODUCING DARK-BLACK COLORS. THEY'RE ALSO LIMITED IN SIZE AND EXTREMELY EXPENSIVE.

**REAR PROJECTION:** FOR VALUE AND SIZE, IT CAN'T BE BEAT. PICTURE QUALITY ISN'T SUPER BRIGHT AND RP IS BULKY AND HEAVY, ALTHOUGH NEW TECHNOLOGIES SUCH AS DLP AND LCOS ARE MAKING THEM FLATTER, LIGHTER AND MUCH CLEARER.

**CRT:** JUST LIKE THE TVS YOU'RE USED TO, BUT TWEAKED WITH FLAT, WIDE SCREENS AND DIGITAL TUNERS. THEY'RE AFFORDABLE BUT HEAVY.

**PIONEER ELITE PRO-1410HD 61-INCH PLASMA**
THE ELITE HAS ONE OF THE BEST PICTURE QUALITIES OF ANY PLASMA. YOU'LL SWEAR YOU'RE LOOKING AT ARTWORK. AND LIKE ARTWORK, IT DOESN'T COME CHEAP. $21,000 ■ PIONEERELECTRONICS.COM

# DIGITAL VS. ANALOG

CRISP IMAGES, SURROUND SOUND, HIGH-DEFINITION PICTURES, MULTICASTING AND STREAMING DATA ARE SOME OF THE FEATURES DIGITAL TELEVISION PROMISES. IF YOU LIVE IN OR NEAR A MAJOR CITY, CHANCES ARE THAT THE NETWORKS ARE ALREADY BROADCASTING IN DTV. IF YOU DON'T, FEEL FREE TO COME VISIT US SOMETIME.

THE FCC HAS MANDATED A COMPLETE SWITCHOVER FROM ANALOG TO DIGITAL BY 2007, BUT ANALOG WILL COINCIDE WITH DIGITAL UNTIL 85 PERCENT OF THE COUNTRY HAS ACCESS TO DIGITAL CONTENT. (NOTE TO THE VERY IGNORANT: DIGITAL CABLE IS NOT THE SAME AS DIGITAL TELEVISION.)

ALL ANALOG EQUIPMENT PURCHASED TODAY WILL BE ABLE TO RECEIVE THE NEW DIGITAL BROADCASTING THROUGH AN ADD-ON RECEIVER. MOST HIGH-END SETS HAVE DIGITAL TUNERS BUILT IN AND CAN DISPLAY THE PROGRAMMING IN ITS ORIGINAL DIGITAL FORM. AND THAT'S THE 14TH TIME YOU'VE READ THE WORD DIGITAL IN THIS PIECE. FEELS LIKE MORE, YEAH?



The Sly Interview:
One on one with ...

D 0110



Photos appear courtesy of ClubJenna.com

The first lady of porn and brand-new author talks to Sly about limp co-stars, the guilty pleasure of watching cheating boyfriends slowly die and the things even she wouldn't do.

**STALLONE: WHAT'S THE FIRST THING YOU LOOK FOR IN AN ACTOR OR ACTRESS?**

JAMESON: Her *sexuality*. She has to drip with it. Literally. Really, you only care about the women in the movie and supposedly any woman can do what I do for a living. So if she doesn't have personality, and you can see a vacant look in her eyes, she's worthless. So she has to come across as somebody who is overtly sexual.

**DO YOU JUDGE OTHER PORN STARS AGAINST YOUR ABILITY?**

Sure. Can she make them *need* her? Usually that's possible with the girls I cast. But now some girls are taking it to such extreme levels, doing things I wouldn't have thought imaginable.

**LIKE WHAT?**

Very perverted stuff, girls being really forceful about wanting it. Ten years ago, when a girl did an anal scene it was very taboo and she always had a look on her face like "Ouch! Ouch! Ouch!" Nowadays, the girls are turning around, grabbing the guy by the neck and saying, "Fuck me!" These girls are insane. And I love it.

