# EXHIBIT 28



D 0125