# EXHIBIT 29



D 0249