# EXHIBIT 30

# SLY

**SHARON STONE +**

DECEMBER/JANUARY 2006

**DEFY YOUR AGE**
## HOW TO MUSCLE UP AT ANY AGE
THE SLY NO-FAIL PLAN

## LIVE LONGER & BETTER!

**WEIGHT-LOSS SPECIAL:**
## HOW TO LOSE YOUR GUT FOR GOOD!
WHAT TO EAT & WHEN

**623**
BEST TIPS ON SEX, HEALTH, FITNESS, NUTRITION & MORE

**GO FROM SERIOUSLY SOFT TO SERIOUSLY FIT**
ONE MAN'S SUCCESS STORY P.74

## 5 WAYS TO KEEP HER HAPPIER AT HOME

## BABES IN THE USA: THE 40 HOTTEST WOMEN OVER 40

Sharon Stone: Hotter now than ever!

USA $3.99/CANADA $4.99
DISPLAY UNTIL MARCH 26, 2006



0  71486 51093  2

01

SATISFY HER FIRST It'll turn her world upside down.

**SEX**

# Quickie Fixings

DEALING WITH THE MOST COMMON MALE SEXUAL PROBLEM—HEAD ON **By Nate Millado**



**or some guys**, the biggest barometer of manhood isn't the ability to bench 300 pounds or throw the perfect spiral. Rather, it's whether they can last long enough to please their woman in the bedroom. The problem for many guys is, the "sprinklers" come on before they can even finish mowing the lawn.

It's a condition that's more common than you'd think. Studies show that premature ejaculation (PE) afflicts up to a third of all men. "It's three to five times more prevalent as an erectile disorder (ED) than impotence," says sex therapist and admitted PE sufferer Ian Kerner, Ph.D., author of the bestseller *She Comes First*. "But whereas ED is taken seriously, PE is still very much considered a Farrelly Brothers joke."

That's because PE "hits at the heart of machoness," says preventive medicine specialist Mark Moyad, M.D., M.P.H., of the University of Michigan Medical Center. "You see these high-stressed guys, and you think they have everything—they're very successful, motivated, educated—but then they quietly come into the office and admit that they're having trouble." Other common PE triggers: chemical imbalance and prostate inflammation.

So, how do you deal with the issue? Until a Viagra-like medication for PE hits the market, try one of these easy, *SLY*-approved steps so that you (and she) can get off easy.

### Have a Change of Heart
**Research presented** at several recent urology conferences suggests that if you're sedentary or have problems with your heart, you're already at an increased risk for PE. On the flip side, a heart-healthy lifestyle and ticker-friendly diet can reduce that risk, says Moyad. So go ahead, run that extra mile and stock up on omega-3-rich salmon. Anything to improve your cardiovascular health should help you not only live longer but also last longer.

### Go Old-School
**Try these tried-and-true** methods for prolonging your pleasure:
>> The "squeeze technique" involves pulling out right when you're close and, while you are going down on her so as not to interrupt her pleasure, firmly squeezing the head of your penis to force the blood back down. (Don't worry, it's not as uncomfortable as it sounds.)
>> There's also the self-explanatory "stop-start technique." Sure, it may seem more like parking a car than making love, but Kerner says it *has* been proven effective to treat PE.

### Double-Bag It
**If one condom is good**, two is definitely better, especially since Moyad says using multiple condoms can help reduce some of the initial sensitivity that leads to PE in the first place.

>> Another option: desensitizing creams and ointments, like lidocaine, or Trojan Extended Pleasure condoms, which combine both of these elements with a thicker condom and climax-control lubricant.

### Choke the Chicken
**At least now** you'll have an excuse: It's called your refractory period, or the amount of time it takes you after one orgasm to become ready for another. We (slightly) older men experience a longer refractory period than when we were in our 20s, so masturbating before sex can actually help delay ejaculation during round two.

### Pop a Pill
**Off-label** antidepressants such as Prozac, Paxil, and Zoloft can be potent forms of sexual medicine, Kerner says. That's because they inhibit the process of arousal and delay your ability to ejaculate. Sounds great, but sometimes all three medications can wear on both your gut and your libido.

### Most Important of All, Relax
**Cut yourself** some slack and remember she may not be eyeing the stopwatch as meticulously as you are. In the end, most women won't care how long sex lasts as long as they feel satisfied. "Get out of the mindset that you need a bigger, better, longer-lasting penis to satisfy a woman," Kerner says. Instead, develop alternative ways to more consistently guarantee an orgasm, whether it's intercourse with oral sex, with manual stimulation, or with sex toys. Take care of her for as long as it takes. It'll ease the pressure on you to perform—she'll be so blissed out, it won't matter.



THE HONEYMOON: Definitely not over.

