# EXHIBIT 32



... Fur Hat, T-strap pumps, Garter belt. Narrow, wedged shoes Something turquoise. Gold jewel...



....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



...Top ten of early warning signs that your metrosexual man seems to be confused...



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:



*Please Take our Survey!*

*Shopping Guide*

design . pinkbacteria.com     Site image photography: John Narine and Josh Wood     press     contact us     privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00014



1. Fur Hat
2. T-strap pumps
3. I am pendant by M²Design int. by Mary Margrill
4. Opaque or cleverly designed hosiery
5. Leather gloves - (short or tall, just get one!)
6. Jane Monheit's album, Take A Chance On Love
7. Riding boots
8. Something turquoise
9. Gold jewel
10. Garter belt

11. The Notebook dvd
12. Lavishly detailed coat
13. A bolero
14. Anything plum in color
15. A jewel detailed belt
16. Fur scarf
17. Narrow, wedged shoes
18. A Brooch
19. Charm-decorated bag
20. Giala-D ski jacket in a Pucci pattern

Catherine Malandrino


... Fur Hat , T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise. Gold jewel...


....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...


...Top ten of early warning signs that your metrosexual man seems to be confused...



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

*Please Take our Survey!*

*Shopping Guide*



design . pinkbacteria.com          Slot image photography: John Xxxxx and Josh Ward          press   contact us   privacy policy

©2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00015



Popular culture and the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery. Women with a desire to slip into the latest designer heels such as are Manolo Blahniks and Jimmy Choos, are demanding their toes be shortened (the second toe for example, which is often longer than the big toe) or their pinky toe to be reshaped simply for the advantage of their feet comfortably fitting into the narrowest of shoes.

Most orthopedic surgeons will recommend foot surgery if a patient has medical reasons for doing so, such as hammertoe. Hammertoe is a claw-like, crooked toes that can be either a congenital condition or caused by wearing tight, pointy-toed shoes. The toe is contracted at the middle joint where tightened ligaments and tendons cause the toe to bend and curve downwards. Bunions are usually formed when the protruding part of the toe chafes against the shoe.

... Fur Hat, T-strap pumps,
Garter belt, Narrow, wedged shoes
Something turquoise. Gold jewel...



....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



...Top ten of early warning signs that your metrosexual man seems to be confused...





*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com       Still image photography: John Naples and Josh Wand       press       contact us       privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00016


Photo, Jean-Marie Guyaux

By now, we in the general public have become all too familiar with the term that refers to the growing phenomenon that is the hetero-effeminate male- more likely to be found strolling through the counters at Saks than in front of his television set during the playoffs, and whose knowledge of this season's Gucci line rivals that of even the most learned fashionistas. Yes, the now rather infamous term has since become the accepted coinage for the aesthetically and typical homosexual male who just happens to be straight.

But when exactly do the words of metrosexuality and its urban-dandy counterpart become blurred? Surely there are moments when the David Beckhams of the world find themselves in what might easily be considered a gray area, where the homosexual and metrosexual

... Fur Hat, T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise, Gold jewel...


....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...


...Top ten of early warning signs that your metrosexual man seems to be confused...




*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com    Still image photography: John Naries and Josh Wand    press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00017



BARBARA BUI

**OUTERWEAR:** The Most Important Buy for the Season

One of the most important element's of your winter wardrobe is your coat. After all, this is where first impressions start. With fur trimmings and luxurious detailing, a lavishly detailed and richly treated coat is what you need this winter to neatly complete your look. Here are a few from some of our favorite designers to inspire you.

**BOLD & EXTRAVAGANT :** fashion icons  more ▶

**HEIDI KLUM'S** exquisite new jewelry line  more ▶  ▶

... Fur Hat , T-strap pumps,
Garter belt, Narrow, wedged shoes
Something turquoise, Gold jewel... 

....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery... 

...Top ten of early warning signs that your metrosexual man seems to be confused... 



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

*Please Take our Survey!*

*Shopping Guide*

▶

design . pinkbacteria.com     Still image photography: John Narins and Josh Wood     press     contact us     privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



S - 00018

## BOLD & EXTRAVAGANT

PYTHON AND CROCODILE



Kata. S975

**OUTERWEAR:** owner's most important buy  more ▶

**HEIDI KLUM'S** exquisite new jewelry line  more ▶

BOLD and EXTRAVAGANT is what to go for this season. Accessories intricately featuring extraordinary materials and details are key. Slouchy designs, exotic materials or jeweled pieces...as usual you'll be the focus of the crowd. HELPFUL HINT: Don't over do it by wearing it all at once.



... Fur Hat, T-strap pumps. Garter belt, Narrow, wedged shoes Something turquoise. Gold jewel...



....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



...Top ten of early warning signs that your metrosexual man seems to be confused...



*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com

Still image photography John Naples and Josh Wood

press   contact us   privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00019



### From Catwalk to Designer: Heidi Klum
by Christina Kelley

Proportionally gifted, rich, famous and an eye for design? Heidi Klum's exquisite new jewelry line offers irritating proof that supermodel-scale beauty and artistic talent can co-exist. We know, no fair. But sour grapes aside, us non-runway-ready girls can reap the benefits of Ms. Klum's foray into the wearable arts.

