# EXHIBIT 33

...receives FREE PROMOTIONAL ISSUE !

FEATURES

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... 

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

## On Your Feet

 

*Mandy; shoes by Stella McCartney; bag by Chloe*

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

**De Grisogono >**
824 Madison Avenue at 69th Street
New York, NY

**Gianfranco Ferre >**
270 North Rodeo Drive
Beverly Hills, CA

**Gianfranco Ferre Boutique >**
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*  ▷

design . pinkbacteria.com          *Still image photography: Joe Tobacca          events      contact us      privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...and receive a FREE PROMOTIONAL ISSUE !

# Rock Watch

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas. Diamonds can be fun and casual. Adding some bling to a classic look this spring is just the right touch. We've found some watches that are embellished with diamonds yet casual and comfortable . (Note our honorable mention from Gucci...no diamonds but we just couldn't help ourselves!)



De Grisogono; steel band with diamond embellishing.

  

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...

## On Your Feet

 

Mandy; shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com            *Still image photography: Joe Tobacca        events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00034



...and receive a FREE PROMOTIONAL ISSUE !

# Jimmyjane: *The New Name in Luxury*

By Charli Fox



A new addition to some of the things from which you simply cannot part—the Apple laptop, Marc Jacob handbag, Gucci shoes—is the Jimmyjane vibrator. As these are the accessories to carry this year. Well maybe you don't want to flaunt your vibrator but if it is platinum and by Jimmyjane, the signature double J engravings will be all the craze. Yep, Jimmyjane sex toys are the new objects of desire for the confident, well-willed gal who loves to shop with quality in mind.

www.jimmyjane.com



Photo Credits: Sean Dagen    Styling: Micah Bishop    Product Styling: Rod Hipskind

## FEATURES



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

**De Grisogono >**
824 Madison Avenue at 69th Street
New York, NY

**Gianfranco Ferre >**
270 North Rodeo Drive
Beverly Hills, CA

**Gianfranco Ferre Boutique >**
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com    *Still image photography: Joe Tobacco    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00035




FREE PROMOTIONAL ISSUE !






## Bohemian Rhapsody

The runways were filled this season with gypsy-inspired prints, cabaret-like skirts, tunics, gazpachos declaring Bohemian chic as the look for the fall/winter season. Scarves, opaque stockings, and Asia inspired jewelry is just the touch you need to complete your look. Here are some designs from the runway.

BETSEY JOHNSON     ANNA SUI     ESTEBAN CORTAZAR

photos : Anna Thiessen



*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...*



*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...*

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...*



## On Your Feet




Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

**De Grisogono >**
824 Madison Avenue at 69th Street
New York, NY

**Gianfranco Ferre >**
270 North Rodeo Drive
Beverly Hills, CA

**Gianfranco Ferre Boutique >**
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*

design . pinkbacteria.com          *Still image photography: Joe Tobacca          events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00036



...and receive a FREE PROMOTIONAL ISSUE !

### OLYMPUS  M: ROBE 500 i     $499

Have you ever had the urge to take digital quality pictures while playing digital quality music?  The Olympus m:robe 500i affords its customers that luxury. You can listen to all of your favorite music while preserving new moments you don't want to forget or browsing through old ones. Whether it's a WMA or an MP3 it supports both audio formats and can hold thousands of songs for your listening pleasure.  The 3.7" color LCD display lets you actually see the picture before you touch the screen to capture it onto the m:robe's internal 20GB hard disk.  The old adage of point and shoot has never been this easy, or should we say point and touch.

**TREO 650**           ▶

**DELPHI XM MYFI**     ▶

**SAMSUNG HL-P5085W**  ▶

**ARCHOS POCKET VIDEO...** ▶





*Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...*

*...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...* ▶

*Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...*

## On Your Feet




Mandy: shoes by Stella McCartney; bag by Chloe

▶

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com          *Still image photography: Joe Tobacco          events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00037



...and receive a FREE PROMOTIONAL ISSUE !



## TREO 650 $499

On the heels of the ever increasing popularity of the aptly dubbed "smartphones"comes the Treo 650. Like the other smartphones it gives you access to your email, messaging, a digital camera with video recording capabilities, and the obvious feature to actually make phone calls. The Treo 650 also features Bluetooth® wireless technology for communication with other devices. However what is remarkable about the Treo 650 is that it does not settle by being able to perform these functions, but its designed to perform these functions efficiently and affectively. The Treo 650 always keeps you connected and as an added bonus it has a multimedia expansion slot so you can take greater advantage of the plethora of features it offers.

