# EXHIBIT 35

Sly Magazine | Shoes...... The Obsession



shoes ... the obsession

| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**Spring's Hottest Accessory The Fedora**



Platin
Drea

The best
favorite n



Apple
Done
Aga

The revolu
new phor
will NE



All Ab
You

Ideas f
Valentine

Take Our Survey



Copyright© 2006 Sly Magazine, LLC . /Credit / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                      Page 1 of 2



Shoe Salon    Fashion Notebook    Beauty Box    Tech Couture    Capital Woman    Luxe Living

# Platinum Dreams

Costume jewelry may seem as though it is here to stay but every gal knows to conquer the upscale and polished look value is key. Investing in precious stones and metals is both everlasting and clever. Costume trends will change but witty, quality pieces are always en haute.

Build your collection with soon-to-be-classic pieces and the metal of choice is platinum. Owning key precious items like a sapphire ring or diamond drop earrings is where you'll want to begin. The best is set in platinum in which precious stones are secure and will not loosen free.

So why are we infatuated with platinum? It is 30 times rarer than gold. (And we love hard to come by elements including jewelry pieces!) The white color also gives the metal a clean and classic look unmatched by any other metal and quite possibly the root of our obsession. Platinum will not fade or dull not in several lifetimes of wear; a good investment indeed. Here are the best in platinum:



Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |





**Alan Friedman**
Platinum skull ring with two rose cut diamonds (1.68 cts.)
and 509 round brilliants (3.48 cts.); $49,000

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us





**Daniel K**
Platinum "Phantom" bracelet with diamonds (49.36 cts.); $1,000,000

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession

Page 1 of 2





**Erica Courtney**
Platinum earrings with green beryl anchors (52.31 cts.) and diamonds (2.79 cts.); $34,860

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |





**Gurhan**
Platinum ring with rose cut diamond (0.70 cts.), $4,460; platinum ring with rose cut diamond (1.0 ct
$8,500; platinum hammered ring, $1,780; platinum ring, $900; platinum ring with five rose cut
diamonds (0.57 cts.), $3,060

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





**James Kaya**
Platinum ring with tension set yellow sapphire (2.77 cts.) and diamonds (0.47 cts.); $8,400

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2





## Shoe Salon






Jean-Michel Cazabat    Tashkent by Cheyenne    Giorgia Galassi    Giorgia






Giorgia Galassi    Jean-Michel Cazabat    Jean-Michel Cazabat    Sergio Rossi

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



## Shoe Salon



Sergio Rossi          Giorgia Galassi          Jean-Michel Cazabat

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us





*Shoe Salon*









Bruno Magli          Thakoon for Nine West          Tashkent by Cheyenne          Miss









Tashkent by Cheyenne          Tashkent by Cheyenne          Vivienne Westwood for Nine West          Bruno

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





   

Giorgia Galassi          Giorgia Galassi          Giorgia Galassi          Giorgia

   

Giorgia Galassi          Giorgia Galassi          Sergio Rossi          Lamberts

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



Shoe Salon





Stella McCartney

Sly Magazine | Shoes...... The Obsession

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**FASHION NOTEBOOK**
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report

# Fashion

## Leggings



Dark opaque stockings coupled with colored platform shoes or, say, a flowing jersey dress worn with tights...

## Bootie Parlor



Go short with this season's hottest item, booties. Skirts, dresses, pants, accentuate the length of your legs with...

## Offbeat



In a city teemin hipsters, Haight probably the epic hipsterdom

## Color Report

The colors of the season is, by far, the magenta, violet, or plum tones. Think the Emporio Armani or Gucci ads. Add a touch of mauve lavender to your wardrobe: a hollyhock shoe, belt, or bag. The plum colors fit the dark mood of the season, adding the right amount of punch to your look.



Carolina Herrera

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us







Dark opaque leggings cou[
platform shoes or, say, a flo
worn with tights underneat
of the season. It's all about
Bide added their own twis
around the foot that sets a
Leg warmers continue the l
to pull off the look, a sta
funky bootie is a must. Oth
look like a frame out of the
sion mini-series, Fame.



Sass & Bide; Copyright © Anna Thiessen



Akiko Ogawa; Copyrigh

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2





FASHION NOTEBOOK
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report

# *Bootie Parlor*



Giorgia
Galassi



Urban
Outfitters

Go short with this
season's hottest shoe
trend— booties. Baby
doll dresses, tights or
skinny jeans coupled
with a pair of booties
add length to your
legs and affords an
elongated
look. Ankle-length
boots with a stacked
heal, as a platform, or
with metal detailing
are some
of the ways designers
have updated the
centuries-old bootie.



Lambertson
Truex



Bruno
Magli

Sly Magazine | Shoes...... The Obsession



Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us