Sly Magazine | Shoes...... The Obsession

Page 1 of 3



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

FASHION NOTEBOOK
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report

# OFFBEAT ON HAIGHT:
# San Fransico's Best Kept Secret

In a city teeming with hipsters, Haight Street is probably the epicenter of hipsterdom. Unfortunately, all too often, the street strays too far from hip and veers a little too close to grungy; fortunately, Offbeat on Haight shines where other Haight Street boutiques fall short.





Cara Ucci

Opened by Marie McCarthy in 2002, the expanded shop stocks a variety of items scarves, hats and picture frames. Offbea home to a quality selection of handbags, classic designs from Hobo International. attraction, however, is undoubtedly collection of jewelry by local designers Cara Ucci, Josie Adele, Jessica Men Mercedes Paxton. According to Offbeat Nichole Young, this support of the lo community sets the boutique apart from of on Haight Street. "The individual pieces unique," she says, "not mass produced."

Offbeat stays fresh with frequent infusion designers; interestingly enough, most of designers landed a spot there by approad store themselves. "They'll seek us out, explains, "it's more of a community thing.'

One such designer is Josie Adele, who one of her brochures to Offbeat after hear the store from a friend. Adele, who desc San Francisco arts community as "very su and "open," now has her line, Fluidance, as a central part of Offbeat's collection. I features artfully curved sterling silver sinuous quality that results in unexpected i captures the essence of movement," Adel her line.

Cara Ucci's self-titled line, Caraucci, is

Sly Magazine | Shoes...... The Obsession                                    Page 2 of 3



Josie Adele



Josie Adele

standout at Offbeat. The distinctive line
flawlessly cut stones, such as garnet, ci
labradorite (which Ucci cites as her
because of its color-changing propertie
stones dictate my jewelry," explains U
acquires her stones on yearly trips to Indi
impeccable attention to detail is especially
in her one-of-a-kind, intricate clasps. "I tr
everything classy and timeless," she says.

Don't be fooled by Offbeat's modest
inside, the store is spacious and sophistic
the staff is friendly and helpful. Hipster r
most stylish peak here at Offbeat, whic
says, "highlights what is San Francisco."

Offbeat on Haight
1599 Haight Street
San Francisco, CA 94117
415.522.0122



Offbeat Boutique

Copyright© 2006 Sly Magazine, LLC , /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**FASHION NOTEBOOK**
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report



*Bag It*



Anna Sui



Longchamp



Longchamp



Longchamp



Thakoon by Nine West



Mulberry



Chloe



Sergio Rossi



Stella McCartne



Emanuel Ungaro



Prada



Thakoon by Nine W

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us





**FASHION NOTEBOOK**
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report



Oscar de la Renta

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ac
attitude to outerwear like
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it;
not-so-simple look. This is
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dov
avenue this winter, all eye
the handbag, the shoes ...
coat.

Images Copyright © Anna Thiessen

Sly Magazine | Shoes...... The Obsession

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





**FASHION NOTEBOOK**
- Shoe Trend
- A La Mode
- Boutique Chic
- Bag It
- **Coat Works**
- Accessories
- Color Report



Akiko Ogawa

Images Copyright © Anna Thiessen

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and a
attitude to outerwear like
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it;
not-so-simple look. This i
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ...
coat.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2



FASHION NOTEBOOK
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report





Tuleh

Images Copyright © Anna Thiessen

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ac
attitude to outerwear like r
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it; c
not-so-simple look. This i:
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ... a
coat.

Sly Magazine | Shoes...... The Obsession

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



FASHION NOTEBOOK
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report

# Coat Works



Baby Phat

There is something for ev<
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ad
attitude to outerwear like r
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it; o
not-so-simple look. This i
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ... i
coat.

Images Copyright © Anna Thiessen

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living

FASHION NOTEBOOK
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report



# Coat Works



Oscar de la Renta

Images Copyright © Anna Thiessen

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemen
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ad
attitude to outerwear like
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it;
not-so-simple look. This i
grandmother's boxy, full-l
coat. No, no. The treatmen
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ...
coat.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





## FASHION NOTEBOOK
- Shoe Trend
- A La Mode
- Boutique Chic
- Bag It
- Coat Works
- Accessories
- Color Report



# Coat Works



Alvin Valley

There is something for ev
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemen
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ad
attitude to outerwear like i
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it;
not-so-simple look. This i
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ... :
coat.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2





**FASHION NOTEBOOK**
Shoe Trend
A La Mode
Boutique Chic
Bag It
Coat Works
Accessories
Color Report

# *Coat Works*





Dennis Basso

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ad
attitude to outerwear like r
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it;
not-so-simple look. This i
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ...
coat.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                    Page 1 of 2







# Coat Works



Carmen Marc Valvo

There is something for eve
this season. Whether your
sensibilities lean toward a
subtle luxe look, or wheth
an all-eyes-on-me femme,
the most important elemer
season has never been mo:
glamorous. Designers hav
and embellished coats in f
creating silhouettes and ac
attitude to outerwear like 1
before. A simple addition
belt to a capelet or trench
shown by Alvin Valley an
Som, or a slim full-length
as Dennis Brasso does it; 
not-so-simple look. This i:
grandmother's boxy, full-l
coat. No, no. The treatmer
season's coat with fur trim
karakul adds a modern ele
When you're strolling dow
avenue this winter, all eye
the handbag, the shoes ... 
coat.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession



shoes ... the obsession

| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**FASHION NOTEBOOK**
- Shoe Trend
- A La Mode
- Boutique Chic
- Bag It
- Coat Works
- Accessories
- Color Report

## Accessories





Baby Phat
Copyright © Anna Thiessen



Twinkle
Copyright © Anna Thiessen



Oscar de la Renl
Copyright © Anna Th



Oliver Peoples



Kenneth Jay Lane



Marc Jacobs

Sly Magazine | Shoes...... The Obsession







Lambertson Truex          Matthew Williamson          Tom Ford

Copyright© 2006 Sly Magazine, LLC , /Credits / Privacy Policy / Contact Us / About Us





Sly Magazine | Shoes...... The Obsession                    Page 2 of 3



## *The Body Shop*

The Body Shop's new light weight make up
collection promises to give a luxurious finish.
Made from the best sguff, products are made
from natural ingredients to moisturize while
improving texture, brighten and add a natural
glow.

Available at The Body Shop,
www.thebodyshop.com.



## *Ambi Skincare*

Women of color there is good news. Aml
care has expanded its line with new pro
to alleviate dark spots, even and brighte
tone and leave you with a fresh feelin
cannot deny. Available at your neares
store.



## *Keune*

The makers of Keune hair cosmetics h
added So Pure Styling to their line of prod
This line has been developed with no
ingredients—plant extracts and essential
All products carry the natural scen
orange/palmarosa. Keune products
perfect for sculpting and styling hair
special events.

Additional Keune products include sha
fibres, brillantine gel, disconnect mol
paste, and intensive hair repair for dry
fragile hair.

Sly Magazine | Shoes...... The Obsession

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us