



**Panasonic 58-Inch HD Plasma TV**

Design. Function. Experience. Tech innovators continue to raise the bar and provide best of what technology has to offer to consumers and we cannot stop loving

The world's largest plasma television may not be the perfect fit for your apartme Panasonic's 58-inch plasma tv comes close enough. High Definition, PC input CableCARD compatibility, TV Guide On-Screen™ Electronic Program Guide are the features of the 58-inch TV with which you will want to pimp you entertainment the winter evenings with friends.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





**Canon EOS Digital Rebel Xti $799**

The Rebel Xti performs professionally without all the professional camera complic
you value quality to form the Digital Rebel Xti is the perfect fit.

-10.1 megapixels CMOS imaging sensor
-Compatible with more than 60 EF and EF-S lenses
-New features shake dust off sensor for spot free photos
-2.5-Inch LCD with 3 frames per second shooting
-Weighs 18 oz.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living



TECH COUTURE
What's New
Tech Feature





**Samsung Black Carbon $399**

"Ultra thin, ultra powerful and ultra cool" sums up the Samsung SD900. This ultim
phone includes global GSM quad-band flexibility. So, if you change continents w
position of the moon, this cell phone is all you will need in your travels. Black Carb
of the thinnest sliders in the world. Some additional features include:

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                Page 1 of 2







**Nüvi 660 by Garmin $899.99**

A sleek navigator and travel assistant with preloaded City Navigator NT which of
coverage of North America or Europe. The Nuvi 660 includes Bluetooth wireless te
for hands free calling; includes microphone and speakers. Suction cups make it is
mount to dashboard or windshield particularly convenient if you alternate cars du
week. Features also include:

-700MB of internal memory
-Colorful 4.3-inch widescreen display
-Touch screen keypad to dial numbers (only on compatible phones)
-Wireless FM transmitter
-Traffic alerts with detour details with a touch of the screen
-Voice prompts
-2D/3D map imaging
-MP3 Player connects to car speakers
-AC charger

Copyright© 2006 Sly Magazine, LLC ., /Credits / Privacy Policy / Contact Us / About Us



TECH COUTURE
What's New
Tech Feature



**Harman Kardon Drive + Play**

This system is compatible with all docking iPods to connect to your car audio sys
mimics the iPod menu for quick recognition and easy use affording users all the b
capabilities as the iPod. The menu is set on a backlit display and can be mounted
car's dashboard or windshield. Drive + Play includes the "brain" to connect to your
system and the controller to scroll and select menu options from the display u
Additionally, the system can be plugged into your car cigarette lighter.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession





CAPITAL WOMAN
Office Fashion
Career Profile
Building
Money Matters



### FIRST RULE OF ADVANCEMENT

Career self-sabotage occurs frequently as trends in fashion veer more and more toward casual wear, that is, flip flops, jeans, and Tee's. As rising comfort levels with past trends moves casual wear into the permanent fashion vernacular, they tend to trickle into the office. This season, designers have given us a reason to bring business attire back to the office with statement pieces such as blouses with voluminous sleeves, bold belts focusing on the waist, and chunky heels with great height. Toss in a statement neck piece; say, vintage pearls, and you have tackled the first rule in climbing the corporate ladder: dress as though you belong at the top.

Tuleh



Oscar de la Renta



Zang Toi



Oscar de la R

Sly Magazine | Shoes...... The Obsession


Zang Toi


Oscar de la Renta

Images Copyright © Anna Thiessen

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us








**Espresso Faux Croc Briefcase**
By Mobile Edge
$129.99


Our editors are ecstatic about this beautifully crafted, upscale, and chic bag.
The designers at Mobile Edge receive the highest ratings for
both design and function.


Features:
Buttery soft poly-suede interior lining
Faux crocodile exterior
Detachable cosmetics/accessory pouch
Superior SafetyCell™ computer protection compartment
Available in espresso, black, and white
Fits Notebooks Up To 12.5" L x 11" W x 2.3" H
Includes a lifetime warranty


www.mobileedge.com

Sly Magazine | Shoes...... The Obsession

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us





**Espresso Faux Croc Briefcase**
By Mobile Edge
$129.99

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us







**Faux-Croc TechStyle Portfolio**
By Mobile Edge
$49.99

This case is great to carry in the big bag from which you simply cannot separ
Another faux-croc laptop bag that you will not compromise your look carryi

Features:
Removable mesh pouch for cables
Interior sleeve for files
Available in pink, black, and white
Holds laptops 15.4"
Includes a lifetime warranty.

www.mobileedge.com

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



 

**The Designer Slim**
By ACME Made
$149.99 - $174.99

What we love most about this bag, is that you can choose one which best suits personality and style- stripes, circles or basic. We call this bag functional and

Features:
YKK "SplashProof" zips
Closed cell foam padding
Top grain leather handles
Quilted satin lining
1 year warranty
www.acmemade.com

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us







**The Designer Slim**
By ACME Made
$149.99 - $174.99

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us









**Komen Paris Computer Backpack**
By Mobile Edge
$129.99

What we love most about this bag is the functionality. It contains many compartments to keep you organized. It is perfect for traveling, particularly packing light is a challenge. 10% of the sale price is donated to The Susan ( Komen Breast Cancer Foundation.

Features:
Black microfieber and faux-leather with pink trim ñ absolutely adorable!
Separate section for files, books and magazines
Additional workstation section for accessories, cables, pens, etc.
Superior SafetyCellô computer protection compartment
Ventilated and padded rear panel with ergonomic shoulder straps for carrying co
Removable accessories/cosmetics pouch
Includes a lifetime warranty

www.mobileedge.com

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                           Page 1 of 2





**Black Signature Case**
By Alex Grant Bag
$97

This case can be placed perfectly in one of your favorite bags or carry it sol
for that simple, sleek, all-black look.


Features:
Leather and wear-resistant microfiber
Exterior mesh pocket which fits a power cord, extra battery and other periphe
Comes with straps and nickel hardware, padding and PVC-reinforced side panels to
protection
Available in different colors


www.agbstore.com

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us







**Black Signature Case**
By Alex Grant Bag
$97

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us