Sly Magazine | Shoes...... The Obsession                                                    Page 1 of 3





CAPITAL WOMAN
Office Fashion
Career Profile
Building
Money Matters

There was a time that talent and heavy promotion wer
ingredients in securing a successful career in music. I
female R&B, that recipe has altered and the process ha
more shallow: the ability to successfully create a photog
image has become almost as vital as being capable of bel
perfect tune.

Some talented performers luck out, in some cases enjoy:
platinum success without "revealing" too much. Jill Sc
Airie, and Leela James stand out as examples, and prove
the enough talent, critical praise, and word-of-mouth
many artists can achieve the level of success that the
without selling out.



But none of this applies to Teedra Moses, whose 2(
album, Complex Simplicity, was named one of the "Goo
We Overlooked" by The Washington Post.

An accomplished songwriter and former stylist to A-list a
as R. Kelly and No Doubt, Moses, along with producer
(Black Eyed Peas, Nivea), created an album that won o
but went unnoticed by the general public, which is p
critical acclaim doesn't guarantee success.

In her own words, she "ain't one to be biddi-biddi boun
because everyone else is. Teedra's plain goal was to writ
songs and be her own person, whatever that may be. Th
she's been loyal to her record label, even after poor sal
most part, to lack of promotion.

"One A&R told me, 'you could be the R&B Lil Kim,'"
still in disbelief. "I'm looking at him like, 'how the hell f

Sly Magazine | Shoes...... The Obsession



songs you listened to that I write, you get that I could be
I like to be sexy, I definitely want men to look at me an(
wanna marry her,' or 'I wanna have sex with her!' I d
They are both compliments to me. I wear little shorts. I
jeans and high heels, but it's not me trying, it's me bein
I'm just not the kind of person that begs for that kind of a

And though Teedra recognizes signing to TVT has been
in some ways because it is independent and smaller than
Jive, Virgin, or Columbia: she can take a more hands-on
with her project. But she is also aware of the label's lacl
placement and inability to promote someone of her calibe
she says she isn't any different than the John Leg
Fantasias of the world. "They think I'm something totally
but the same people that listen to Pitbull listen to me, tl
they don't understand. They try to push listeners into the:
You have to have a target, and they don't know who
market is because I can go so many different places.
person that has a Bossa nova CD could have a Lil Jon.
person that has a Raphael Saadiq album, which is more i
ballad, has Jadakiss. I don't care; just put me so
wherever, whoever grabs me. If you expose people to it,
it."



Moses also blames her inability to carve a niche on today
"good" music. When R&B artists have to sing hooks o
rap songs to be distinguished from the rest, it is e
significant for an R&B artist's name to pop out in the ea
of his/her career and leave a mark. If given an opport
music would speak for itself. Moses penned all of the 14
Complex Simplicity, and they effortlessly evoke every s
sensation in the range of emotions. Covering love t
fabulousness, and play to difficult loss, Complex S
exhibits sultry music tucked behind a voice as emotive
Winbush's and as supple as Prince's (two of her main i
while crooning tell-all lyrics.

One of her biggest success to this day is her original h
Low," the song that put Christina Milian on the map. 1
out of the almost 50 songs Teedra has written since her s
it Low" might just be the most commercial of all.

"My thing is R&B writing sucks," she explains. "R&B
rhythm and blues, it's suppose to hit you here [pounds
Blues music is people talking about what they are going
think of John Legend. If John Legend can put the ... reco
out, how you gonna tell me people won't take to m
Fantasia's album, I like her album because it's someth
pop or whatever, but she did R&B. It's music that people
to Marvin Gaye and Diana Ross listen to. I feel like we sl
little more diverse. Some of these songs, they aren't
doesn't move you here! I want somebody to talk about

Sly Magazine | Shoes...... The Obsession

that I'm dealing with, like, "B-A-B-Y!", that's my anth
my breath?" uh, "I need a hood dude?" It's just too muc
It's good music, but it's not R&B. I can't tell you what
is, but I sure couldn't tell that 'Ordinary People' was on
people get a chance to listen to it. My children are 9 year
they run around here singing that song."

