UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
SLY MAGAZINE, LLC,

       Plaintiff,

                                                Civil Action No.: 07 CV 6265 (DAB)

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

       Defendants.
--------------------------------------------------X

I respectfully submit an appearance in this case as additional counsel for the Plaintiff.

Dated: New York, New York
       October 10, 2007

                                          By: _____
                                                John P. Bostany (JB 1986)
                                                THE BOSTANY LAW FIRM
                                                Attorneys for Plaintiff
                                                40 Wall Street, 61st floor
                                                New York, New York 10005