Susan J. Kohlmann (SK1855)
Elizabeth Valentina (EV4345)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
(212) 891-1600
(212) 891-1699 (facsimile)
*Attorneys for Defendants, Curtis Circulation Company, Hudson News Company, Wal-Mart Stores, Inc., Chas Levy Circulating Co., LLC, Anderson News LLC, Magazine Distributors, Incorporated, The News Group, Inc. and Gopher News Company.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLY MAGAZINE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>CURTIS CIRCULATION COMPANY, et al.,<br><br>   *Defendants.* | Civ. No. 07-06265 (DAB) |

### DECLARATION OF SUSAN J. KOHLMANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Susan J. Kohlmann, hereby declare as follows:

1. I am a member of the Bar of this Court and a partner at Jenner & Block LLP. I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety.

2. I viewed the webpage at www.slymagazine.com on September 10 and October 11, 2007 and attach hereto as Exhibit A, a printout of the page on October 11, 2007 that also appeared on September 10, 2007.

3. For the Court's convenience, I attach true and correct copies of the following documents referenced in Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety as SJK2 Ex. __:

Ex. B: Exhibit 7 to the declaration of Adrienne Raps dated August 8, 2007 filed in *Sly Magazine. LLC v. Weider Publications, L.L.C. and American Media*, 05 Civ. 3940 (S.D.N.Y.) (hereinafter "*Weider*");

Ex. C: Exhibit 20 to the declaration of Adrienne Raps dated August 8, 2007 filed in *Weider*.

Ex. D: Exhibit 32 to the declaration of Andrew Sweeney dated August 8, 2007 filed in *Weider*.

Dated: October 15, 2007           By: __/s Susan J. Kohlmann__
                                        Susan J. Kohlmann