# Exhibit C



S1309

"A new addition to some of the things from which you simply cannot part—the Apple laptop, Marc Jacobs handbag, Gucci shoes—is the Jimmyjane vibrator..."

To view the complete story and for more on shoes, accessories and gadgets visit www.slymagazine.com.

photo: Anna Thiessen

S1310