# Exhibit D, Part 1

| Date: | Tue, 23 Nov 2004 12:47:21 -0800 [11/23/2004 12:47:21 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,Email2,Address1,Address2,City,State,Zip,Notify Mag,How Did
You Hear

Viviana,Jimenez,kittykatviv@hotmail.com,kittykatviv@hotmail.com,10656 Victory Blvd.
,#210,North Hollywood,Ca ,'91606,y,On a Magazine commenting on Sylvester Stallone


Subs:

Notify Web:

S - 00758

| Date: | Wed, 24 Nov 2004 22:02:48 -0800 [11/24/2004 10:02:48 PM PDT] |
| --- | --- |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,Email2,Address1,Address2,City,State,Zip,Notify Mag,How Did
You Hear

Rodney,Fulmer,thewellnessfactoyr@charter.net,thewellnessfactory@charter.net,3413
kettering lane,,Birmingham,AL,'35243,y,Stallonezone.com

Subs:

Notify Web:

S - 00778

Mail :: Search Results: Subscriber Info                                    Page 1 of 1

| Date: | Thu, 23 Dec 2004 02:28:07 -0800 [12/23/2004 02:28:07 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Kevin,Blommer,kevin7of9@yahoo.com,,3705 Arctic Blvd PMB 1688,,Anchorage,AK,'99503-
5774,,sylvesterstallone.com found with google.com

S - 00759

*Subscription Inquiries*

**Christine Ramirez**

| | |
|---|---|
| From: | SLY Magazine [slymagazine@slymagazine.com] |
| Sent: | Friday, January 14, 2005 11:18 AM |
| To: | acharles@slymagazine.com |
| Subject: | Fwd: Subscriber Info |

```
----- Forwarded message from WEBFORM@slymagazine.com -----
     Date: Mon, 06 Dec 2004 13:55:06 -0800
     From: WEBFORM@slymagazine.com
 Reply-To: WEBFORM@slymagazine.com
  Subject: Subscriber Info
       To: subscriptions@slymagazine.com
```

First Name,Last Name,Email,Email2,Address1,Address2,City,State,Zip,Notify
Mag,How Did You Hear

Brenda,Richardson,brichardson@mds-newyork.com,brichardson@mds-newyork.com,307 W 36th
Street, 8th Floor,,New York,NY,'10018,y,Web Surfing for Sly (Sylvester Stallone's new
magazine)


Subs:

Notify Web:



```
----- End forwarded message -----
```

1

S - 00678

Christine Ramirez

| From: | SLY Magazine [slymagazine@slymagazine.com] |
|-------|--------------------------------------------|
| Sent: | Friday, January 14, 2005 11:18 AM |
| To: | acharles@slymagazine.com |
| Subject: | Fwd: Subscriber Info |

```
----- Forwarded message from WEBFORM@slymagazine.com -----
    Date: Tue, 23 Nov 2004 12:47:21 -0800
    From: WEBFORM@slymagazine.com
Reply-To: WEBFORM@slymagazine.com
 Subject: Subscriber Info
      To: subscriptions@slymagazine.com


First Name,Last Name,Email,Email2,Address1,Address2,City,State,Zip,Notify
Mag,How Did You Hear

Viviana,Jimenez,kittykatviv@hotmail.com,kittykatviv@hotmail.com,10656 Victory Blvd. ,#
210,North Hollywood,Ca ,'91606,y,On a Magazine commenting on Sylvester Stallone


Subs:

Notify Web:



----- End forwarded message -----
```

1

S - 00679

**Christine Ramirez**

| | |
|---|---|
| From: | SLY Magazine [slymagazine@slymagazine.com] |
| Sent: | Friday, January 14, 2005 11:19 AM |
| To: | acharles@slymagazine.com |
| Subject: | Fwd: Subscriber info |

```
----- Forwarded message from WEBFORM@slymagazine.com -----
    Date: Thu, 23 Dec 2004 02:28:07 -0800
    From: WEBFORM@slymagazine.com
Reply-To: WEBFORM@slymagazine.com
 Subject: Subscriber Info
      To: subscriptions@slymagazine.com


First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Kevin,Blommer,kevin7of9@yahoo.com,,3705 Arctic Blvd PMB
1688,,Anchorage,AK,'99503-5774,,sylvesterstallone.com found with google.com


----- End forwarded message -----
```

