# Exhibit D, Part 2

Mail :: Inbox: Subscriber Info                                          Page 1 of 1

| Date: | Mon, 07 Mar 2005 08:08:50 -0800 [03/07/2005 08:08:50 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

Benjamin,Sparano,bsparano@yahoo.com,,378 Banta Ave.,,Garfield,NJ,'07026,,Tony Danza Show

S - 00784

Mail :: Inbox: Subscriber Info

| | |
|---|---|
| Date: | Tue, 08 Mar 2005 09:38:29 -0800 [03/08/2005 09:38:29 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

tim,porter,tdporter@frontiernet.net,,601 lexington st.,,otho,IA,'50569,,Seen on the Tony Danza show.

S - 00785

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Tue, 08 Mar 2005 12:21:51 -0800 [03/08/2005 12:21:51 PM PDT] |
|-------|------------------------------------------------------------|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Fernando,Tagle,Fernando.Tagle@valero.com,,3905 Dunstain,,Corpus
Christi,TX,'78410,,television

S - 00786

Mail :: Inbox: Subscriber Info

| Date: | Tue, 08 Mar 2005 16:51:13 -0800 (03/08/2005 04:51:13 PM PDT) |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

William,Louis,blouis1024@hotmail.com,,25 River Rd. A16,,Nutley,NJ,'07110,,The Tony
Danza show
```

S - 00787

Mail :: Inbox: Subscriber Info                                             Page 1 of 1

| Date: | Tue, 08 Mar 2005 21:40:31 -0800 [03/08/2005 09:40:31 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Phil,McDonnell,email.pmd@gmail.com,,42 Brassie Lane,,Coto De Caza,CA,'92679,,my
bitch, Dennis Miller

S - 00788

Mail :: Inbox: Subscriber Info

| Date: | Wed, 09 Mar 2005 08:21:19 -0800 [03/09/2005 08:21:19 AM PDT] |
|-------|---------------------------------------------------------------|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

nhan,cao,nhantcao@yahoo.com,,93 Oak Street,,Deer Park,NY,'11729,,from Sly himself on
NBC

S - 00789

Mail :: Inbox: Subscriber Info                                                    Page 1 of 1

| Date: | Wed, 09 Mar 2005 16:33:55 -0800 [03/09/2005 04:33:55 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Lori,Perrigo,perrigo@hotmail.com,,15712 NE 96th Way,,Redmond ,Wa,'98052,,Talk show w/
Stalone

S - 00790

Mail :: Inbox: Subscriber Info                                   Page 1 of 1

| Date: | Thu, 10 Mar 2005 05:59:13 -0800 (03/10/2005 05:59:13 AM PDT) |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Alix ,Fortune,ambitious360@yahoo.com,,127 Bear Cave
Trail ,,Wodddstock ,Ga ,'30189,,Magazine  Store ( barnes and Noble
```

S - 00791

Mail :: Inbox: Subscriber Info

| Date: | Thu, 10 Mar 2005 08:30:56 -0800 [03/10/2005 08:30:56 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

Mark,Battiato,vjab1@aol.com,,4336 Murray Hill Terrace,,Medford,Oregon,'97504,,Sly on the radio

S - 00792

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Thu, 10 Mar 2005 11:00:43 -0800 [03/10/2005 11:00:43 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jerry,Gladstone,jerrygara@hotmail.com,,15941 D'alene drive,,Delray
beach ,Florida,'33446,,tv

