# Exhibit D, Part 3

Mail :: Inbox: Subscriber Info

| Date: | Mon, 18 Apr 2005 21:55:35 -0700 [04/18/2005 09:55:35 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Shawn,Dale,sx1865@yahoo.com,,4263 W Broadway # C,,Hawthorne,CA,'90250,,Jimmy Kimmel
show

S - 00816

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Tue, 19 Apr 2005 06:00:06 -0700 [04/19/2005 06:00:06 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Tim ,Moxley,timmox07@yahoo.com,,9116 Kings Canyon Dr.,,Charlotte,NC,'28210,,InStone

S - 00815

Mail :: Inbox: Subscriber Info

Page 1 of 1

| | |
|---|---|
| Date: | Tue, 19 Apr 2005 06:00:06 -0700 [04/19/2005 06:00:06 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Tim ,Moxley,timmox07@yahoo.com,,9116 Kings Canyon Dr.,,Charlotte,NC,'28210,,InStone
```

S - 00814

Mail :: Inbox: Subscriber Info

| Date: | Tue, 19 Apr 2005 16:37:09 -0700 (04/19/2005 04:37:08 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Robert ,Connors,mc@midamericaoutdoor.com,,3 Sugar Bend
Ct,,Edwardsville,IL,'62035,,E  True Hollywood Story

S - 00813

Mail :: Inbox: Subscriber Info

| Date: | Wed, 20 Apr 2005 22:52:23 -0700 [04/20/2005 10:52:23 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

Joshua,Montagnino,jmontenyc@hotmail.com,,151 Wallace Av,3 FL,Mt. Vernon,NY,'10552,,TV

S - 00812

| Date: | Sun, 24 Apr 2005 18:44:01 -0700 [04/24/2005 06:44:01 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Mark,Ollig,markmollig@aol.com,,415 9th St NE,Apt 5,Buffalo,MN,'55313,,Slys website! I
have been a fan and a follower of Mr. Stallone since I first saw Rocky and was
inspired and went out and got to the top of the mountain. I am now a bit older, and I
want to go back, back to that mountain top one more time.

S - 00776

Mail :: Inbox: Subscriber Info

| Date: | Mon, 25 Apr 2005 17:30:45 -0700 (04/25/2005 05:30:45 PM PDT) |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

JOHN,ZIZZO,zizlimo@aol.com,,7061 Coppper Creek Circle,,Canton,MI,'48187,,Jay Leno

S - 00811

Mail :: Search Results: Subscriber Info                                          Page 1 of 1

| Date: | Tue, 26 Apr 2005 10:03:48 -0700 [04/26/2005 10:03:48 AM PDT] |
|-------|---------------------------------------------------------------|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Carter,Coss,cartertrmph@aol.com,,3943 South Creek Drive,,Rochester,Michigan ,'48306-
4729,,Saw Special with Sly Stallone

S - 00777

Mail :: Inbox: Subscriber Info                                          Page 1 of 1

| Date: | Wed, 27 Apr 2005 12:42:09 -0700 [04/27/2005 12:42:09 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

john,strathern,jstrathern@ideabytes.com,,4065 silsby rd,,University
Heights,ohio,'44118,,tv

S - 00810

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Wed, 27 Apr 2005 10:26:25 -0700 [04/27/2005 10:26:25 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Chad,Carico,c_carico36@yahoo.com,,P.O. Box 1252,,King,NC,'27021,,Saw issue in Target.
```

S - 00809

Mail :: Inbox: Subscriber Info                                          Page 1 of 1

| Date: | Thu, 28 Apr 2005 08:43:02 -0700 [04/28/2005 08:43:02 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Richard ,Mertz,makengz@hotmail.com,,11449 Iverson Rd,,Chatsworth,CA,'91311,,Fan

S - 00808

Mail :: Inbox: Subscriber Info                                          Page 1 of 1

| Date: | Thu, 28 Apr 2005 19:40:46 -0700 [04/28/2005 07:40:46 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jason,Miller,boldstep@yahoo.com,,117 Yorktown Street,Unit 3,Somerville,MA,'02144,,ads

S - 00807

Mail :: Inbox: Subscriber Info                                                Page 1 of 1

| Date: | Tue, 03 May 2005 20:12:30 -0700 [05/03/2005 08:12:30 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

rito,flores,flores68rito@aol.com,,p.o. box 6191,,eagle pass,texas,'78853,,internet
instone website

S - 00806

Mail :: Inbox: Subscriber Info

| Date: | Wed, 04 May 2005 15:49:15 -0700 [05/04/2005 03:49:15 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

P,Hass,bigfan@cubsmvp.com,,POB 20881,,Phoenix,AZ,'85036,,Newsstand

S - 00805

Mail :: Inbox: Subscriber Info

| Date: | Thu, 05 May 2005 12:59:45 -0700 [05/05/2005 12:59:45 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Doug,Atamian,jciavardini@homemarketfoods.com,,Home Market Foods, Inc.,140 Morgan
Drive,Norwood,MA,'02062,,my boss picked up a copy somewhere

S - 00804

Mail :: Inbox: Subscriber Info

| Date: | Sun, 08 May 2005 20:15:29 -0700 [05/08/2005 08:15:29 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Chris,Stevens,Stevensschris@aol.com,,1501 Tallac St.,,Napa,Ca,'94558,,On the Jay Leno
Show.

S - 00802

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sun, 08 May 2005 06:03:06 -0700 [05/08/2005 06:03:06 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

JOHN,MASTANDREA,jm@asia.com,,PSC 470 BOX 9998,,FPO ,AP,'96534-9998,,FAN SINCE 1976
```

S - 00803

Mail :: Inbox: Subscriber Info                                                    Page 1 of 1

| | |
|---|---|
| Date: | Tue, 10 May 2005 19:44:36 -0700 [05/10/2005 07:44:36 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Tony,French,french4.1@netzero,,1510 s. horton,,Ft. Scott,Kansas,'66701,,got first
copy in IRAQ

S - 00801

Mail :: Inbox: Subscriber Info

| Date: | Wed, 11 May 2005 09:35:30 -0700 [05/11/2005 09:35:30 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jay,Vincent,jerry.vincent2@robins.af.mil,,307 Mauk Cir,,Warner Robins,Ga,'31093,,Pro
Source
```

S - 00800

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Wed, 11 May 2005 13:36:50 -0700 (05/11/2005 01:36:50 PM PDT) |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Mary,Brady,redwild@hotmail.com,,8671 Farley Way,,Fair Oaks,CA,'95628,,Tonight Show

S - 00799