# Exhibit D, Part 4

Mail :: Inbox: Subscriber Info

| Date: | Thu, 12 May 2005 17:24:30 -0700 [05/12/2005 05:24:30 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jeff,Muchnick,jeffmuchnick@charter.net,,2905 Plum Leaf Cir,,St.
Peters,MO,'63303,,Read EW magazine.

S - 00798

Mail :: Inbox: Subscriber Info

| | |
|---|---|
| Date: | Fri, 13 May 2005 20:59:58 -0700 [05/13/2005 08:59:58 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

David,Orton,dorton2@yahoo.com,,P.O. Box 3114,,Clearlake,Ca.,'95422,,in store
```

S - 00797

Mail :: Search Results: Subscriber Info                                Page 1 of 1

| Date: | Fri, 13 May 2005 13:14:10 -0700 [05/13/2005 01:14:10 PM PDT] |
|--------|------------------------------------------------------|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

John,Kufahl,alais26@hotmail.com,,3108.5 Arrowhead Trail,,Grand
Junction,CO,'81501,,Sylvester Stallone on TV
```

S - 00765

The following are
subscriptions. Highlight-
ed portion is subscribers
info on "How did you
Hear [about us]"

We haven't been on TV, Larry
King, Jimmy Kennuel, Tony
Danza, Jay Leno, radio,
side of buses, etc.

S - 00743

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Sat, 14 May 2005 18:19:52 -0700 [05/14/2005 06:19:52 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

amin,yousefpour,nstalon1@yahoo.com,,583 Kamoku st APT 1505,,honolulu,hi,'96826,,CNN.
larry king interview sly

S - 00744

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sat, 14 May 2005 18:58:39 -0700 [05/14/2005 06:58:39 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Jason,Yang,stockbucks@hotmail.com,,3615 Olive Street,Apt. 1505,Saint
Louis,MO,'63108,,TV

S - 00745

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sat, 14 May 2005 19:00:45 -0700 [05/14/2005 07:00:45 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

michael,rife,mikerife@yahoo.com,,243a  river tanmer,,bowling green,ky,'42101,,talk
show
```

S - 00746

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sat, 14 May 2005 21:45:45 -0700 [05/14/2005 09:45:45 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Mike,Bowe,melmatcass@aol.com,,19 Neville Street,,Tinton Falls,New
Jersey,'07724,,Larry King Live

S - 00747

Mail :: Inbox: Subscriber Info

| Date: | Sat, 14 May 2005 22:08:18 -0700 (05/14/2005 10:08:18 PM PDT) |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

DAN ,HALL,DHALL@SPECTRUMGRAPHICS.CA,,334 12th STREET,,NEW WESTMINSTER,BRITISH COLUMBIA, CANADA,'V3M 4H6,,LARRY KING SHOW

S - 00748

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sun, 15 May 2005 00:28:27 -0700 |05/15/2005 12:28:27 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Joseph,Cutrer,Joejeetkunedo@yahoo.com,,4817 East Olney,,Phoenix,AZ,'85044,,Watching
Sly on Larry King Live.... great interview!...

S - 00749

Mail :: Inbox: Subscriber Info                                              Page 1 of 1

| Date: | Sun, 15 May 2005 00:31:54 -0700 [05/15/2005 12:31:54 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify Mag,How Did You Hear

David,Pittman,alt5552000@yahoo.com,,1507 south 2nd street,,Jacksonville Beach,Florida,'32250,,Larry King Live

S - 00750

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Sun, 15 May 2005 21:13:58 -0700 [05/15/2005 09:13:58 PM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Seb,Legol,montana343@hotmail.com,,6869 Papineau App 307,,Montreal,QC,'H2G 2X5,,TV

S - 00751

Mail :: Inbox: Subscriber Info                                      Page 1 of 1

| Date: | Mon, 16 May 2005 06:16:07 -0700 [05/16/2005 06:16:07 AM PDT] |
|---|---|
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Mark,Donohue,dawn.donohue@avon.com,,920 Park Avenue,PH B,NY,NY,'10028,,television

S - 00752

| Date: | Mon, 16 May 2005 07:09:05 -0700 [05/16/2005 07:09:05 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

