UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SLY MAGAZINE, LLC,

                Plaintiff,

- against -

CURTIS CIRCULATION COMPANY,
HUDSON NEWS COMPANY,
WAL-MART STORES, INC.,
CHAS LEVY CIRCULATING CO., LLC,
ANDERSON NEWS, LLC,
MAGAZINE DISTIBUTORS,
INCORPORATED, INGRAM,
PERIODICALS, INC.,
THE NEWS GROUP, INC. and
GOPHER NEWS COMPANY,

                Defendants.
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 24, 2007
```

CONSENT DISMISSAL AS TO INGRAM

Civil Action No.: 07 CV 6265 (DAB)

WHEREAS, it is hereby stipulated and agreed by and between the undersigned counsel that the above entitled action is settled pursuant to a separate agreement; it is

ORDERED that the action is dismissed as to Ingram Periodicals, Inc. with prejudice and without costs or fees to either party.

Dated: New York, New York
         October 1, 2007

THE BOSTANY LAW FIRM

Attorney for Plaintiff
SLY Magazine, LLC
40 Wall Street, 61ST Floor
New York, New York 10005

By: _____
    JOHN P. BOSTANY (JB 1986)

VOUTE, LOHRFINK, MAGRO & COLLINS, LLP

Attorney for Defendant
Ingram Periodicals, Inc.
170 Hamilton Avenue
White Plains, NY 10601-1789

By: _____
    RALPH F. SCHOENE

SO ORDERED:

_____
Hon. Deborah A. Batts, U.S.D.J.