UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLY MAGAZINE, LLC,

    *Plaintiff*,

v.

CURTIS CIRCULATION COMPANY, et al.,

    *Defendants*.

Civ. No. 07-O6265 (DAB)

**CONSENT ORDER**

APR 1 5 2009

UPON consent of the parties, it is

ORDERED that Defendants' fully submitted Motion to Dismiss is withdrawn, without prejudice to re-filing, pending the determination of the Second Circuit in *Sly Magazine, LLC v. Weider Publications LLC*, Second Circuit Docket No. 08-2430.

Dated: New York, New York
       April 14, 2009

**JENNER & BLOCK LLP**

BY: _____

Susan J. Kohlmann (SK 1855)
919 Third Avenue, 37th Floor
New York, New York 10022-3908
(212) 891-1690
*Attorneys for Defendants*

**THE BOSTANY LAW FIRM**

BY: _____

John P. Bostany (JB-1986)
40 Wall Street – 61st Floor
New York, NY 10005
(212) 530-4400
*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Deborah A. Batts, U.S.D.J.
Date: 4/15/09