**THEY'RE LIKE SEXUAL ATHLETES. DO YOU THINK THEY'RE SIMPLY BORN OR DOES SOMETHING HAPPEN ALONG THE WAY WHERE THEY DECIDE TO WORK ON BECOMING A PRO?**

I was an incredibly shy girl till I turned 15 and then when I had my first sexual experience, I realized I was really good at it. So, maybe I was born with it and didn't know it or maybe I wasn't born with it and I just happened to learn quickly.

**SINCE YOU WERE SO SHY, DO YOU THINK YOU STARTED SPEAKING WITH BODY LANGUAGE, SO THAT SEX BECAME AN EASIER WAY TO COMMUNICATE?**

Yeah, absolutely. I didn't have anything else to fall back on. I was an intelligent girl, but I didn't show it because I was too shy to raise my hand in school. Once I realized that boys were noticing me, I knew that I didn't have to open my mouth in order to have them chase me. So I used that. And you know, it's done me pretty well.

**IT'S THE ULTIMATE POWER.**

It is. No man can resist. I even have gay men who are like, "You're such a sexual being that I would become straight just to be with you." That's power, baby.



Photos appear courtesy of ClubJenna.com

**IT'S GOT TO BE INTIMIDATING FOR GUYS YOU'RE WITH.**

Well, I do feel sorry for the men in the industry, because being able to get a hard-on is completely mental. It's not about looking at a beautiful woman.

**SO JUST TO MAKE IT CLEAR TO GUYS READING THIS, YOU'RE USED TO PROFESSIONAL PORN STARS, LOOKING AT WOMEN WITH PERHAPS THE GREATEST BODIES IN THE WORLD, WHO CAN'T PERFORM?**

Oh, absolutely.

**SO HOW DO MEN GET AROUSED IF THEY'RE LOOKING AT A BEAUTIFUL WOMAN WHO INTIMIDATES THEM?**

There are so many factors that come into play. You have 30 people sitting around watching and waiting for him. They just want to go have lunch and are like, "Come on, get a hard-on, let's go, let's go, let's go!" So these guys need to be able to basically meditate and completely push all the negative energy out of their minds and think solely about blood rushing into their penis. The ones who are able to do that are the top-notch players.

**HOW RARE ARE THEY?**

They're like Michael Jordan—1 in 500,000. There's this one guy named T-Boy who can get a hard-ion with a woman who is just about the most depressing thing you've ever laid eyes on. He can have sex with *anybody*. He's able to, like, leave his body, and boom, he gets hard. That's why everybody loves to hire him—we call him "The Machine."

I did one of my very first scenes with him. We had sex and he popped and I'm like cool, that was easy. And he's like, "No, we're not done." He turned me over, did a couple more positions and popped again. I'm like, "Oh, my God. This guy's crazy." But we start doing it again and he pops again. Then he goes, "Hold on a second" and he walks over to the craft service table to eat a can of tuna fish. Then he walks back over to the set and has sex with me for about five more minutes and pops one last time.

**HE HAS A HIGH-PROTEIN MEAL IN THE MIDST OF PUMPING OUT PROTEIN. SO, ON TOP OF EVERYTHING ELSE, HE'S GETTING IN SHAPE.**

It's all a health thing.

**IN THE PAST COUPLE OF YEARS, LED PRIMARILY BY YOU, PORN HAS BECOME MAINSTREAM. PEOPLE WHO HAVE NEVER SEEN PORN FILMS KNOW AND ADMIRE YOU. EVEN RON JEREMY GETS MORE PEOPLE COMING UP AND SAYING "HI" TO HIM THAN CELEBRITIES IN THE SO-CALLED STRAIGHT WORLD.**

Well, we're very approachable. If I were out and about, and I saw Madonna, I wouldn't even know what to say. But if I saw Ginger Lynn, I'd be like, "Oh, my God, I have this boyfriend and he's been doing crazy things to me in bed and I don't know what to say to him." I would feel open enough with her to talk like she was my sister. It's great, because women are feeling so much freer when it comes to their sexuality. In turn, that's helping men, because they've got these women who are trying to swing from chandeliers.