# The Marriage Makeover

LEARN HOW TO KEEP A MARRIAGE HOT WITHOUT GETTING BURNED IN THE PROCESS

By Bill Schulz

**A**t what point in your relationship did a romantic evening go from doing her dolphin-style on some Bahamian beach to getting the kids in bed in time to finish the crossword puzzle? The bonds of marriage turn into balls and chains at different times for different couples—but every union eventually gets shackled. "A lot of marriages, after a few years, are like science projects in the refrigerator of a single guy's apartment," says Joe Gumm, author of *Romancing Mommy: 150 Ways to Enhance Your Marriage From Birth and Beyond*. "They're stale, and they stink, and they are waiting to be discarded." But before you chuck it all away or just decide to go ahead and live with the stench, try a few of these super *SLY* relationship rejuvenators.

### Watch The Sex Inspectors

**HBO RECENTLY IMPORTED** this British program about two sexperts (relationship guru Tracey Cox and U.S. columnist Michael Alvear) who ensconce themselves within the lives of libido-challenged couples throughout their blessed isle. The docs help everyone from a woman who's never had a penetrative orgasm to a pair of sex-toy fanatics who, despite buying hundreds of Pounds worth of kink, still have intimacy issues that stink.

**The results of your viewing are twofold:** For starters, you get a nice bit of real porn as the couples' coitus capabilities are videotaped (often in cool-looking night vision). But more important, any marriage can take something away from these tips, as the surprisingly touching stories always end with the twosome improving their intercoursing exponentially. It's educational. It's entertaining. It's like getting to peer through your next-door neighbor's window all night long, without having to worry about that annoying restraining order.

### Chuck Your Children

**IT'S HARD TO** be romantic—or do it on the dining-room table—when one of your spawn could walk in at any second. But while jobs at the Gap and high school keggers keep the teens at bay once school's out—what do you do with adolescents who won't leave their PlayStations? During the summer, it's called "camp," and it's worth the price of admission. Sure, a month of not showering, endless mosquito bites, and getting picked last for kickball permanently scarred *your* psyche—but it also toughened you up! And now it's Junior's turn to choke on the bug juice. As for when school's still in session—take the extracurricular route. Talk the kids into signing up for every activity imaginable. Yes, you'll end up with more plays, concerts, and sporting events to go to as a family—but you'll also end up with more evenings alone while they're tied up with practice or rehearsal.

### Pop Some Pills

**VIAGRA REQUIRES** a prescription, and the only thing those raw oysters gave you was a bad case of salmonella—so what's a libidinally lost couple to do? Herb expert Chris Kilham separates the shams from the shag enhancers in his new book, *Hot Plants*. According to Kilham, natural supplements that have been scientifically proven to raise a couple's randiness include tongkat ali, yohimbe, Siberian ginseng, and—perhaps most pleasing of all—dark chocolate. So, of course, we ate *a lot* of it. Now, if Kilham could only tell us what the *antidote* to chocolate is. It turns out that walking around the local candy store with a raging hard-on is frowned upon.

### Talk to the Woman, Damn It

**RECENTLY A TEAM** of psychologists commissioned True.com, a dating and relationship site, to survey the sexual behavior of more than 169,000 men and women. Surprisingly, guys and gals in the 45–59 age bracket were found to be the most risqué, engaging in much more uninhibited action in the sack than folks in any other age group. Feel like you missed the boner boat on this one? As much as we loathe the hippy-dippy connotations that come with the word *communication*, that may be all that separates you from regularly getting freaky with your female. "Find something about your partner that drives you wild and then—critical step here—*tell* her about it," says Maya Frost, psychologist and self-proclaimed "Mind Masseuse" (we don't know what it means, either). "'God I love watching you brush your hair.' 'You look so hot sitting there in my T-shirt.' And touch your partner while you're saying this—but only on the hair, neck, and shoulders. Sex is physical, but the sizzle is mental."

### Love on the Run

**WHAT BONNIE AND CLYDE** lacked in respect for the law they more than made up for in the adventure-as-an-aphrodisiac department. And Karen Sherman, practicing psychologist and author of *Marriage Magic!*, claims you can achieve the same sort of endorphin high through activities that *don't* involve six to eight counts of manslaughter. "The reason risky behaviors help is because they create a sense of excitement—they get the adrenaline flowing, and they help make us feel like kids again," says Sherman. "In order to get the stagnation out of the relationship, try something that creates adventure and a sense of being carefree. It'll help to bring you back to an earlier time." Sherman didn't specify an activity that'd achieve all these things, although we're guessing she meant grand larceny, with maybe a little vehicular homicide thrown in for good measure. Or maybe not.

---

**THE SECRETS TO KEEPING HER HAPPY**
*THREE CRITICAL THINGS EVERY GUY SHOULD KNOW BEFORE HOPPING IN THE SACK*

**1** Don't switch it up. "Screw variety. If light little circles to the right are making her moan, keep doing that," says Ian Kerner, Ph.D., author of **She Comes First**. "Listen with your body. If she wants it harder, she'll lean into you; lighter, she'll pull away."

**2** Let her sleep. In most cases, you don't need kinky toys or furry handcuffs to spice up your sex life. Instead, try letting her sleep in a little longer. You'll be surprised how much more likely you are to wind up with some afternoon delight.

**3** Get her off. "Most men mistakenly believe that the best orgasms occur during intercourse, when the fact is, most women don't care when they have them, as long as they do," says Lisa Douglass, Ph.D., author of **The Sex You Want**.