Klum teamed up with international jewelry house Mouawad to create the exclusive collection. The acclaimed jeweler has bedecked the bods of celebs like Kylie Minogue, Elizabeth Hurley and Britney Spears and also designed the infamous Victoria's Secret $12.5 million, precious stone-encrusted Fantasy Bra, which Klum donned in 2001 for the VS fashion show.

The Mouawad, Heidi Klum Collection features 35 central pieces- from delicate earrings to ornate diamond lariats-made from white and yellow

**OUTERWEAR:** winter's most important buy  more ▸
**BOLD & EXTRAVAGANT :** fashion icons  more ▸



... Fur Hat , T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise. Gold jewel...



....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



...Top ten of early warning signs that your metrosexual man seems to be confused...

*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:



design . pinkbacteria.com          *Still image photography: John Naoton and Josh Wang          press     contact us     privacy policy

© 2004 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00020



### MERCEDES & SAKS
*"Team Up for the Cause"*
By Christina Kalany

Ah, Saks Fifth Avenue. Treasure trove for upscale goods from Chanel suits to needle-thin stilettos to...roadsters? That's right. Mercedes-Benz has teamed up with the luxury department store to design an exclusive edition of the SLK350 roadster. In addition to de rigueur ogle-worthy styling, the SLK350 features a 268 hp V6 engine that can bullet from zero to 60 in 5.4 seconds. Even more impressive: proceeds go to Key to the Cure, Saks' women's cancer initiative.

**LUXURY BATHING:** JACUZZIS is also ... more ▶
**iMAC G5:** The tremendous popularity of ... more ▶
**MOTOROLA:** ...MPx220 smartphone . . more ▶


... Fur Hat , T-strap pumps,
Garter belt, Narrow, wedged shoes
Something turquoise, Gold jewel...


....the increasing pressure on
women to look sexier have led to
the recent surge in demand for
cosmetic toe surgery...


...Top ten of early warning
signs that your metrosexual
man seems to be confused...

*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows
or getting coffee at Starbucks, there is always
that luminous girl who looks brilliant without
much effort. And it is ALWAYS the shoes. These
fabulous four caught our eye:



design . pinkbacteria.com    Still image photography: John Naples and Josh Wood    press    contact us    privacy policy

©2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



## LUXURY BATHING

As if the proposition of taking a relaxing bath wasn't attractive enough, owners of the La Scala have even more of an incentive now thanks to a complete home theater system. Available in black or white, Jacuzzi's La Scala has redesigned the bathing experience with a 43-inch high definition flat screen television; a dvdplayer; a stereo system featuring a cd player, an fm/am receiver, and surround sound; and a buoyant remote control. Somewhat lost in the luster of all the home theater accoutrements are that this whirlpool bath has 10 jets, 6 of which are fully adjustable and can seat up to 2 people comfortably. For the price of $32,149, the La Scala could be coming soon to a bathroom near you.

**MERCEDES & SAKS** Team Up for the Cause    more ▶
**IMAC G5**: The tremendous popularity of...    more ▶
**MOTOROLA**: ...MPx220 smartphone...    more ▶

... For Hat. T-strap pumps. Garter belt, Narrow, wedged shoes Something turquoise. Gold jewel... 

....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery... 

...Top ten of early warning signs that your metrosexual man seems to be confused... 



*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com        press    contact us    privacy policy

©2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00022



### iMAC G5

The tremendous popularity of the iPod led Apple to entrust its creator to design the iMac G5, which began shipping to stores in mid-September. Already one of Apple's more popular brands, the new design is up to 15 pounds lighter than the previous Mac. Very similar in design to an iPod resting in its docking station, the new iMac G5 starts at $1299. It comes in a variety of options varying between an 80GB, 160GB, or 250GB hard drive to the widescreen LCD panel sizes of 17 or 20 inches. It seems as though deciding how much memory to opt for, considering the 256MB to 2GB range, would be a much harder choice than deciding whether or not to make the purchase !

LUXURY BATHING: JACUZZI ... *more*
MERCEDES & SAKS Team Up for the Cause... *more*
MOTOROLA: ...MPx220 smartphone... *more*

... Fur Hat, T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise, Gold jewel... 

....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery... 

...Top ten of early warning signs that your metrosexual man seems to be confused... 



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

*Please Take our Survey!*

*Shopping Guide*

design . pinkbacteria.com      Still image photography: John Xardes and Josh Wand      press      contact us      privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00023



### NEW MOTOROLA SMARTPHONE

The new Motorola MPx220 smartphone comes equipped with all the bells and whistles most current cell phones feature-camera, video camera, speakerphone. The added benefit is the internet browser's support of both WAP and HTML, virtually making the entire internet at your disposal. As a quadband phone, it can be used wherever your travels may take you. The feature that certainly sets it apart from its competitors is its incorporation of Bluetooth & #61650 ; wireless technology, which allows for a wireless headset amongst other things. The MPx220 is available to Cingular Wireless customers.