DELPHI XM MYFI ▸

SAMSUNG HL-P5085W ▸

OLYMPUS M: ROBE 500 i ▸

ARCHOS POCKET VIDEO... ▸



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...  ▸

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe    ▸

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!  ▸

design . pinkbacteria.com          *Still image photography: Joe Tobacco          events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00038



...and receive a FREE PROMOTIONAL ISSUE !



## DELPHI XM MYFI  $349

Satellite radio is slowly gaining popularity as listeners begin to understand the strengths of this new medium. However, users have been confined to either using them at home or in their car that is until now. The Delphi XM MyFI is attempting to revolutionize the XM experience by offering portability to the satellite radio consumer. The MyFI is designed for the person on the go who doesn't want to be confined to their house or car. It has a battery life of up to 5 hours and easily fits in the palm of your hand. As an added bonus, it even offers its user the ability to record over 5 hours of XM content for playback.

**TREO 650** ▶

**SAMSUNG HL-P5085W** ▶

**OLYMPUS M: ROBE 500 i** ▶

**ARCHOS POCKET VIDEO...** ▶

FEATURES



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... 

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

## On Your Feet



Mandy' shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com          *Still image photography: Joe Tobacca          **events     contact us     privacy policy**

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00039





...and receive a FREE PROMOTIONAL ISSUE !

**SAMSUNG HL-P5085W**        $3,699.99

Samsung's new 50 inch widescreen High Definition Television is as functional as it is fashionable. Impeccable style immediately captivates its viewer whether you are watching *Ocean's Eleven* or the latest episode of *Lord of the Rings*. This HD-TV utilizes Digital Light Processing or DLPTM technology which enables this television to display the best digital picture money can buy. Samsung's newest marvel also comes equipped with its own pedestal which is fitting considering that its picture stands out above the rest.

**TREO 650**              ▶
**DELPHI XM MYFI**         ▶
**OLYMPUS M: ROBE 500 i**  ▶
**ARCHOS POCKET VIDEO...** ▶







Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...  ▶

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...  ▶

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...  ▶

*On Your Feet*



Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

*Shopping Guide*

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*  ▶

design . pinkbacteria.com          *Still image photography: Joe Tobacca          events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...*introducing* FREE PROMOTIONAL ISSUE !

## ARCHOS POCKET VIDEO RECORDER AV480  $749.95

Keeping the things you love close to you is important to the savvy consumer and the Archos Pocket Video Recorder allows you to do just that. Whether it's the music, pictures, or even the movies and television shows you love; it has never been easier to take these things wherever your travels may take you. With a simple USB connection you can download all of your favorite pictures and music to the AV480. The cradle (an AV480 accessory) makes it a breeze to record movies and programs regardless of the source—TV, VCR, cable, or satellite receiver. The disadvantage—the battery only lasts for 4.5 hours of video playback time thus making a charge necessary sometimes in the middle of Frodo's quest to Mordor during your Lord of the Rings marathon.



**TREO 650** ▶

**DELPHI XM MYFI** ▶

**SAMSUNG HL-P5085W** ▶

**OLYMPUS M: ROBE 500 i** ▶

## FEATURES



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... ▶

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▶



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



### On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe ▶

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

### Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com          *Still image photography: Joe Tobacco          **events     contact us     privacy policy**

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...and receive a FREE PROMOTIONAL ISSUE !

## White Dreams

Adore the clean and refine look that shouts "sharp"? White accessories always do the job. Spring comes around and each year there's no need to cast your white items aside for your new look...you can never go wrong with white.

HELMUT LANG

**EVENING** ▶

**BOHEMIAN CHIC** ▶

**DID YOU GET THE MEMO?** ▶

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▶



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet



Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ▶

design . pinkbacteria.com          :          *Still image photography: Joe Tobacco          events      contact us      privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00042



...introducing a FREE PROMOTIONAL ISSUE !



NELMUT LANG

## Evening

It's that time again. You must attend a formal event but you never have the opportunity to update your formal accessories at you leisure. The gala begins in a couple of hours and you're pressured to find that perfect shoe. Well check with SLY for the latest in evening footwear. We're constantly searching to bring you what will be the shoe-of-the-night. Here are just a few to wet your palette.