But still, Moses sits tight. She doesn't turn her back on
and "talk crap about them after things don't go right." No
knows exactly what to be thankful for and how to pic
good in every bad situation. She's purchased a new
Altadena, California, and continues to tour and put her
there, one step at a time. She continues to write songs
something, without reaching for hits for the sake of sa
happy," she says, "I'm content, I have a wonderful
straight. I'm good. Everything happens in due time. Eve
their position and I play mine.

◆ Mariel C

**Photography:** Edith Laflamme
**Hair & Makeup:** Desiree Diggs for Epiphany Artist Group

Copyright© 2006 Sly Magazine, LLC., /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession                                     Page 1 of 3



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**CAPITAL WOMAN**
Office Fashion
Career Profile
Building
Money Matters

# LADIES WHO LAUNCH LIVE, NYC



Founders of LWL Victoria Colligan and Beth Schoenfeld

Women with privately held businesses are growing in record numbers. W
numbers growing everyday, there is a need for a forum where women may
discuss issues, lend services to other lady-launchers and there is just an or
bringing these ladies together around the world. Ladies Who Launch (LWL) i
joining women together through frequent profiles sent via email to all memb
organization introducing a specific Ladies Who Launch member and her busine

With a listing of over 10,000 members launching in every field you can imag
brought their networking event, "Ladies Who Launch Live", to New York Cit
October. Lunch was provided and there were plenty of goodies distributed tl
the day from cookies and wine to goodie bags and shoes.

The event "entices the creative female and functions as a motivational and co
platform for women to maximize entrepreneurship as a lifestyle and serves as
help women propel new business and creative projects forward", says Public
representative, Jori Victor, who promoted the event.



With women vendors selling goods and services, speakers sharing stories of su
offering advice and encouragement, the event brought the networking from
conversation to a live bazaar of sharp thinkers and innovative minds. Hu
women came out to gain perspective and motivation from speakers and membe:

Speakers of the day included include Paula Froelich, "Page Six" reporter, :
Catalano and Tina Hedges, Founders of Twist New Brand Venture and VP's of
product, Kathy Freston, Award Winning Author, Pam Liebman, President &
CEO Corcoran Real Estate, Lara Mehanna, Online Marketing Expert, Janelle
Elms, Lead Instructor for EBay University.



Speakers Beth Ann Catalano and Tina Hedges, Founders of Twist New Brand Ventur
and VP's of Jonathan product

One speaker, Stephanie Leffler of Monster Commerce, shared how tl
entrepreneur right out of college would change voices as she "transferred" call
from "departments" of her 3-man business during the seed stage of the com;
stories of struggle uplifted the crowd and gain perspective to some. One memb
"I did the voice thing at the beginning of my online business and felt like such
I can't believe other people do it, too."

There are no doubt the marveling speakers were Tina Hedges and Beth Ann C

Sly Magazine | Shoes...... The Obsession                                    Page 3 of 3

Twist New.Brand.Venture. Hedges & Catalano started a brand incubator com
brings brand concepts to life by managing everything from venture capital f
defining creative development of the product to manufacturing and distribu
company is responsible for launching the highly acclaimed haircare line JOI
Product as featured on Bravo TV's hit reality show, Blow Out. Women lined
end of the event to gain feedback on their business ideas from Hedges and Cat
with hopes for future service from the duo.



Women in real estate, fashion, design, media, internet technology, jew
marketing industries, to name a few, shared struggles, networked and set up ht
to help support each other's company. The energy of the event was inspiration
minded women dispersed at the event's end with a sense of community in their
a renewed spirit.