1

S - 00680

Christine Ramirez

**From:** SLY Magazine [slymagazine@slymagazine.com]
**Sent:** Friday, January 14, 2005 11:18 AM
**To:** acharles@slymagazine.com
**Subject:** Fwd: Subscriber Info

```
----- Forwarded message from WEBFORM@slymagazine.com -----
    Date: Wed, 24 Nov 2004 22:02:46 -0800
    From: WEBFORM@slymagazine.com
Reply-To: WEBFORM@slymagazine.com
 Subject: Subscriber Info
      To: subscriptions@slymagazine.com


First Name,Last Name,Email,Email2,Address1,Address2,City,State,Zip,Notify
Mag,How Did You Hear

Rodney,Fulmer,thewellnessfactoyr@charter.net,thewellnessfactory@charter.net,3413
kettering lane,,Birmingham,AL,'35243,y,Stallonezone.com


Subs:

Notify Web:




----- End forwarded message -----
```

1

S - 00681

Mail :: INBOX: Subscription Information                                   Page 1 of 1

Date: Wed, 9 Feb 2005 14:50:41 +0000
From: Trevor O'Sullivan <trevor.journalist@gmail.com>
To: info@slymagazine.com
Subject: Subscription Information

Hi,

I am a massive Stallone fan and was wondering how I could subscribe to
the magazine - I live in London, England

Will it be on sale here ?

Thanks in advance

Trevor O Sullivan

S - 00651

Mail :: Search Results: Subscriber Info                                    Page 1 of 1

| Date: | Wed, 09 Feb 2005 06:52:25 -0800 [02/09/2005 06:52:25 AM PDT] |
|-------|--------------------------------------------------------------|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Trevor,O Sullivan,trevor.journalist@gmail.com,,55A Victoria
Road,,London,Harringey,'N4 3SN,,www.stallonezone.com

S - 00766

Mail :: Search Results: Subscriber Info                                    Page 1 of 1

| Date: | Mon, 14 Feb 2005 17:21:00 -0800 (02/14/2005 05:21:00 PM PDT) |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Chad,Trower,rocky6_2006@hotmail.com,,1515 Southwest Blvd.,Apt.#19
1,Tulsa,OK.,'74107,,On stallonezone.com

S - 00767

Mail :: Search Results: Subscriber Info                                      Page 1 of 1

| Date: | Tue, 15 Feb 2005 09:19:00 -0800 [02/15/2005 09:19:00 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Heather,Paterson,hlpat@hotmail.com,,14443 W 17th St,,Sand Springs,OK,'74063,,My
brother - a Stallone fan
```

S - 00768

| Date: | Thu, 17 Feb 2005 07:43:53 -0800 [02/17/2005 07:43:53 AM PDT] |
|---|---|
| From: | info@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Cc: | acharles@slymagazine.com, jgerdes@slymagazine.com |
| Subject: | Fwd: cancel subscription |

```
----- Forwarded message from Sly Ismail <slyexpos@hotmail.com> -----
    Date: Tue, 15 Feb 2005 05:06:49 -0500
    From: Sly Ismail <slyexpos@hotmail.com>
Reply-To: Sly Ismail <slyexpos@hotmail.com>
 Subject: cancel subscription
      To: info@slymagazine.com

Hi,

I recently sent a subscription online for the magazine, thinking it was
Sylvester Stallone's new magazine "SLY".  Please cancel my subscription as I am
not interested in a shoe magazine.  Sorry for the trouble and thank you for your
understanding.  My e-mail on the subscription is slyexpos@hotmail.com and te
address is "4000 Des Sources, appt 303".