S - 00793

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Thu, 10 Mar 2005 18:00:20 -0800 [03/10/2005 06:00:20 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Dan,Longo,mtlcrew@aol.com,,85 Cummings Ave,,Revere,Ma,'02151,,tv   sly was on the
Best Damn Sports Show
```

S - 00794

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Thu, 10 Mar 2005 18:38:24 -0800 [03/10/2005 06:38:24 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Lance,LaRock,shittymail@charter.net,,387 Adams St,,Gwinn,Michigan,'49841,,Friends
bought the first issue

S - 00795

Mail :: Inbox: Subscriber Info

| Date: | Thu, 10 Mar 2005 21:23:00 -0800 [03/10/2005 09:23:00 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

David,Matott,d_matott@comcast.net,,21 Montica
Drive,,Pueblo,Colo.,'81005,,radio,tv,ect.

S - 00796

Mail :: Search Results: Subscriber Info

| Date: | Sun, 13 Mar 2005 10:19:38 -0800 [03/13/2005 10:19:38 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Brian,Ward,bkw1324@yahoo.com,,499 Northside Circle,#118,Atlanta,Georgia,'30309,,I saw
television program and mr stallone talked about the magazine

S - 00773

| | |
|---|---|
| Date: | Mon, 14 Mar 2005 10:09:52 -0800 [03/14/2005 10:09:52 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Tony,Polcaro,tonypolcaro@sbcglobal.net,,14 Brook
Street,,Waterford,CT,'06385,,Stallone website

S - 00774

Mail :: Search Results: Subscriber Info                                    Page 1 of 1

| Date: | Sun, 03 Apr 2005 14:10:37 -0700 [04/03/2005 02:10:37 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Bradley,Myers,Hedokid0781@aol.com,,518 Lee Place,,Frederick,Maryland,'21702,,Big
Stallone fan, saw it at the Airport (BWI).

S - 00775

Mail :: Search Results: Subscriber Info

| Date: | Fri, 08 Apr 2005 23:54:31 -0700 [04/08/2005 11:54:31 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Suzanne,Berg,sberg21@sbcglobal.net,,14700 Marsh Lane, Apt.#
127,,Addison,Texas,'75001,,Saw it on a newstand and bought it and enjoyed reading it
and found it inspirational.  I like Sylvester Stallone even more now as a person.
Thank you.

S - 00764

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Sun, 10 Apr 2005 16:20:05 -0700 [04/10/2005 04:20:05 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name, Last Name, Email, WasEmail2, Address1, Address2, City, State, Zip, WasNotify Mag, How Did You Hear

Derek, Falk, Falker@comcast.net,, 5262 N. Valentine Ave. Apt. 102,, Fresno, CA, '93711,, I saw a issue at the store and was interested in it.

S - 00824

Mail :: Inbox: Subscriber Info

| Date: | Sun, 10 Apr 2005 10:24:13 -0700 [04/10/2005 10:24:13 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name, Last Name, Email, WasEmail2, Address1, Address2, City, State, Zip, WasNotify
Mag, How Did You Hear

ivor, ip, i4@hotmail.com, ,138 baxter st. 2, ,new york, ny, '10013, ,promotion

S - 00823

Mail :: Inbox: Subscriber Info

| | |
|---|---|
| Date: | Tue, 12 Apr 2005 14:28:15 -0700 [04/12/2005 02:28:15 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Maq,How Did You Hear

Matthew,Serlovsky,gmatthew@gmail.com,,14020 Sheri Lane,,Orland
Park,IL,'60462,,Television

S - 00825

Mail :: Inbox: Subscriber Info

| | |
|---|---|
| **Date:** | Wed, 13 Apr 2005 09:39:23 -0700 [04/13/2005 09:39:23 AM PDT] |
| **From:** | WEBFORM@slymagazine.com |
| **To:** | subscriptions@slymagazine.com |
| **Subject:** | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Glenn,Ferrara,gtf5051tustin-paradise@yahoo.com,,18212 Lillian
Way,,Tustin,CA,'92780,,Dennis Miller Show interview

S - 00822

Mail :: Inbox: Subscriber Info

| Date: | Wed, 13 Apr 2005 12:59:44 -0700 [04/13/2005 12:59:44 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Lisa,Smith,tweeter3850@yahoo.com,,2199 W. Renaissance Ave,,Apache
Junction,AZ,'85220,,From watching the contender I saw a commercial for the magazine

S - 00821

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Thu, 14 Apr 2005 14:03:34 -0700 [04/14/2005 02:03:34 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag.How Did You Hear

Kurt,Wintle,hondakid823@qol.com,,6170 SW 2nd street,,Margate,Fl,'33068,,On Jay
Leno!!!

S - 00820

Mail :: Inbox: Subscriber Info

| | |
|---|---|
| Date: | Fri, 15 Apr 2005 19:50:33 -0700 [04/15/2005 07:50:33 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

andrew ,piazza,ajp0312@juno.com,,1808 south sartain
street,,philadelphia,pa,'19148,,on a tv show about sly

S - 00819

Mail :: Inbox: Subscriber Info

| Date: | Sat, 16 Apr 2005 20:56:13 -0700 [04/16/2005 08:56:13 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Anthony,Sarti,ajsarti@yahoo.com,,5525 Lyman Avenue,,Downers
Grove,Illinois,'60516,,News Stand

S - 00818

Mail :: Inbox: Subscriber Info

| Date: | Mon, 18 Apr 2005 00:04:01 -0700 [04/18/2005 12:04:01 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jason,Crow,jasonacrow@yahoo.com,,1117 Myrtle Drive,,Sunnyvale,CA,'94086,,Saw it on
the rack at Borders

S - 00817