```
First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

mia ,bilec,mosesrambo@hotmail.com,,5522 sunnyside st,,pgh,pa,'15207,,store
```

S ~ 00753

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Mon, 16 May 2005 17:45:38 -0700 (05/16/2005 05:45:38 PM PDT) |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

donald ,hinely,debra_stanfield@yahoo.com,,717990  E-1,po box
426,oglethorpe,ga,'31316,,saw a magazine

S - 00754

Mail :: Inbox: Subscriber Info                                    Page 1 of 1

| Date: | Fri, 20 May 2005 09:04:25 -0700 [05/20/2005 09:04:25 AM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Bob,Gannett,bgannett@harbornet.com,,942 S. Ainsworth Ave,,Taocma,WA,'98405,,Saw a
copy

S - 00755

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Sat, 21 May 2005 22:01:37 -0700 [05/21/2005 10:01:37 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

John,Abiol,abiolj@hotmail.com,,182 Ney Street , ,,San Francisco,Ca.,'94112,,A friend
of mine mention about it.

S - 00756

Mail :: Inbox: Subscriber Info

Page 1 of 1

| Date: | Sun, 22 May 2005 14:58:52 -0700 [02:58:52 PM PDT] |
| From: | WEBFORM@slymagazine.com |
| To: | subscriptions@slymagazine.com |
| Subject: | Subscriber Info |

First Name,Last Name,Email,WasEmail2,Address1,Address2,City,State,Zip,WasNotify
Mag,How Did You Hear

Curtis,Higgins,soxpride34@yahoo.com,,P.O. Box 100,,West Kennbunk,Maine,'04094,,I was
watching CNN and he was on talking about his new book and magazine.

S - 00757

Mail :: Inbox: Re: Contributor from Alaska                                    Page 1 of 1

Date: Sat, 9 Jul 2005 09:36:50 -0800 [07/09/2005 10:36:50 AM PST]

From: Eric Walters <akpiper@mtaonline.net>

To: SLY Magazine <editorial@slymagazine.com>

Subject: Re: Contributor from Alaska

Sorry, when I did my e-mail search, this I thought that I was getting the
new Sylvester Stallone magazine named "SLY".  Sorry for the confusion.
http://www.getbig.com/magazine/sly/sly.htm
Eric Walters

----- Original Message -----
From: "SLY Magazine" <editorial@slymagazine.com>
To: "Eric Walters" <akpiper@mtaonline.net>
Sent: Saturday, July 09, 2005 7:21 AM
Subject: Re: Contributor from Alaska


> Hi Eric,
>
> You've reached SLY magazine which focuses on shoes and accessories. This
is a
[Hide Quoted Text]
> lifestyle magazine for women. Please see details on our website
> www.slymagazine.com.
>
> Thanks,
> SLY Team
>
> Quoting Eric Walters <akpiper@mtaonline.net>:
>
> > My name is Eric Walters and I am a married 30 year old father of two
> > in Anchorage, Alaska.
> >
> > Today I was picking up a few items for our camping trip this weekend
> > and had the great pleasure of thumbing through a copy of your
> > magazine at the check out stand.
> >
> > I would like relay my interest in contributing a column.  Not only am
> > I a 28 year resident of "The Last Frontier", but I am also a
> > bagpiper, state Commisioner for Clan MacFarlane, and a  former Junior
> > Olympic Boxer, Wrestler, and Tae Kwon Do competitor.
> >
> > Again I would like to state what an exciting magazine I have seen so
> > far and I am even thinking of taking a subscription to accompany my
> > Robb Report subscription.
> >
> > Thank you for your time, and I hope to contribute an article soon......
> >
> > Eric Walters
> >
>
>
>

S1334

ATTORNEYS' EYES ONLY

Mail :: sent-mail: Re: FW subscription                                    Page 1 of 1

ATTORNEYS' EYES ONLY

**Date:** Tue, 6 Sep 2005 11:53:49 -0700 [09/06/2005 11:53:49 AM PST]
**From:** info@slymagazine.com
**To:** Julie Kim <yoonjin80@yahoo.co.kr>
**Subject:** Re: FW subscription

This is a shoes and accessories magazine for women. Are you looking for us for your boyfriend?

Sly Team

Quoting Julie Kim <yoonjin80@yahoo.co.kr>:

[Hide Quoted Text]

> Resending because I dindn't get any reply from you.
> I'm looking forward to hearing from you soon.
> Thanks a lot.
> Julie
>
> --- Julie Kim <yoonjin80@yahoo.co.kr> wrote:
>
> > Hi I want to subscribe your magazine for my
> > boyfreind
> > who lives in Vancouver, Canada.
> > Could you please let me know how to do it?
> > I couldn't find the info on your website.
> > I'm looking forward to hearing from you soon.
> > Thanks a lot.
> > Julie
> >
> > _____
> > 두 유 야후!?
> > 스팸때문에 짜증나세요? 야후! 메일의 스팸 차단 기술로
> > 메일을 보호합니다
> > http://mail.yahoo.co.kr
>
> _____
> 두 유 야후!?
> 스팸때문에 짜증나세요? 야후! 메일의 스팸 차단 기술로 메일을 보호합니다
> http://mail.yahoo.co.kr

S1322