**WILL IT GET TO THE POINT WHERE YOU'RE A FIGUREHEAD AND PASS THE BANNER ON TO SOMEONE ELSE BECAUSE YOU DON'T THINK YOU WANT TO GO AS FAR AS TODAY'S PORN STAR?**

It's not really about whether I'm not sure—I know I'm not willing to go that far. It's just not part of my make-up. I believe that in order to do what we do for a living, you have to love every moment of it and put your whole self into it. If I'm doing something I don't feel comfortable with, it's going to show and I don't believe in making a product that looks like that.

**DO YOU ENJOY SPENDING TIME SOCIALLY WITH WOMEN OR MEN MORE?**

I like hanging out with men. I'm a tomboy. Of course I have like 500 Louis Vuitton purses, but I like to get down and dirty. I like to snowboard or water-ski or just get roughed up and skin my elbows. These days, girls just can't keep up with me.

**LET'S SAY YOU'RE STRANDED ON A DESERT ISLAND AND YOU KNOW THAT IF YOU DON'T GET OFF IT IN THE NEXT 48 HOURS, YOU'RE DOOMED. UNFORTUNATELY, YOUR BOYFRIEND—WHO, YOU'VE HEARD, HAS MESSED AROUND ON YOU—HAS FALLEN INTO QUICKSAND ALONG WITH YOUR CELL PHONE. WHICH ONE DO YOU SAVE?**

I'd grab the cell phone, dial the hooker he cheated on me with and let her listen to him drown. ■





JENNA'S NEW AUTOBIOGRAPHY, *HOW TO ... MAKE LOVE LIKE A PORN STAR: A CAUTIONARY TALE* DETAILS HER UNLIKELY RISE FROM TEEN RUNAWAY TO IN-DEMAND STRIPPER TO PORN STAR TO JUST PLAIN STAR. YES, IT HAS LOTS OF PICTURES—BUT THE "WORDS" ARE JUST AS GOOD. HERE'S A TASTE.

The night of the Bangkok Planet Hollywood opening, I swooped my hair up, so that I looked like a reporter. At the time, most people didn't know who I was—if they had known they were being interviewed by a porn star, half of them probably wouldn't have done the interview. The first celebrity to arrive was Jackie Chan. As soon as he saw the big white E!, he ran over, picked me up and kissed me. Then Bruce Willis, Arnold Schwarzenegger and Sylvester Stallone all arrived at the same time. I was sandwiched between the three biggest action stars of the moment and awestruck. I had to get them to say something to E! It needed to be a good question: something smart, perceptive, classy.

"Do you eat here?" I asked.

I wanted to shoot myself.

To my surprise, all three answered. I noticed that I was the only reporter they were talking to. Now was my chance to come up with a question that could elicit a headline-making response. This was going to be a test of my split-second thinking.

"What's your favorite dish?"

I wanted to stab myself.

I walked past a table full of beautiful girls, with Wesley Snipes sitting smack in the middle of them all. He waved me over.

"So you're the reporter from the E! Channel." He smiled. "Why don't you join us?"

Hesitantly, I sat down next to him and all the other girls at the table shot me dagger looks. He was trying to get in their pants, they were trying to get in his pants, and I was confused. "So," he leaned over and whispered in my ear, "do you like it up the ass?"