**LUXURY BATHING:** JACUZZIS I a home ... more ▶
**MERCEDES & SAKS** Team Up for the Cause.... more ▶
**iMAC G5:** The tremendous popularity of ... more ▶

... Fur Hat , T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise, Gold jewel... 

....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery... 

...Top ten of early warning signs that your metrosexual man seems to be confused... 



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:



*Please Take our Survey!*

*Shopping Guide*

design . pinkbacteria.com    *Still mango photography: John Santos and Josh Wand*    press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

... Fur Hat , T-strap pumps,
Garter belt, Narrow, wedged shoes
Something turquoise. Gold jewel... 

....the increasing pressure on
women to look sexier have led to
the recent surge in demand for
cosmetic toe surgery... 

...Top ten of early warning
signs that your metrosexual
man seems to be confused... 



*Please Take our Survey!*

*Shopping Guide.*

Around town at gallery openings, fashion shows
or getting coffee at Starbucks, there is always
that luminous girl who looks brilliant without
much effort. And it is ALWAYS the shoes. These
fabulous four caught our eye:

design . pinkbacteria.com        SKI image photography: John Nudes and Josh Wang        press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00025

## FEMALE BOSS: FRIEND OR FOE
By Christina Kallery

Throughout your career, only a few bosses stand out as true mentors. These are the people whose advice you gratefully recall during a crisis or with whom you keep up a friendship long after you've moved on. Other bosses seem like they must have hatched, Invasion of the Body Snatchers-style, from identical pods in some underground corporate lair. You can transfer to a different office or even move across the country, but there she'll be all over again asking if you've routed those files yet. SLY presents five species of not-so-uncommon female bosses and how to handle them.

**Best Friend Today, Something that Rhymes with 'Rich' Tomorrow**
Identifying Traits: Warm and down to earth, 9:07 a.m. Nasty and hyper-critical


... Fur Hat, T-strap pumps. Garter belt. Narrow, wedged shoes Something turquoise. Gold jewel...


....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...


...Top ten of early warning signs that your metrosexual man seems to be confused...



Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

*Please Take our Survey!*

*Shopping Guide*

design . pinkbacteria.com       Site image photography: John Xanten and Josh Wand       press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00026

SLYmagazine.com is published and owned by SLY Magazine, LLC

SLY is a lifestyle magazine focusing on shoes and accessories for fashion-conscious women who lead a sophisticated and independent way of living. SLY targets women in the metropolitan area that pride themselves in standing out through excellence and style. As such, SLY reports on trends in career advancement and electronic development.

SLY fills the void in the media industry by representing women encompassing interest in all facets that not only include beauty and relationships but also career, gadgets, travel, and other lifestyle-defining interests. SLY is for the quintessential woman independent and charming. SLY bridges the gap between beauty and wit because the two are never separate when discussing the beauty of women. SLY women

... Fur Hat, T-strap pumps, Garter belt, Narrow, wedged shoes Something turquoise, Gold jewel... 

....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery... 

...Top ten of early warning signs that your metrosexual man seems to be confused... 



*Please Take our Survey!*

*Shopping Guide.*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com     *Still image photography: John Nunez and Josh Wong*     press     contact us     privacy policy

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00027

11.16.04  Congratulations to David Potts, winner of the designer shoe raffle.



© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

*First Name :*
*Last Name :*
*E-Mail :*
*Address 1 :*
*Address 2 :*
*City :*
*State :*
*How did you hear about Sly :*
*Zip Code :*

› submit    › reset

... Fur Hat, T-strap pumps, Garter belt. Narrow, wedged shoes Something turquoise. Gold jewel...



....the increasing pressure on women to look sexier have led to the recent surge in demand for cosmetic toe surgery...



...Top ten of early warning signs that your metrosexual man seems to be confused...





*Please Take our Survey!*

*Shopping Guide*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye:

design . pinkbacteria.com      Sly image photography: John Nactes and Josh Wood      press    contact us    privacy policy

© 2004 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00029

SLYmagazine.com, published and owned by SLY Magazine, LLC
Please send queries to:

**SLY Magazine, LLC**
PO Box 246
NY, NY 10014

The information we collect on our website is to help us understand you, our readers and subscribers, better. This information is used to help improve the content on our website and magazine, as well as to contact consumers for marketing purposes. We do not share this information with a third party under any circumstances.

Postal addresses submitted to us will be used to send you periodic mailings with information on upcoming events, products and services. From time to time, you may receive surveys and questionnaires for development use.

By submitting your information to SLY, you are giving us permission to contact you for the above purposes.

At anytime, if you decide you do not wish to be on our mailing list, simply send us an email to remove@slymagazine.com or mail us a letter to the above address requesting removal. Please include your exact name, mailing and email address.

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

| | | |
|---|---|---|
| Advertising: | Marie Simon, Advertising Director<br>msimon@slymagazine.com | **SLY Magazine, LLC**<br>332 Bleecker Street<br>New York, NY 10014 |
| Public Relations: | Alex Charles, PR/Marketing Director<br>acharles@slymagazine.com | p. 212.696.7481<br>f. 212.591.6614 |
| Editorial: | editorial@slymagazine.com | |
| General Info: | info@slymagazine.com | |

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00031