**WHITE DREAMS** ▶
**BOHEMIAN CHIC** ▶
**DID YOU GET THE MEMO?** ▶

FEATURES

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... ▶

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... ▶ 

## On Your Feet



Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com          *Still image photography: Joe Tobacco          events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...enducing a FREE PROMOTIONAL ISSUE !



## Bohemian Chic

From the spring runways to the city streets, footwear this season has become more comfortable! That's right ladies, not only will your shoes look fabulous but they will be cozy, too. Wedges, espadrilles and flats are definitely must-haves. Guiseppe Zanotti, Helmut Lang, Casadei—all of your favorite designers have created the hottest styles to pair up with your bohemian chic wardrobe for this spring. But if you won't be caught dead in anything but pumps, we've included some designs to complete your Bohemian look!

**SERGIO ROSSI**



**EVENING** ▶

**WHITE DREAMS** ▶

**DID YOU GET THE MEMO?** ▶

---

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...

## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey! ▶

---

design . pinkbacteria.com                    *Still image photography: Joe Tobacco        **events        contact us        privacy policy**

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...introducing FREE PROMOTIONAL ISSUE !

## Did You Get the Memo ?



> Bangles are a must-have this spring. No matter the material—wooden, plastic, ivory, leather—it is tres chic to wear one or seek to inspire and wear a few.

**EVENING** ▸

**WHITE DREAMS** ▸

**BOHEMIAN CHIC** ▸

## FEATURES



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...

## On Your Feet



Mandy; shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com    :    *Still image photography: Joe Tobacco    events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.



...and catches a FREE PROMOTIONAL ISSUE !



# Provence

Nestled in Soho (on MacDougal Street) is a restaurant whose name conjures the feelings and charm of Provence in the south of France (sometimes referred to as the California of France - due to the warm weather). The restaurant, appropriately named Provence, is owned by Michel and Patricia Jean and has a wide selection of delicious dishes. The menus are the sophistication of Southern French cuisines, which is influenced by Italian, Spanish, and North African cookery.

This casually elegant French charm with warm décor has a small delightful garden in the back for outdoor eatery. Wide selections of delicious desserts are served, assiette de sorbet, fruits frais (Assorted sorbet, fresh fruits) being the most popular.

The prices range from moderate to expensive.

www.provence-soho.com



**CINQUE TERRE** ▶

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...   ▶



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet

 

Mandy; shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!*   ▶

design . pinkbacteria.com                    *Still image photography: Joe Tobacco          events     contact us     privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00046



...and receive a FREE PROMOTIONAL ISSUE !

## Cinque Terre *By Susan Eliya*



Cinque Terre, which translate to "Five Lands", sits on the southern Ligurian coast of Italy overlooking the Mediterranean Sea. From north to south, there are five undeniably beautiful ports, each carved out of rock: Monterosso, Vernazza, Corniglia, Manarla, and Riomaggiore.

Each port holds a small, amiable community, and is recognized by its narrow staircases and alleys that

**PROVENCE ▸**

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas... 

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ... 

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall... 

## On Your Feet

 

Mandy; shoes by Stella McCartney; bag by Chloe

### Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

*Please Take our Survey!*

design . pinkbacteria.com              *Still image photography: Joe Tobacco        events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00047



...and receive a FREE PROMOTIONAL ISSUE!

# Is Your Job Making You Sick?

*Regain Your Health and Happiness by Detaching.*
by Anthony Zolezzi



Do you find yourself suffering from sleepless nights, tension headaches or stomach ulcers? Perhaps the source of your problems is a series of control dramas that have been inflicted on you by the people you work with.

**Toxic People will Make You Sick**
You may be working in a "toxic" environment without even realizing it. Most people have come to accept 12-hour workdays without lunch breaks and working overtime on the weekend as a way of life. But the fact is, we are putting our physical, emotional and mental health, more and more at risk.

**FEMALE BOSS:FRIEND OR FOE**    ▶

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...    

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...    

Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...    