For information on when LWL will be in your area and for more
information on the organization, visit www.ladieswholaunch.com.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession

Page 1 of 3






Images.com/Corbis

# Money Matters, Get Your M
# Right and Your Money Rich

It's that time of the year again. That ti
Americans get over-excited about our pote
returns, as if this were free money the gove
giving us. Why are we so grateful for money
fact earned during the past calendar year—m
by rights is ours anyway? Especially when—
number of us know all too well—those little
from Uncle Sam never stretch as far
imaginations can reach. In fact, we usually
first quarter of the year planning how to s
returns and, before you know it, that little v
spoken for before the check even arrives in
But don't despair—not yet at least. Best-selli
Eric Tyson (*Mind Over Money: Your Path*
*and Happiness*) has three tips to help you ga
of your spending and keep that percentage of l
annual income, perhaps for that rainy day
always contemplating.

"The key to breaking your overspending is t
aware of how much outside messages influer
Tyson. "Many messages in our society—the |
Joneses—tell you that you must spend, spend
project a successful image. Those who live
debt free and within their means tend to coast
radar. That's too bad. Those are the people v
emulate, not the ones who always have
gadgets, the trendiest wardrobes, and the mo:
out credit cards."

So, before you earmark your tax stash on
Betsy Johnson bag you've been eyeing, take a
to assess your relationship to spending—and t
To help you on your way, here are three
mistakes" Tyson suggests you begin tackling f

*Mental Mistake #1*: Thinking that consumer c
American way—that everyone does it.
The Remedy: Realizing that you don't have
"everyone."

Sly Magazine | Shoes...... The Obsession

No wonder racking up credit card debt seem
to most Americans. Even our governmen
money it doesn't have. But we all know cre
with their astronomical interest rates bleed
prevent us from building a nest egg, and lead
stress and anxiety. Tell yourself, if that's no
rather be abnormal. According to Tyson, "It'
hypothetical question Mom always posed, 'If
else is jumping off the Empire State Buildi
that mean you should do it, too?' First of
everyone lives with debt. But even if they d
herd is headed off the cliff, you'd be a fo
along."

***Mental Mistake #2***: Assuming you have to
shiny new car.
The Remedy: Imagining how good it will fe
shell out that $400 each month. Keep your o
for car. "I may be one of the few people in
who finds it financially unwise to have a mo
payment," says Tyson. "I truly believe tha
should save up enough money to pay cash for
all you can afford is a used car, so be it. Is
drive really so important? Wouldn't that
payment be better spent saving for retirement,
up a college fund for the kids, or even taking a
memorable family vacation?"

***Mental Mistake #3***: Believing that money e
happiness.
The Remedy: Trying on a more modest lifes
year.
Seeing really is believing. If you are working
to death to pay for the large home, the gas
SUV, and the gargantuan TV screen, on so
you probably believe these are necessary in
for happiness. But are you happy living tl
Really? Downsize the spending for a year, say
"I promise that once you try living with an o
efficient car, cooking instead of dining out fi
week, and paying with cash, you'll realize th
just as happy as you were in your free-sper
life, in fact, you'll be happier. Less money an
more time spent at home with your family v
the 'sacrifices' seem inconsequential."

Healthy financial habits begin when you mal
conscientious decisions instead of letting
forces dictate how you're going to live
explains. "If you're spending to impre
neighbors, your coworkers, or your client:

doing it for
the wrong reasons. They won't be the ones wc
they're 80 because you spent all your r
money. You will. Make a big change now. N
when you open those tax forms, you can f
about what you earned and where it wen
hopefully, you'll feel even better about wh
going.

Eric Tyson is a former financial counselor. l
best-selling author of the new book *Mind ove.*
*Your Path to Wealth and Happiness* (CD!
2006).

Copyright© 2006 Sly Magazine, LLC. / Credits / Privacy Policy / Contact Us / About Us



| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**LUXE LIVING**
Life Trend
Night Life
Destination
Fête
The Nook

## *Luxe Life*

### Log Homes



Log homes may initially conjure up images of granny boots and petticoats...