sly Ismail


----- End forwarded message -----
```

S - 00760

Mail :: Search Results: Subscriber Info                                    Page 1 of 1

| Date: | Thu, 17 Feb 2005 18:32:32 -0800 [02/17/2005 06:32:32 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Judith,Marvel,marvelus@razzolink.com,,22616 Black Mountain
Rd.,,Salinas,Ca.,'93908,,Saw Sylvester Stalone on The Dennis Miller Show.

S - 00761

Mail :: Search Results: Subscriber Info

| Date: | Sat, 19 Feb 2005 22:44:41 -0800 [02/19/2005 10:44:41 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

JULIO CESAR,LOPEZ,SLYTHEMASTER@YAHOO.COM.AR,,ALSINA 71 PISO 1° DTO. H SAN
ISIDRO,CASTELLI 882 MARTINEZ,BUENOS AIRES - ARGENTINA,ARGENTINA,'1642,,WELL, I READ
IT IN STALLONEZONE.COM ....SYLVESTERSTALLONE.COM..ANDIN OTHERS NEWS SITES

S - 00762

Mail :: Search Results: Subscriber Info                                        Page 1 of 1

| Date: | Sat, 19 Feb 2005 10:06:04 -0800 (02/19/2005 10:06:04 AM PDT) |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

James,Zier,Eatpossum@aol.com,,1040 E. 10th Ave.,#306,Broomfield,CO,'80020,,Stallone's
interview on local radio talk show.

S - 00769

Subscription

Page 1 of 1

| | |
|---|---|
| From | RPR1103@aol.com |
| Subject | Subscription |
| Date | Sun, February 20, 2005 8:10 pm |
| To | acharles@slymagazine.com |

Hello!

One week ago I entered a subscription (online) for my husband for a Valentine's Day gift.

Can you let me know when he may receive his first copy and when I will be billed?

Thank you very much.

Sincerely,

Pamela & Randy Roscoe
2780 Timberline Drive
Cortland, OH

Download this as a file

S - 00656

Mail :: Search Results: Subscriber Info

| Date: | Thu, 24 Feb 2005 08:17:43 -0800 [02/24/2005 08:17:43 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Tony,Golczak,Tonyg23@aol.com,,8521 S.
Kolmar,,Chicago ,IL,'60652,,http://www.stallonezone.com/

S - 00770

Mail :: Search Results: Subscriber Info                     Page 1 of 1

| Date: | Thu, 24 Feb 2005 21:34:31 -0800 (02/24/2005 09:34:31 PM PDT) |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Scott,Shipley,metawight@midwest.net,,115 Wilcox Avenue,,Zeigler,IL,'62999,,Stallone
Interview on The Dennis Miller Show on CNBC.

S - 00771

Mail :: Search Results: Subscriber Info

Page 1 of 1

| Date: | Sat, 05 Mar 2005 14:31:45 -0800 [03/05/2005 02:31:45 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

James,Collins,Collenzo1111@aol.com,,PO Box 9276,,Trenton,NJ,'08650-1276,,Stallone was on TV

S - 00772

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Sat, 05 Mar 2005 12:40:43 -0800 [03/05/2005 12:40:43 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

GUERON,COWAN,GCOWAN301@YAHOO.COM,,PO BOX 119 ,,CORBIN,VA,'22446,,BOUGHT AT AIRPORT

S - 00779

Mail :: Search Results: Subscriber Info

Page 1 of 1

| Date: | Sat, 05 Mar 2005 20:20:38 -0800 [03/05/2005 08:20:38 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Daniel,Healing ,championstud9@charter.net,,74 Ora Street,,Boaz,AL,'35957,,E!True
Hollywood Story: Sylvester Stallone

S - 00763

Mail :: INBOX: Fwd: cancel subscription                                    Page 1 of 1

INBOX  Compose  Folders  Options  Search  Help  Address Book  Logout          Open Folder  INBOX

## INBOX: Fwd: cancel subscription (3 of 748)    Move | Copy  This message to

Delete | Reply | Reply to All | Forward | Redirect | Blacklist | Message Source | Save as | Print          Back to INBOX

**Date:** Wed, 16 Mar 2005 08:37:39 -0800
**From:** info@slymagazine.com
**To:** ddanquah@slymagazine.com
**Subject:** Fwd: cancel subscription

```
----- Forwarded message from Sly Ismail <slyexpos@hotmail.com> -----
      Date: Tue, 15 Feb 2005 05:06:49 -0500
      From: Sly Ismail <slyexpos@hotmail.com>
  Reply-To: Sly Ismail <slyexpos@hotmail.com>
   Subject: cancel subscription
        To: info@slymagazine.com
```

Hi,

I recently sent a subscription online for the magazine, thinking it was
Sylvester Stallone's new magazine "SLY". Please cancel my subscription as I am
not interested in a shoe magazine. Sorry for the trouble and thank you for your
understanding. My e-mail on the subscription is slyexpos@hotmail.com and te
address is "4000 Des Sources, appt 303".

sly Ismail

```
----- End forwarded message -----
```

Delete | Reply | Reply to All | Forward | Redirect | Blacklist | Message Source | Save as | Print          Back to INBOX
                                                                        Move | Copy  This message to

S - 00666

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Sun, 06 Mar 2005 09:59:08 -0800 [03/06/2005 09:59:08 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Dale,Edwards,wdale@charter.net,,PO Box 397,,Fairview,NC,'28730,,A & E Biography on
Sly

S - 00780

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Mon, 07 Mar 2005 04:43:54 -0800 [03/07/2005 04:43:54 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Sarit,Tinari,iguana@mit.edu,,15 West 53rd Street #30D,,New York,NY,'10019,,side of a
bus

S - 00781

Mail :: Inbox: Subscriber Info                                        Page 1 of 1

| Date: | Mon, 07 Mar 2005 06:26:55 -0800 [03/07/2005 06:26:55 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Dominic,Palazzolo,debpalazzolo@sbcglobal.net,,16004
Ego,,Eastpointe,Michigan,'48021,,I bought Premiere issue.
```

S - 00782