Being a porn star, I was used to such questions. But Wesley had no idea I was a porn star. Either way, I was offended. I looked at him blankly, stood up and walked away. That was the first and last time I ever saw him. ■



Advertisement

Dear Mr. Stallone,
I have been training and supplementing my diet for years (I am 52 years young), and want to thank you for finally making a meal supplement that is not a stripped down protein powder. Once I received my LifeChange DVD and samples of INTAKE PERFORMANCE, I could see that it was full of only the top of the line ingredients, but the taste knocked me off my feet. I slam down two shakes per day and it's like cheating on my diet. As a former user of the leading brand (name withheld), I am now switching to INTAKE PERFORMANCE. I only hope you never forget the small group of bodybuilders like me who really care about quality!
—LM, Former Mr. Las Vegas

---

*To whom it may concern:*
*I have always been a fitness enthusiast and have been training for about three years. I've always admired Sylvester Stallone for his level of fitness and discipline. I was thrilled to see Sly design a company that provides quality supplement products that would help me reach my fitness goals. The past year, I have dropped my bodyfat level from 22% to 15% using Instone's superior product line. If you are serious about taking care of yourself both physically and mentally, then you've come to the right place. First, you need to find a role model who "walks the walk." Next, you need proper education on how to eat and train correctly. Finally, a good supplementation program. Instone and Sylvester Stallone have accomplished all three.*
***—DA, Navarre, FL***

---

INSTONE's specific blend of staggered absorption protein, slow absorbing fibrous carbs and high dose EFA's make INTAKE Performance the perfect food to support lean muscle growth, without contributing to fat storage. I recommend INTAKE Performance to my clients who are seeking to gain muscular weight without the "bulk" that comes from sugar-laden, calorie-dense weight gainers and sugar shakes. INTAKE Performance is also perfect for getting lean - it's slow absorbing ingredients and EFA's stoke the fat burning furnace, stabilize blood sugar and insulin levels, and also protect hard-earned muscle. INTAKE Performance really is the perfect bodybuilder food for all phases of training.
—PC, National Level NPC Competitor

INTAKE PERFORMANCE comes in two delicious flavors—Vanilla Spice and Smooth Chocolate. It's so good, you'll swear you're cheating on your diet.

***Please go to www.instonenutrition.com or call one of our Fitness Experts at 866-SLY-SAYS for more information on this and other leading edge products. Don't forget to ask about the STALLONE LifeChange Challenge™ and your chance to win cash and prizes!***

**STALLONE INSTONE**™

*For more details, please visit us online at: www.instonenutrition.com*

*INSTONE Products are available at:*

GNC Live Well. | nutrition.com

*Powered by: Clarinol*

These statements have not been evaluated by the Food And Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



(Advertisement)

Thyroid hormone support to jumpstart metabolism
Increases heat production (Thermogenesis)
LEANFIRE helps you lose fat from 4 different angles.
Boosts Lipolysis or release of fatty acids to be used as fuel during exercise
Helps increase caloric expenditure

slowed due to age or other factors. Check the red chart for some clues to help you determine if LEANFIRE is right for you. If you check any of the boxes, LEANFIRE may be the perfect product to kick-start your fat-loss program. Here's why:

According to Peter Miller, the VP of Product Development at my company INSTONE, "Your body is extremely complex, and has built-in mechanisms that work to keep your metabolic rate in, what it perceives to be, a 'normal range'. This normal range is adjusted constantly reacting to various circumstances. Fat loss set points are basically your body's way of protecting itself against what it determines to be 'threats' to its otherwise, 'don't rock the boat, keep things as is' environment. In other words, your body is actually designed to work against you, unless, of course, you do the right things to alter the playing field. And needless to say, nobody's perfect, so with LEANFIRE you don't have to be.

"exciting" might be an understatement! Let me explain. By focusing in on the factors associated with fat loss set-point, the INSTONE Expert Science Team began working toward a product formulation to help alter metabolism, energy systems, fat gain, and fat burning mechanisms. Looking back, it was a lofty goal. However, after 39 formulation changes and over 200 clinical studies reviewed, the INSTONE team finally came to me with a fat-loss product, LEANFIRE, that I believe goes beyond anything ever developed. I have been using LEANFIRE for over 5 months now, and to say the least I'm completely overwhelmed with the results. But don't just take my word for it...