## On Your Feet



Mandy; shoes by Stella McCartney; bag by Chloe    ▶

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!    ▶

design . pinkbacteria.com        *Still image photography: Joe Tobacco        events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00048



**SLY Magazine, LLC**
332 Bleecker Street
New York, NY 10014

P . 212 . 696 . 7481
F . 212 . 591 . 6614

| | |
|---|---|
| **Advertising:** | Marie Simon, Advertising Director<br>msimon@slymagazine.com |
| **Public Relations:** | Alex Charles, PR/Marketing Director<br>acharles@slymagazine.com |
| **Editorial:** | editorial@slymagazine.com |
| **General Info:** | info@slymagazine.com |

© 2004 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00049



...receive a FREE PROMOTIONAL ISSUE!

SLYmagazine.com is published and owned by SLY Magazine, LLC.

SLY is a lifestyle magazine focusing on shoes and accessories for fashion-conscious women who lead a sophisticated and independent way of living. SLY targets women in the metropolitan area that pride themselves in standing out through excellence and style. As such, SLY reports on trends in career advancement and electronic development.

SLY fills the void in the media industry by representing women encompassing interest in all facets that not only include beauty and relationships but also career, gadgets, travel, and other lifestyle-defining interests. SLY is for the quintessential woman independent and charming. SLY bridges the gap between beauty and wit because the two are never separate

Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...



...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet

 

Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferre >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

## Please Take our Survey!

design . pinkbacteria.com        *Still image photography: Joe Tobacca        events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00050





RENEW
TSUNAMIRELIEFBENEFIT
REVIVE

SUMMER SETS BY
JAY-J HOULTON STUDIOS/SHIFTED MUSIC
DJ SPUN SONG MUSIC/769
JACKIE CHRISTIE DJJACKIECHRISTIE.COM/THE JOINT

RENEW
TSUNAMIRELIEFBENEFIT
REVIVE

THURSDAY MARCH 10 2005
THE CORAL ROOM
512 W. 29TH ST AT 10TH AVE

DOORS 9PM
SUGGESTED DONATION $10
VIP TABLE RESERVATIONS $80 PP
RSVP: TSUNAMIBENEFIT@RICE.COM

© 2004 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00051



...and receive a FREE PROMOTIONAL ISSUE !

First Name :

Last Name :

E-Mail :

Address 1 :

Address 2 :

City :

State :

How did you hear about *Sly* ?

Zip Code :

› submit    › reset



Diamonds are a girl's best friend and they're making a comeback. Don't limit your precious stones to balls and galas...

...maybe you don't want to flaunt your vibrator but if it is platinum and by JimmyJane, the signature double J engravings will be ...



Bohemian chic dominated the runways at New York's fashion week. Here's a sneak peak of what to expect this fall...



## On Your Feet



Mandy: shoes by Stella McCartney; bag by Chloe

Around town at gallery openings, fashion shows or getting coffee at Starbucks, there is always that luminous girl who looks brilliant without much effort. And it is ALWAYS the shoes. These fabulous four caught our eye.

## Shopping Guide

De Grisogono >
824 Madison Avenue at 69th Street
New York, NY

Gianfranco Ferra >
270 North Rodeo Drive
Beverly Hills, CA

Gianfranco Ferre Boutique >
870 Madison Avenue at 71st Street
New York, NY

*Please Take our Survey!* ›

design . pinkbacteria.com          *Still image photography: Joe Tobacca          events    contact us    privacy policy

© 2004-2005 SLY Magazine, LLC. All rights reserved.The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00052

*What did you dislike most about this site?*

*What do you think the website is lacking?*

*Overall, how would you rate this website?* Outstanding ▼

*Why did you give the site this rating?*

*Other comments:*

*Email Address( optional):*

Submit

S - 00053



SLYmagazine.com, published and owned by SLY Magazine, LLC.
Please send queries to:

**SLY Magazine, LLC**
**PO Box 246**
**NY, NY 10014**

The information we collect on our website is to help us understand you, our readers and subscribers, better. This information is used to help improve the content on our website and magazine, as well as to contact consumers for marketing purposes. We do not share this information with a third party under any circumstances.

Postal addresses submitted to us will be used to send you periodic mailings with information on upcoming events, products and services. From time to time, you may receive surveys and questionnaires for development use.

By submitting your information to SLY, you are giving us permission to contact you for the above purposes.

At anytime, if you decide you do not wish to be on our mailing list, simply send us an email to remove@slymagazine.com or mail us a letter to the above address requesting removal. Please include your exact name, mailing and email address.

© 2004-05 SLY Magazine, LLC. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of SLY Magazine, LLC.

S - 00054