### Sedona



This Valentine's Day, go for a change in your environment and opt out of the chocolates and the dinner...

### Tag Heurer



Tag Heuer gathered New York's chices their glasses in cele women...

### The Nook

#### WABI SABI



If you believe in filling your home with tranquil objects to create a serene environment, "Wabi Sabi", by Diane Durston, should be close at hand. "Wabi Sabi" is a perspective formulated in Japan translated in this miniature book through the knowledge of philosophical icons through the ages. It is a collection of wisdom from a multitude of cultures across a range of time reminding readers of the beauty in simplicity. "Wabi Sabi" is a fulfilling read you may continue to return to for renewed inspiration.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



Shoe Salon   Fashion Notebook   Beauty Box   Tech Couture   Capital Woman   Luxe Living

**LUXE LIVING**
**Life Trend**
**Night Life**
**Destination**
**Fête**
**The Nook**

# Log Homes


Bar with 14 ft-high posts


Kitchen

Log homes may initially conjure up i
granny boots and petticoats. On the co
homes, which are exactly what they s
homes made of individually crafted l
"couture home", are as modern and lu
a Miami Beach condo. So it is no sur
while more and more women are p
homes, the home of choice are log hom

Depending on the scale of the log hor
feature theater rooms and hand-crafte
in the Master Bedroom. One log home
company refers to its modernizing
Lincoln meets Gucci Rustic." Log ho
long shed their Little House on the Pra
flavor and graduated to the ultimate
space rivaling most homes seen on M'
They can be built to maintain the stru
integrity of traditional log homes a:
display the latest trends in technology a
in new home construction. With feature
translucent fireplaces in the master bed
14-ft tall hand-carved wooden beams in
room, women are spoiling themselves
best in home development for lon
months with friends by the fireplace.


Movie Theatre


Living Space

Aside from the luxury aspect of these log homes, the environmental fa
desirable aspect of these meticulously hand-made domiciles. Along with b
with primarily natural products, the wood in luxury log homes have the natu
to insulate the home, thereby eliminating the need for extra heating duri
months which translates to less of a strain on natural resources and lower ener



With the recent real-estate boom, the
of log homes has risen. About 26,000 l
are purchased a year, which has
significantly from 15,000 a year in
1980s. The trend in developing dream l
have come out of a need for an oasis a
the city music but still near enough t
environments easily. These log homes a
manufactured and built in New Yc
Hampshire, Colorado and Pennsylvania
rural areas where expansive land
available but are not too far from major

So when you are looking for your hc
from home think of the Chanel riding
the fireplace with a glass of rose in
pursue your dream log home.

For more information on building a log home contact Scott Rouleau, 860.67
Regine Lahens

Copyright© 2006 Sly Magazine, LLC , /Credits / Privacy Policy / Contact Us / About Us





# Destination Sedona, Arizona



Cathedral Rock

This Valentine's Day, go for a change in your environment and opt out of the chocolates and the dinner. Surprises are overrated so try a new strategy. Let him know that you want to get out of town and plan a trip to Sedona Arizona's Sedona Rouge Hotel & Spa.



Cozy Fire Patio

Set amid the Red Rocks of Sedo- na, this hotel and spa includes "walk-in rain-forest" showers, perfect for two; a fireplace patio for an evening of cuddling; and the Reds Restaurant & Bar where the chefs are European-trained experts. This postcard-perfect destination will make for a memorable Valentine's Day.

Sly Magazine | Shoes...... The Obsession

Romance blossoms in the absence of the ordinary. Go hiking, exploring, sightseeing amongst gorgeous terrains and get to know each other again san television, city crowds, or daily schedules. Spend hours at the luxury spa on the premises which offers pas de deux massage and outdoor showers. Together you can make it the ultimate gift to each other.