***Here's How LEANFIRE Can Scientifically, Safely and Naturally Activate Your Metabolism... No Matter What Your Age!***

By now you may be asking, how do I know LEANFIRE is a product that will work for me? The answer is simple, many people that can benefit the most from LEANFIRE are those who've reached "diminishing returns" or "plateaus" from their diet and/or exercise program, or feel their metabolism has

- ☐ *Are you struggling to get back into top shape, and need more energy to exercise and stay active?*
- ☐ *Have you been exercising and watching your diet, but your program has stalled and you're no longer losing bodyfat?*
- ☐ *Are you eating fewer and fewer calories, but still not losing additional bodyweight or fat?*
- ☐ *Are you on a Yo Yo (lose/gain/lose/gain) weight-loss cycle and can't break free?*
- ☐ *Are you gaining weight, even when using a diet and exercise program that once worked so well for you?*

Ingredients in LEANFIRE have been designed to promote optimal thyroid function. Recent research suggests that by maximizing the body's natural conversion of thyroid hormone from its inactive form (T4) to the active form (T3), metabolic rate and hence fat burning increases. This is truly the next frontier in maximizing fat loss."

I also want to mention that unlike other less effective products on the market, LEANFIRE contains two diverse, yet synergistic, ingredient stacks—one promoting lean body mass and increasing metabolism, the other, stimulating energy—in one easy-to-use formula. This makes LEANFIRE an absolute value-based supplement that can deliver serious results. And allow you to...

***Train Harder, Longer and with Maximum Intensity!***

One component that is missing in many fat-loss programs is workout intensity. The stress of reducing calories and maintaining a serious workout regimen can cause your training intensity to fall. When this happens, your body is more likely to lose muscle—putting the brakes on attaining your best body! LEANFIRE attacks this problem by delivering a potent blend of energy-enhancing ingredients that allow you to train at your peak—even while dieting.

***The Conclusion***

Keep in mind; LEANFIRE is not a miracle pill. There's no such thing. Rather, LEANFIRE carefully delivers science-backed, powerful ingredients, in precise ratios and amounts that work in concert to dramatically affect your body's metabolic function; maximizing your energy levels and working to keep your appetite in check.

Now it's your turn to put this information and LEANFIRE to work for you. Take LEANFIRE and finally build that lean, muscular body you deserve. Health and Fitness is about taking action and being consistent. So ACT NOW!

***"The ingredient in LEANFIRE called 7-Keto showed 300% greater weight loss vs. diet & exercise alone in a published clinical study."****

REFERENCES:
[illegible], et al. A randomized, double-blind, placebo-controlled study of 3-acetyl-7-oxo-dehydroepiandrosterone in healthy overweight adults. Current Therapeutic Research, 2000; 61(7).

[illegible], et al. Evaluation of the Effect of a Single Dose of a Phytoadaptogen on the Working Capacity of [illegible] During Prolonged [illegible]. 1997; 31(1): 51-56.

[illegible]. Mechanisms of obesity by a green tea extract [illegible]. Am J Clin Nutr. 2000;72: 1232-41.
[illegible], et al. The acute physiological and mood effects of tea and coffee: the role of caffeine level. Pharmacol Biochem Behav. 2000 May; 66(1): 19-28

[illegible], et al. Effect of Rhodiola rosea and Rhodiola crenulata root extracts on ATP content in Muscle Mitochondria. Experimental Biology and Medicine. 2002, 156 (12) 464-466.

MORE REFERENCES AVAILABLE. VISIT [illegible]

INSTONE
LEANFIRE
INSTONE
LEANFIRE

These statements have not been evaluated by the Food And Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

©2004, INSTONE, LLC

STALLONE INSTONE

LEANFIRE is a trademark of INSTONE, LLC and is available at:

GNC LiveWell

and other fine specialty retail outlets nationwide. Visit us online at [illegible] to locate an INSTONE preferred retailer near you.

*When taking 200mg of 7-Keto per day.