Spa Bath Bubbles



Cathedral Rock

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

Sly Magazine | Shoes...... The Obsession



**LUXE LIVING**
**Life Trend**
**Night Life**
**Destination**
**Fête**
**The Nook**



*Tag Heuer*

## BEAUTY & STRENGTH





Dita von Teese performing

In September, Tag Heuer gathered the best of New
chicest to raise their glasses in celebration of the po
photographic exhibit featuring a mosaique of wome
15 different countries. Elegance and style rose into
Waterfront in flowing gowns and studded glam to a
the works of 15 infamous photographers of 15 influ
women of the same country.

Uma Thurman hosted the event while Dita von Tee
photographed by Mary Ellen Mark both representin
United States, put on an unforgettable burlesque
performance. Guests also included actress and rap
and actress Mira Sorvino.

The exhibition will tour the world through the er
at which time the prints will be auctioned. Proc
the auction will be donated to a charity ded
promoting women's full participation in their so
achieving gender equality. Two collectio

Sly Magazine | Shoes...... The Obsession                                    Page 2 of 2



designed to commemorate "beauty" and "str
avant-garde women.

THAILAND: Areeya Chumsai,
Writer and Model, photographed by
Luckana Virunanon



UNITED STATES: Dita von Teese,
Artist, photographed by Mary Ellen
Mark



ARGENTINA: Karina Rabolini, Spouse of Vice Preside
photographed by Andy Cherniavsky

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

**Sly** *shoes ... the obsession*

| Shoe Salon | Fashion Notebook | Beauty Box | Tech Couture | Capital Woman | Luxe Living |

**LUXE LIVING**
**Life Trend**
**Night Life**
**Destination**
**Fête**
**The Nook**

# Moroccan Nights



Travel to the Mediterranean without leaving the city but you must arrive in high style. Loft Restaurant and Lounge is the Upper West Side's hotspot for the chic and sexy. This Moroccan influenced cuisine serves exotic dishes with Asian remnants that truly satisfy the palate. The downstairs lounge with its cocoa vibe plays intimate hostess to guests on Thursday, Friday, and Saturday nights. Cool out and enjoy a martini with the sensationally fashionable who still happen to be in town. If you get a chance, say 'coucou' to the incredibly handsome and distinguished French-speaking manager.







Inside The Loft
Restaraunt and Lounge
505 Columbus Ave
New York, NY 10024

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

| SEARCH BLOG | | FLAG BLOG | Next Blog»                    Create Blog | Sign In

# SLY BLOG

TIDBITS FROM THE FASHION WORLD

SLY MAGAZINE

slymagazine.com

myspace.com/slymagazine_shoes

BLOG ARCHIVE

▼ 2007 (4)

  ▼ February (3)

    De Ja Vu?

    Too Good To Be True??

    Hello, Lover

  ► January (1)

► 2006 (1)

TUESDAY, FEBRUARY 20, 2007

## De Ja Vu?





Left: Madonna modeling one of her designs fro
line for H&M. Right: Project Runway alum Kar
iconic kimono dress.

De ja vu? I immediatel
Kara Janx's kimono d
saw Madonna's design
day. But this is just on
examples. There's a wh
of knocking off in the f
that runs from flat out
subtly influenced-- an
things fall somewhere

Personally, I lean mor
believing that knocking off is bad news and a violation of intellectual proper
Since it goes unpunished, it can remove incentives for creativity. But there a
to every coin. In addition to arguments that knock offs help to eliminate soc
stratification by making trends available to people at all different price rang
argue that fashion is an art that is derivative and for it to advance people ne
ideas from others.

Where do you weigh in?