7-KETO is a trademark of Humanetics Corp.

STALLONE
High Protein
Pudding Contains:
• 20 grams of High Quality Protein
• Zero Sugar
• Zero Trans Fats
• 1 Gram of Carbs!*
• Zero Sugar Alcohols
STALLONE HIGH PROTEIN Pudding
MILK CHOCOLATE
VANILLA CREME
Most High Protein Bars Contain:
• Low Quality Protein From Gelatin
• Gut Wrenching Sugar Alcohols
• Unhealthy Hydrogenated Oils
• High Calorie Fats and or Trans Fats
• Body Fat Producing High Fructose Corn Syrup
NO HIGH PROTEIN SNACK STACKS UP LIKE THIS!
Introducing the First High Protein, Low Carb Pudding
Designed as a healthy snack alternative—truly delicious, satisfying and guilt-free.
Each serving is lactose free, contains 20 grams of high quality protein,
only 2 grams or less of carbohydrates and 2 grams of fat.
STALLONE™
Available at: GNC LiveWell
INSTONE
*Vanilla Crème flavor contains 1 gram of carbs. Milk Chocolate contains only 2 grams of carbs.

If we are only given one life, I believe it
is our responsibility to enjoy it to its
fullest. If you supply the will, I'll provide
the tools you need to be successful.
Remember, you are only competing
against the person you see in the mirror.
I know you have the heart. I know you
have the courage.
NOW IS YOUR TIME TO BE THE CHAMPION OF ALL YOUR DREAMS
SYLVESTER STALLONE
SYLVESTER STALLONE'S
lifechangeCHALLENGE.
1.866.SLY.SAYS
WWW.INSTONENUTRITION.COM

D 0089

Advertisement

# Getting Angry With Yourself Can Be A Good Thing

I used to blame everything but me for not succeeding. But when I finally said that I can't change the world, but I can change myself—my life turned around completely! ... so can yours!

The LifeChange Challenge is my way of trying to help you get closer to the person you really want to be and can be! The LifeChange Challenge is about helping you get closer to the "you" you want to be. But if you need more motivation, and who doesn't, I'm offering this:

**The Most Exclusive and Luxurious Fitness Contest on the Planet.**

***Including a once in a lifetime chance to appear on screen with me in a workout DVD!***

Other LifeChange Challenge Prizes Are:

**Grand Prize—Bentley GT***

**10 First Prize Winners—Each receive the following:**

- A [illegible] endorsement contract [illegible] national ad campaigns
- A Hollywood Celebrity Weekend [illegible] dinner and party in Planet Hollywood in Las Vegas
- National media exposure
- [illegible] STALLONE INSTONE Champion Jacket [illegible]
- [illegible] Time Machine—A custom Sylvester Stallone Championship Watch ($2,000 value)

[illegible] supply of [illegible] cutting edge Instone Supplements.

It's up to you. "Be somebody with a body." Sign up now. You have nothing to lose but weight, and everything to gain—including muscle!

## It Doesn't Matter Where You Start, It's Where You Finish.

[illegible] is not about who has the nicest body. It's about who makes the most dramatic overall change and can express themselves passionately about it, whether you want to lose 20 lbs. of fat or gain 20 lbs. [illegible] Remember, the only person you're competing against is that person in the mirror.

## Go For It!

Please remember, we're here to help in any way we can. A team of experts will provide programs, motivation and proven supplements to help you [illegible] results. Don't delay [illegible]

*To obtain an entry form and complete rules go to www.instonenutrition.com or you can call one of my Fitness Experts at 866-SLY-SAYS. Plus, you can also ask them virtually any question related to fitness. We truly want to give you all the information you need to succeed!*

SYLVESTER STALLONE'S lifechangeCHALLENGE

STALLONE INSTONE

GNC LiveWell

*Void where prohibited. Must be 18 years or older [illegible] program please consult your physician prior to starting. *Bentley GT [illegible] lease.*