Image Sources: 1, 2

POSTED BY SLY MAGAZINE AT 7:38 PM   1 COMMENTS

LABELS: KARA JANX, KNOCK OFF, MADONNA

WEDNESDAY, FEBRUARY 14, 2007

## Too Good To Be True??

On a particularly freezing shopping day on Boston's beloved Newbury Stree
end of December, I stopped in Thom Brown, which I'd come to regard as a g

trendy shoe store overshadowed by its neighbor (and my personal love) Jas
Shoes. I stopped in mostly for the promise of a heated space, hoping to rega
in my fingers before embarking on the perilously long trek to my meal spot
Prudential. As it turned out, I had greatly misjudged Thom Brown on my pr

My eyes immediately went to a pair of brown boots. They
had the perfect amount of height, the perfect buckle, the
perfect color. I picked them up and braced myself for a hefty
price tag. Wrong, again. $89. "Um, what?" I furiously
scanned them for defect. Their workmanship must be
shoddy. They would certainly fall apart within days, hours
even. Walking in them must feel like walking on hot coals.
They had to be too good to be true.



The inconceivably low price almost dissuaded me from
purchasing them. In fact, had it not been for my long-time
shopping buddy Laura's insistence that though the price was concerning, th
genuinely good deal, I wouldn't have bought them.

Over a month later, the boots have proven themselves time and time again.
good with skirts. They look good with pants. Everyone compliments me on
frequently with clauses such as, "they must have cost a fortune, huh?" And i
test of durability and comfort, both the boots and my feet survived a night o
Eve barhopping and my subsequent romp through a garden (...don't ask...).

I find it incredibly ironic that I almost didn't buy these boots that are now a
wardrobe because I deemed them too inexpensive, but the reality is that a l
times a low price tag has been a correct indicator of poor quality. Have you
similar experience? Have you come across price tags you've thought had to
be true? And were they?

POSTED BY SLY MAGAZINE AT 9:08 PM   0 COMMENTS

LABELS: BOOTS, THOM BROWN

SATURDAY, FEBRUARY 3, 2007

## Hello, Lover

You know that classic Sex and the City scene where
Carrie runs up to a shop window featuring a
beautiful pair of heels and says, "Hello, lover." In
my opinion, there's a reason that scene is played
and replayed when TBS advertises SatC reruns.
Okay, more like three reasons... 1. Nothing in it
needs to be censored. 2. It very much captures



Carrie's character. And, (my point!) 3. It's utterly relatable. Who hasn't foul
whispering sweet nothings to a particularly gorgeous pair of shoes?

In terms of what's in my closet, I feel that way about my vintage polka dotte
Charles Jourdan pumps. But my current shoe crush is on these Christian Lc
platform knee boots.

What about you? What shoes are you lusting after? And what are your favoi
your closet?

POSTED BY SLY MAGAZINE AT 5:28 PM   0 COMMENTS

LABELS: BOOTS, CHARLES JOURDAN, CHRISTIAN LOUBOUTIN, SEX AND THE CITY,

-----------------------------------------------------------------------

WEDNESDAY, JANUARY 31, 2007

## Fashion Show: Paris Collections 2006

Few of us are lucky enough to experience the Paris
fashion shows firsthand, but not to worry. The
Museum of Fine Arts, Boston, has transported some
of the glitz and glamour of these high fashion shows
to stateside residents with their
exhibition, "Fashion Show: Paris Collections 2006."
The exhibition, which runs through March 19th,
includes looks from top designers such as Viktor &
Rolf, Karl Lagerfeld for Chanel, Christian Lacroix,
Valentino, and John Galliano for Christian Dior.



I visited the exhibition, and I couldn't help but be
disappointed by its short length. This may actually
have been more a reflection of its overall strength as
a show, but it left me wanting much more. Although
the garments themselves were breathtaking, the
most striking and valuable part of the exhibition for
me was the captivating and accessible commentary
on the fashions.



Fashion lovers will also want to check out the Fashion Photography exhibiti
MFA (open through March 25). Substantially less crowded and every bit as
its Paris Collections counterpart, the exhibition presents a look at the beaut
intersection and evolution of photography and fashion over the past 100 yea
keep your eyes peeled for a photograph featuring a then-unknown Uma Thu

More information on both Fashion Show and Fashion Photography can be f
Museum of Fine Arts, Boston, website at www.mfa.org.

POSTED BY SLY MAGAZINE AT 2:38 PM  0 COMMENTS

LABELS: BOSTON, CHANEL, DIOR, MUSEUM, VALENTINO

WEDNESDAY, DECEMBER 20, 2006

## The Prettiest Face in Hollywood

As I sat at a show in NY this past September, I overheard a fashion writer sa
editor, "I think Nicole Mitchell (Eddie Murphy's ex-wife) is waaay prettier t
Berry". I was outraged. As mediocre as I believe Halle Berry's acting is, desp
I think she is one of the prettiest faces if not THE prettiest face in Hollywoo
I'm trying to place Nicole Mitchell as a celebrity, far from it. But it got me th
the prettiest faces in Hollywood are. Who gives Halle competition? Catherin
Jones—you cannot deny her soft brown eyes under all of her dark features..
Charlize Theron—come on, everything is just in the right place and proporti
pretty; Natalie Portman—anyone who chops their hair off and is even more
well, I hated her for just a split second; and, the last of my top 5, Lucy Liu—
know who has freckles and is fierce at the same time?

The men are a tougher bargain but I settled on 5. I hate to choose the obvio
time I see him in a movie, Ocean's 12, Mr. and Mrs. Smith, I can't resist the
thought "Brad Pitt is one good looking fella"; Ashton Kutcher—isn't he the r
Warren Beaty?; Pierce Brosnan—he has officially replaced Sean Connery; K
there is a reason why they like to team up Keanu and Charlize; and Jude La
the chin is always a winner.

Who ranks in YOUR top 5?

POSTED BY SLY MAGAZINE AT 5:47 AM  4 COMMENTS

LABELS: BEAUTIFUL, BRAD PITT, CELEBRITIES, PRETTY, RANK, TOP

Subscribe to: Posts (Atom)

Sly Magazine | Shoes...... The Obsession





Courtesy of Apple

## Apple Has Done It Again!

We've all done it a zillion times. You are shuffling through bag in search for your mp3 player on the subway platform other hand desperately clutches your bag and your cell pho think, 'when will the communication innovators release a features all our favorite gadgets in one'. Well wait no innovators at Apple have done it again with the new iPhone.

It is time to trade in your smart phone for the new iPhone. It smart phone, an iPod, and internet access (with desktop class in one. With a design as sleek as the iPod, an LCD screen wide, and an interface that mimics the Mac menu interface, is the new "it" toy you will need to bear.

It includes a large multi-touch display, a QWERTY soft k easily send and receive messages in multiple sessions, and of your contacts from your PC, Mac, or internet service to y But our favorite feature is, by far, the visual voicemail capab

If you abhor receiving voice messages and being glued to phone as you listen to every mundane message, this feature have you paying $200 to get out of your current provider's co switching to Cingular*. You can view a listing of your voic select which messages to listen to immediately while skip messages ... something we did not even realize we need Apple!

*Cingular is the exclusive carrier of the iphone .

*For more details on all that the iPhone has to offer, visit www.apple.com

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us

![Sly — shoes ... the obsession]

Shoe Salon    Fashion Notebook    Beauty Box    Tech Couture    Capital Woman    Luxe Living

# Reservation For One



© Ronnie Kaufman/Blend Images/Corbis

St. Valentine's Day is creeping up yet again and you
not decided how you will spend the day. If there is no
currently in your life and Mr. Right Now is definite
attractive option, consider celebrating Valentine's I
this year. Spending V-Day alone certainly is uncon
this time of year we are barraged with images of ado
bearing flowers, diamonds, lingerie, and chocolates
that all too easily succeed in their mission: commandin
us not to spend Valentine's Day alone if we can help
not think of yourself as second best if you do not have
someone. Make the choice to spend this day with
deserving person imaginable—you. Because really, w
better than you do what a perfect day requires! To
along Sly put together some suggestions to n
Valentine's Day one of your most memorable, even
have that adorable flower-wielding guy with whom
your day. A note of warning, however: you may not w
all of these at once, unless your bank account can ha
much love in one day! And you absolutely will not w
all of these at home!

**Take It Off**
You have managed to juggle work, a personal life
abundant social life. Your reward for all of this is to
day off. Turn off that alarm clock and sleep in late. Th
day.

**Go Take a Hike**
Go for a walk, pick up flowers for your home, or go
that flick you have been dying to see.

**Buy, Buy Birdie**
Go shopping at your favorite boutique or department
that little treasure you have had your eye on. Go a
splurge on those awfully expensive shoes or that
studded ring you've been admiring for weeks. Who b
you just what you wanted!

**Spread the Love**


© Tim Pannell/Corbis


© Brooke Fasani/Corbis

Send a bouquet of flowers or a box of chocolates to yo
friend or to someone whom you know is also opting
Valentine's Day pampering their self. Attach a cle
Doing something nice for someone else will also
riding that high.

### Flower Power

If you must go to work, order yourself a bouque
favorite flowers to be delivered to you at the offic
before Valentine's Day. Doing something nice for
should not be considered desperate. And, who kno
might just receive another bouquet from someone e
girl!

### Lunch Special

Tell your lunch buddies you will take a rain chec
indulge yourself by getting a manicure, pedicure,
massage, or a European facial.

### Room Service

Decide to pick up or have your favorite take out food
Go home and curl up on the couch with your favorite
good book.

### Slip Into Something More Comfortable

The best part of your day will be how you end it. Or
run yourself a bubble bath. Be sure to light aromatic
Submerge yourself into the warmth of the water and s
of your favorite wine. Relax in silence or to the tune
favorite CD. Slip on your favorite pair of pajama
lingerie you have been saving for a special occasion
sexy does not require a partner—just the right state of
some silky PJs never hurt!).

For those of you who scoff at Valentine's Day (after al
just a Hallmark holiday propped up to get us through
wintry spell between New Year's and springtime?),
banning the humbug this year and give in to your le:
nature. Whatever your inclination, make the day your
we guarantee you will not regret it.

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us



# The Panty Exchange

I received a letter in the mail one day and anxiously opened it, reveling in the excitement of receiving s
that was not a bill or junk mail. (The handwritten address on the envelope tipped me off.) One of those s
in life for me is receiving personal letters in the mail. It's a practice that has become quite archaic and, a
charming and double the pleasure.

The letter was from my friend, Chloe, inviting me to join The Panty Exchange. Participating in the ex
can receive 36 free panties. Slightly intrigued, I read on to find out how the exchange worked. I had t
sending one panty (new, of course; you'd be surprised how many people asked me that) to a person wh
and address appeared at the bottom of the letter. I said to myself, I'm sending a perfect stranger a p
always been a team player, so I said, "Okay ... I'm going to send the cutest pair!" Everything is a co
with me. I would stay away from the obvious places to purchase a pair and look for decorative, girly br
brief kind of gal.

That's it! The fun part was the hard part. Next, I readdressed the same letter to 6 of my most playfi
removing the name and address of the person who had sent the letter to me and adding my own. Now r
would need to send one panty each to Chloe, make six copies of the letter, and send them to 6 of the
All I had to do was sit back and collect my panties as they arrived in the mail.

So, how do you receive 36 new panties? It's really simple arithmetic: you will be receiving panties
friends of each person to whom you sent the letter. Six times six is 36. Gosh, I wish there was a bra exc

Toodles!
Brooke Noble

*Interested in starting a panty exchange with your friends? Email us at pantyexchange@slymagazine.com for a copy of the le*

Copyright© 2006 Sly Magazine, LLC . /Credits / Privacy Policy / Contact Us / About Us